

**Michael S. Horn**
*Member of New Jersey and New York Bar*
mhorn@archerlaw.com
201-498-8529 (Ext. 7529) Direct
201-342-6611 Direct Fax

Archer & Greiner, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017
212-682-4940 Main
www.archerlaw.com

May 1, 2019

**VIA ECF**
Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  City of Almaty, Kazakhstan et al v. Sater
           Case No. 1:19-cv-02645-AJN

Dear Judge Nathan:

    We represent Ferrari Holdings, LLC in the above referenced matter. Please accept this letter as a request for a short extension to answer, move or respond to the complaint. Currently our client's response to the complaint is due on May 2, 2019. However, I will be leaving for vacation that week and therefore I have a significant amount of work to complete before leaving for vacation.

    Therefore, we respectfully request until May 20, 2019 to answer, move or respond to the complaint. We have conferred with Plaintiff's counsel and my adversary has consented to the request.  *SO ORDERED.*

                                         Respectfully,

                                         MICHAEL S. HORN

MSH

216316969v1

                                SO ORDERED: 5/3/19
                                HON. ALISON J. NATHAN
                                UNITED STATES DISTRICT JUDGE