AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC, )
)
*Plaintiff* )
v. ) Case No.  1:19-cv-02645
Felix Sater, Daniel Ridloff, Bayrock Group Inc., Global Habitat Solutions, Inc., RRMI-DR LLC, )
Ferrari Holdings LLC, and Mem Energy Partners LLC, )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Felix Sater, Daniel Ridloff, Bayrock Group Inc., Global Habitat Solutions, Inc., and RRMI-DR LLC.

Date:   05/09/2019

*Attorney's signature*

Jill Levi, JL 5223
*Printed name and bar number*

Todd & Levi, LLP
444 Madison Avenue, Suite 1202
New York, New York 10022

*Address*

jlevi@toddlevi.com
*E-mail address*

(212) 308-7400
*Telephone number*

(212) 308-8450
*FAX number*