**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN, ET ANO.

                                 Plaintiff(s)

                      -against-

MEM ENERGY PARTNERS LLC,

                          Defendant(s).

--------------------------------------------------------------X

**AFFIRMATION IN SUPPORT**
**OF CLERK'S CERTIFICATE**
**OF DEFAULT**

1:19 **CV** 02645      (AJN) (KHP)

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC _____ hereby declares as follows:

     1.      I am the plaintiff in this action.

     2.      This action was commenced pursuant to 28 U.S.C. 1332(a) _____.

     3.      The time for defendant(s), MEM ENERGY PARTNERS LLC, to answer or otherwise move with respect to the complaint herein has expired.

     4.      Defendant(s), MEM ENERGY PARTNERS LLC, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) MEM ENERGY PARTNERS LLC to answer or otherwise move has not been extended.

     5.      That defendant(s) MEM ENERGY PARTNERS LLC is not an infant or incompetent.  Defendant(s) MEM ENERGY PARTNERS LLC is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff ____CITY OF ALMATY, ET ANO____ requests that the default of

defendant(s) __MEM ENERGY PARTNERS LLC__ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my

knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no

part thereof has been paid.

Dated: July 24, 2019                                By:___/s/ Matthew L. Schwartz_____

                                            Matthew L. Schwartz
                                            55 Hudson Yards
                                            New York, New York 10001
                                            (212) 446-2300
                                            mlschwartz@bsfllp.com

                                            ATTORNEY FOR PLAINTIFFS