UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC,<br><br>Plaintiffs,<br><br>v.<br><br>MEM ENERGY PARTNERS LLC,<br><br>Defendant. | **[PROPOSED]**<br>**JUDGMENT BY DEFAULT**<br><br>No. 15-cv-05345 (AJN) (KHP) |

WHEREAS, on March 25, 2019, Plaintiffs CPity of Almaty, Kazakhstan, and BTA Bank JSC commenced this civil action against the above named defendant, MeM Energy Partners LLC, by filing of the Summons and Complaint, and;

WHEREAS, jurisdiction and venue in this Court are proper, and;

WHEREAS, on April 9, 2019, the defendant MeM Energy Partners LLC was served with the Summons and Complaint by delivering thereat a true copy of each to MeM Energy Partners LLC's registered agent, and;

WHEREAS, on July 24, 2019, Ruby Krajick, the Clerk of the Court for the Southern District of New York, issued a Certificate of Default against the defendant, and;

WHEREAS, no claims or answers have been filed or made in this judicial action by the defendant, and the requisite time periods having expired; it is hereby

ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against defendant MeM Energy Partners LLC, in an amount of $2,250,000 plus prejudgment interest at

1

the rate of 9% per annum running from August 30, 2013, amounting in all to

$_____.

      IT IS FURTHER ORDERED: That post-judgment interest shall be allowed as provided for under 28 U.S.C. § 1961.

Dated:   New York, New York
            _____, 2019

                                      SO ORDERED:

                                        _____
                                        HONORABLE ALISON J. NATHAN
                                        UNITED STATES DISTRICT JUDGE