# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, ET AL

CIVIL ACTION NO.: 1:19-CV -02645

**vs**

FELIX SATER, ET AL

*Plaintiff*

*Defendant*

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **04/09/2019 at 4:15 PM at 251 Little Falls, Wilmington, DE 19080**

deponent served **Summons in a Civil Action and Complaint, Electronic Case Filing Rules & Instructions, Individual Practices in Civil Cases of Alison J. Nathan, United States District Judge, Individual Practices in Civil Cases of Katharine H. Parker, United States Magistrate Judge**

on **Mem Energy Partners, LLC**, a domestic limited liability company, c/o Corporation Service Company, Registered Agent,

by delivering thereat a true copy of each to **Lynanne Gares (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

Sworn to before me this
10 day of April, 2019

NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

Kevin S. Dunn

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160