# Exhibit D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN, ET ANO.

Plaintiff(s),

- against -

MEM ENERGY PARTNERS LLC

Defendant(s),

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/19
```

1:19  Civ.  02645  (AJN )

**CLERK'S CERTIFICATE**
**OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for

the Southern District of New York, do hereby certify that this action was commenced on

March 25, 2019

_____ with the filing of a summons and complaint, a copy of the summons and

complaint was served on defendant(s) MEM ENERGY PARTNERS LLC
_____

by personally serving Lynanne Gares
_____,

and proof of service was therefore filed on April 25, 2019 , Doc. #(s) 24 .

I further certify that the docket entries indicate that the defendant(s) has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.

Dated: New York, New York

July 24, 20 19

By: _____
**Deputy Clerk**

**RUBY J. KRAJICK**
**Clerk of Court**