# Exhibit G

# Form 3 Avenue Group Inc

## 3 - Initial statement of beneficial ownership of securities

Home (https://sec.report/) / Companies (/CIK/) / AVENUE GROUP INC (/CIK/0001100006) / Form 3 / (Issuer)

Home (https://sec.report/) / Companies (/CIK/) / Mockin Mendel (/CIK/0001434502) / Form 3 / (Reporting)

Published: 2008-06-12 10:07:59 (2008-06-12T10:07:59-0400)
Submitted: 2008-06-12
Period Ending In: 2008-03-23

mockinl_ex.html (https://sec.report/Document/0001116502-08-000953/mockinl_ex.html)

Zoom In | Zoom Out

## SEC FORM 3

SEC Form 3

**FORM 3**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0104 |
| Estimated average burden hours per response: 0.5 |

### INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* Mockin Mendel (/CIK/0001434502) (Last) (First) (Middle) C/O AVENUE GROUP, INC. 405 LEXINGTON AVENUE, 26TH FLOOR (Street) | 2. Date of Event Requiring Statement (Month/Day/Year) 03/23/2008 | 3. Issuer Name **and** Ticker or Trading Symbol AVENUE GROUP INC (/CIK/0001100006) [ AVNU (/Ticker/AVNU) ] |
| --- | --- | --- |
| | | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) X Director    X 10% Owner X Officer (give title below)    Other (specify below) President |
| | | 5. If Amendment, Date of Original Filed (Month/Day/Year) |

| NEW YORK | NY | 10174 | | | 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|---|---|---|---|---|
| (City) | (State) | (Zip) | | | X Form filed by One Reporting Person |
| | | | | | ☐ Form filed by More than One Reporting Person |

| Table I - Non-Derivative Securities Beneficially Owned ||||
|---|---|---|---|
| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
| Common Stock | 35,206,667[(1)] | I | By MEM Energy Partners, LLC |

| Table II - Derivative Securities Beneficially Owned |||||||
|---|---|---|---|---|---|---|
| (e.g., puts, calls, warrants, options, convertible securities) |||||||
| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) || 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) || 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Option | (2) | (2) | Common Stock | 120,000 | 0.005 | I | By MEM Energy Partners, LLC |
| Option | (3) | (3) | Common Stock | 2,400,000 | 0.005 | I | By MEM Energy Partners, LLC |
| Option | (4) | (4) | Common Stock | 2,400,000 | 0.05 | D | |
| Option | (5) | (5) | Common Stock | 2,400,000 | 0.1 | D | |
| Series A Convertible Preferred Stock | 03/23/2008 | (6) | Common Stock | 25,000,000 | (6) | I | By MEM Energy Partners, LLC |

**Explanation of Responses:**
1. Includes (i) 25,000,000 shares issuable upon conversion of Series A Convertible Preferred Stock , and (ii) 5,640,000 shares issuable upon exercise of options.
2. Vests in monthly tranches of 10,000 shares commencing March 23, 2008. Each monthly tranche expires on the fifth anniversary of its vesting
3. Vests in monthly tranches of 200,000 shares. Each monthly tranche expires on the fifth anniversary of its vesting.
4. Vested in monthly tranches of 200,000 shares commencing June 1, 2005. Each monthly tranche expires on the fifth anniversary of its vesting.
5. Vested in monthly tranches of 200,000 shares commencing June 1, 2006. Each monthly tranche expires on the fifth anniversary of its vesting.
6. Not applicable.

| | /s/ Mendel Mockin | 05/07/2008 |
|---|---|---|
| | ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

1

**mockinl_ex.xml** (https://sec.report/Document/0001116502-08-000953/mockinl_ex.xml)

Schema Version: X0202

Document Type: 3

Period Of Report: 2008-03-23

No Securities Owned: 0

Issuer

Issuer Cik 0001100006
Issuer Name AVENUE GROUP INC
Issuer Trading Symbol AVNU

# Reporting Owner

## Reporting Owner Id

Rpt Owner Cik 0001434502
Rpt Owner Name Mockin Mendel

## Reporting Owner Address

Rpt Owner Street1 C/O AVENUE GROUP, INC.
Rpt Owner Street2 405 LEXINGTON AVENUE, 26TH FLOOR
Rpt Owner City NEW YORK
Rpt Owner State NY
Rpt Owner Zip Code 10174

## Reporting Owner Relationship

Is Director 1
Is Officer 1
Is Ten Percent Owner 1
Is Other 0
Officer Title President

# Non Derivative Holding

Security Title Common Stock

## Shares Owned Following Transaction

Value 35206667

@attributes Id F1

## Ownership Nature

Direct Or Indirect Ownership I
Nature Of Ownership By MEM Energy Partners, LLC

# Derivative Holding

Security Title Option
Conversion Or Exercise Price .005

**@attributes Id** F2

**@attributes Id** F2

## Underlying Security

**Underlying Security Title** Common Stock

**Underlying Security Shares** 120000

## Ownership Nature

**Direct Or Indirect Ownership** I

**Nature Of Ownership** By MEM Energy Partners, LLC

**Security Title** Option

**Conversion Or Exercise Price** .005

**@attributes Id** F3

**@attributes Id** F3

## Underlying Security

**Underlying Security Title** Common Stock

**Underlying Security Shares** 2400000

## Ownership Nature

**Direct Or Indirect Ownership** I

**Nature Of Ownership** By MEM Energy Partners, LLC

**Security Title** Option

**Conversion Or Exercise Price** .05

**@attributes Id** F4

**@attributes Id** F4

## Underlying Security

**Underlying Security Title** Common Stock

**Underlying Security Shares** 2400000

**Direct Or Indirect Ownership** D

**Security Title** Option

**Conversion Or Exercise Price** .10

**@attributes Id** F5

**@attributes Id** F5

## Underlying Security

**Underlying Security Title** Common Stock

**Underlying Security Shares** 2400000

**Direct Or Indirect Ownership** D

**Security Title** Series A Convertible Preferred Stock

**@attributes Id** F6

**Exercise Date** 2008-03-23

**@attributes Id** F6

## Underlying Security

**Underlying Security Title** Common Stock

**Underlying Security Shares** 25000000

## Ownership Nature

**Direct Or Indirect Ownership** I

**Nature Of Ownership** By MEM Energy Partners, LLC

## Footnote

**0**

Includes (i) 25,000,000 shares issuable upon conversion of Series A Convertible Preferred Stock , and (ii) 5,640,000 shares issuable upon exercise of options.

**1**

Vests in monthly tranches of 10,000 shares commencing March 23, 2008. Each monthly tranche expires on the fifth anniversary of its vesting

**2**

Vests in monthly tranches of 200,000 shares. Each monthly tranche expires on the fifth anniversary of its vesting.

**3**

Vested in monthly tranches of 200,000 shares commencing June 1, 2005. Each monthly tranche expires on the fifth anniversary of its vesting.

**4**

Vested in monthly tranches of 200,000 shares commencing June 1, 2006. Each monthly tranche expires on the fifth anniversary of its vesting.

**5** Not applicable.

## Owner Signature

**Signature Name** /s/ Mendel Mockin

**Signature Date** 2008-05-07

### Additional Files

| File | Sequence | Description | Type | Size |
|---|---|---|---|---|
| 0001116502-08-000953.txt (https://sec.report/Document/0001116502-08-000953/0001116502-08-000953.txt) | | Complete submission text file | | 10502 |

$AVNU (/Ticker/AVNU)

© 2019 SEC.report

SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)