# Exhibit M

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 29, 2013 through August 30, 2013
Account Number: 000000259366228

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00002605 DRE 802 219 24813 NNNNNNNNNNN  1 000000000 D2 0000
TRI-COUNTY MALL INVESTORS LLC
630 5TH AVE STE 2300
NEW YORK NY 10111-2399

---

We will no longer sell gift cards

Starting September 22, we will no longer sell gift cards. We apologize for any inconvenience.

If you have questions, please call the number on this statement. All terms and conditions of your account remain the same.

Deposit Account Agreement Update

We will update Section H in our Deposit Account Agreement titled Closing Your Account.

Effective July 21, 2013. If you have pending transactions on your account, or are overdrawn, we may not immediately close the account. However, if you ask us, we will restrict additional withdrawals from your account, other than the pending transactions. We will not pay any interest on the account after we have restricted your account.

This change will be reflected in your account agreement; all other terms remain the same. If you have questions, please call us at the telephone number listed on this account statement or visit the nearest Chase branch.

## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 1 | 43,395,529.55 |
| Electronic Withdrawals | 2 | - 4,836,382.00 |
| Ending Balance | 3 | $38,559,147.55 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

Almaty-BTA0243536



August 29, 2013 through August 30, 2013
Account Number: 000000259366228

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | Fedwire Credit Via: Fifth Third Bank/042000314 B/O: Hamilton County Sheriffs Dept Cincinnati OH 45202 Ref: Chase Nyc/Ctr/Bnf=Tri-County Mall Investors LLC New York, NY 101112399/Ac-000000002593 Rfb=Cml001 \2956749 Imad: 0830D2B74A1C001255 Trn: 1113509242Ff | $43,395,529.55 |
| **Total Deposits and Additions** | | **$43,395,529.55** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | 08/30 Fedwire Debit Via: Citibank Nyc/021000089 A/C: Mem Energy Partners, LLC Imad: 0830B1Qgc02C006492 Trn: 5186800242Es | $2,250,000.00 |
| 08/30 | 08/30 Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Bayrock Group Inc Ref:/Acc/Org CR Pty Recd Aba/026012881 Wells Fargo Bank, National Associ At 20 Great Neck Rd Imad: 0830B1Qgc02C006489 Trn: 5186000242Es | 2,586,382.00 |
| **Total Electronic Withdrawals** | | **$4,836,382.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/30 | $38,559,147.55 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Incoming Wires - Domestic | 1 | Unlimited | 0 | $10.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Outgoing Wires - Domestic Manual | 2 | 4 | 0 | $30.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

ACCOUNT 000000259366228

| | | |
|---|---|---|
| **Other Service Charges:** | | |
| **Electronic Credits** | | |
| Electronic Credits | 1 | |
| **Credits** | | |
| Non-Electronic Transactions | 2 | |
| **Electronic Credits** | | |
| Incoming Wires - Domestic | 1 | |
| **Miscellaneous Fees** | | |
| Outgoing Wires - Domestic Manual | 2 | |

Almaty-BTA0243537


**CHASE**

August 29, 2013 through August 30, 2013
Account Number: 000000259366228

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   Step 1 Balance: $ _____
2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $ _____

3. Add Step 2 Total to Step 1 Balance.   Step 3 Total:  $ _____
4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$ _____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $ _____


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Almaty-BTA0243538



August 29, 2013 through August 30, 2013
Account Number: 000000259366228

This Page Intentionally Left Blank

Page 4 of 4

Almaty-BTA0243539