UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
**CITY OF ALMATY, KAZAKHSTAN, et al.,**

                **Plaintiffs,**                19 Civ. 2645 (DAB)

    v.

**FELIX SATER, DANIEL RIDLOFF, et al.,**

                **Defendants.**
-------------------------------------------------------X

PLEASE TAKE NOTE that, on the memorandum of law of August 14, 2019, Proposed Intervenor, attorney *pro se* appearing solely in his personal capacity as a member of the public, moves to intervene and for an order denying Plaintiffs' motion, ECF 71, to file any or all of these documents under full or partial seal:

1. That certain motion for default judgment against MeM Energy Partners LLC, ECF 70;
2. Exhibits F, I, J, K, N, S attached to the declaration in support of that motion, ECF 71; and
3. Any other documents or parts thereof which may be deemed subject to consideration of sealing in connection with the motion.

PLEASE ALSO TAKE NOTE that Proposed Intervenor hereby further moves the court to grant such other relief as it deems just and proper.

/s/ Frederick M. Oberlander

**THE LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.**
28 Sycamore Lane (PO Box 2870)
Montauk, NY 11954
212.826.0357 Tel
212.202.7624 Fax
Fred55@aol.com