UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN, et al.,

                Plaintiffs,                         19 Civ. 2645 (DAB)

    v.

FELIX SATER, DANIEL RIDLOFF, et al.,

                Defendants.
------------------------------------------------------X

      PLEASE TAKE NOTE that Proposed Intervenor Frederick M. Oberlander by this filing requests the court accept the attached corrected Memorandum of Law as if it had been filed originally as the sole exhibit attached to ECF 74 filed yesterday. There are no substantive changes whatsoever. All that happened is that and endnote credit to a newspaper article from which I quoted and adapted accidentally didn't make it into the uploaded version. I have fixed that.

      I apologize for any inconvenience.

      PLEASE ALSO TAKE NOTE that Proposed Intervenor hereby further moves the court to grant such other relief as it deems just and proper.

Montauk, New York
August 15, 2019

/s/ Frederick M. Oberlander

**THE LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.**
28 Sycamore Lane (PO Box 2870)
Montauk, NY 11954
212.826.0357 Tel
212.202.7624 Fax
fred55@aol.com