# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC<br><br>Plaintiffs,<br><br>v.<br><br>MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV, VIKTOR KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>Defendants. | No. 15-cv-05345 (AJN) (KHP) |

## DECLARATION OF CALVIN R. HUMPHREY

CALVIN R. HUMPHREY, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am Executive Vice President & Chief of Staff of Arcanum Global (UK) Limited. I make this declaration in further support of BTA Bank and the City of Almaty, Kazakhstan's (the "Kazakh Entities") opposition to defendant Triadou SPV S.A.'s motion to compel and for discovery sanctions and defendants Viktor Khrapunov and Ilyas Khrapunov's motion for sanctions.

2. Arcanum entered into a Confidential Assistance Agreement ("CAA") and Confidentiality and Non-Disclosure Agreement ("CNDA") with Litco LLC in June and July of 2015, respectively.

3. Although I attended meetings with Felix Sater, neither he nor anyone else ever disclosed to me that Mr. Sater was the owner of Litco. I did not know that Mr. Sater owned or otherwise had an interest in Litco until I received such information following Mr. Sater's deposition on September 13, 2018.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Dated:   Arlington, Virginia
         March 25, 2019

Calvin R. Humphrey