# Exhibit 7



**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

For Consumer or Employment cases, please visit *www.adr.org* for appropriate forms.

| | |
|---|---|
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. | |
| Name of Respondent: Arcanum (Asia) Limited and see the additional Respondents on the attached list | |
| Address: 2nd Floor, 625 Kings's Road | |

| City: North Point, Hong Kong | State: Select... | Zip Code: |
|---|---|---|
| Phone No.: 202 429-9500 | Fax No.: Unknown | |

| |
|---|
| Email Address: humphrey@arcanumGlobal.com |
| Name of Representative (if known): Matthew L. Schwartz, Esq. |
| Name of Firm (if applicable): Boies Schiller Flexner (for every respondent other than Respondent Arcanum) |
| Representative's Address: 575 Lexington Avenue |

| City: New York | State: New York | Zip Code: 10022 |
|---|---|---|
| Phone No.: 212 303-3646 | Fax No.: 212 446-2350 | |

| |
|---|
| Email Address: mlschwartz@bsfllp.cpm |
| The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration. |
| Brief Description of the Dispute: |
| Breach of Confidential Assistance Agreement (the "Agreement"), pursuant to which Claimant was entitled to be paid a monthly fee and 16% of all monies, remuneration, proceeds, accounts, assets, real estate art or other economic value recovered as a result or of in connection with, assistance provided by claimant, all as more fully set forth in the Agreement |
| Dollar Amount of Claim: $ 9,500,000.00 (not less than this amount and at least this amount). |
| Other Relief Sought: ☑ Attorneys Fees  ☑ Interest  ☑ Arbitration Costs  ☐ Punitive/Exemplary  ☐ Other: |
| Amount enclosed: $ $3,850.00 |
| In accordance with Fee Schedule: ☑ Flexible Fee Schedule  ☐ Standard Fee Schedule |
| Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute: |
| Significant experience in complex commercial contractual disputes, including disputes over compensation owed for assistance in asset recovery matters. Claimant requests that a panel of three arbitrators be appointed. |
| Hearing locale: New York City |
| (check one) ☐ Requested by Claimant  ☑ Locale provision included in the contract |
| Estimated time needed for hearings overall:            hours or   Three       days |

*Please visit our website at www.adr.org if you would like to file this case online.
AAA Case Filing Services can be reached at 877-495-4185.*

Confidential
Confidential Under Protective Order in Case No. 15 Civ. 5345

Almaty-BTA0252938
Almaty-BTA_FS00252938



**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| Type of Business: | |
|---|---|
| Claimant: Asset Recovery Assistance and Related Litigation Support | Respondent: Arcanum is in the business of global intelligence. |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?
Yes

| Signature (may be signed by a representative): | Date: October 12, 2018 |
|---|---|

Name of Claimant: Litco LLC

Address (to be used in connection with this case): C/o Todd & Levi, LLP, 444 Madison Avenue, Suite 1202

| City: New York | State: New York | Zip Code: 10022 |
|---|---|---|
| Phone No.: 212 308-7400 | Fax No.: 212 308-8450 | |

Email Address: jlevi@toddlevi.com and rwolf@mosessinger.com

Name of Representative: Jill Levi and Robert Wolf

Name of Firm (if applicable): Todd & Levi, LLP ("T&L") and Moses & Singer, LLP ("M&S"): M&S at 405 Lexington Avenue, NY, NY 10174

Representative's Address: T&L: 444 Madison Avenue, Suite 1202, NY, NY 10022

| City: New York | State: New York | Zip Code: 10022 |
|---|---|---|
| Phone No.: 212 308-7400 | Fax No.: 212 308-8450 | |

Email Address: jlevi@toddlevi.com and rwolf@mosessinger.com

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent.

*Please visit our website at www.adr.org if you would like to file this case online.*
*AAA Case Filing Services can be reached at 877-495-4185.*

Confidential
Confidential Under Protective Order in Case No. 15 Civ. 5345

Almaty-BTA0252939
Almaty-BTA_FS00252939

Addendum to Demand of Litco LLP for Arbitration

| Additional Respondents | Business of Respondents |
|---|---|
| Republic of Kazakhstan<br>c/o Arcanum (Asia) Limited<br>2nd Floor, 625 Kings's Road<br>North Point, Hong Kong<br>Email: Humphrey@arcanumGlobal.com<br>Phone: 202 429- 9500 Fax: unknown | This is a governmental body |
| City of Almaty, Republic of Kazakhstan<br>c/o Arcanum (Asia) Limited<br>2nd Floor, 625 Kings's Road<br>North Point, Hong Kong<br>Email: Humphrey@arcanumGlobal.com<br>Phone: 202 429- 9500 Fax: unknown | This is a governmental body |
| BTA Bank JSC<br>c/o Arcanum (Asia) Limited<br>2nd Floor, 625 Kings's Road<br>North Point, Hong Kong Email:<br>Email: Humphrey@arcanumGlobal.com<br>Phone: 202 429- 9500 Fax: unknown | This is a private bank based in Almaty, Republic of Kazakstan |

REDACTED                    Конфиденциально

CONFIDENTIAL ASSISTANCE AGREEMENT

This Assistance Agreement ("**Agreement**"), dated June 12, 2015 is entered into by and among Litco LLC, a Delaware limited liability company ("**Litco**"), Arcanum (Asia) Limited, a Hong Kong corporation ("**Arcanum**") and each of the other parties listed on the signature page hereto (each hereinafter referred to individually as a "**Party**" and collectively as the "**Parties**"), through their authorized representatives.

Confidential
Confidential Under Protective Order in Case No. 15 Civ. 5345

Almaty-BTA0252941
Almaty-BTA_FS00252941

REDACTED

Confidential
Confidential Under Protective Order in Case No. 15 Civ. 5345

Almaty-BTA0252942
Almaty-BTA_FS00252942

REDACTED

14. Consent to Jurisdiction. (a) Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be settled by final and binding arbitration, in New York, New York, administered by the American Arbitration Association ("AAA"), in accordance with its Commercial Arbitration Rules, and with the procedures required under New York law. In construing this Agreement and disputes arising hereunder, the arbitrator(s) shall apply the law of the State of New York, without regard to its conflicts of laws principles. Any award pursuant to such arbitration shall be accompanied by a written opinion of the arbitrator(s) giving the reasons for the award, including findings of facts and conclusions of law. Any award by the arbitrators in connection with such decision shall also grant the prevailing party its reasonable attorney's fees and other costs incurred in the proceedings, in addition to any other relief which may be granted. The expenses of the arbitrator(s) (including their compensation) shall be borne in the first instance equally by the Parties, except that the arbitrator(s) may assess, as part of the award, and at their discretion, all or any part of these expenses against the non-prevailing Party. Nothing herein set forth shall prevent the Parties from settling any dispute by mutual agreement at any time. The award rendered by the arbitrators shall be conclusive and binding upon the Parties, and judgment upon the award may be entered in any court of competent jurisdiction or application may be made to such court for a judicial acceptance of the award and an order of enforcement. Each of the Parties hereby consents to the jurisdiction of the State and Federal Courts located in the County of New York, State of New York (and of the appropriate appellate courts therefrom) in any such action or proceeding (including an action to compel arbitration) and waives any objection to venue laid therein. Process in any action or proceeding referred to in the preceding sentence may

5

1346567v1 014140.0104

Confidential
Confidential Under Protective Order in Case No. 15 Civ. 5345
Almaty-BTA0252943
Almaty-BTA_FS00252943

REDACTED

be served personally or by registered mail, anywhere in the world. Each party, irrevocably (a) unconditionally accepts the exclusive jurisdiction and venue of the arbitration proceeding in New York; (b) waives any defense of forum non conveniens; and (c) agrees that service of all process in any such proceeding may be made by registered or certified mail, return receipt requested, to the applicable party at its address provided in accordance with Section 17 is sufficient to confer personal jurisdiction over the applicable party in any such proceeding, and otherwise constitutes effective and binding service in every respect.

Confidential
Confidential Under Protective Order in Case No. 15 Civ. 5345

Almaty-BTA0252944
Almaty-BTA_FS00252944

REDACTED

REDACTED

Confidential
Confidential Under Protective Order in Case No. 15 Civ. 5345

Almaty-BTA0252946
Almaty-BTA_FS00252946

IN WITNESS WHEREOF, and intending to be legally bound, each of the Parties hereto has caused this Agreement to be executed as of the date(s) set forth below.

**LITCO LLC**

By: _____
Name:
Title:

Date: _____

**ARCANUM (ASIA) LIMITED**

By: _____
Name:
Title:

Date: _____

**REPUBLIC OF KAZAKHSTAN**

By: _____
Name: M. Ba[...]
Title: Executive
Date: of the Mi[...]

**THE CITY OF ALMATY, KAZAKHSTAN**

By: _____
Name: A. Abdykadyrova
Title: Head of Financial Department
Date: _____

9

1346567v1 014140.0104

Confidential
Confidential Under Protective Order in Case No. 15 Civ. 5345

Almaty-BTA0252947
Almaty-BTA_FS00252947

BTA BANK JSC

By: _____
Name: N. Nazgaby/ov
Title: Director

Date: _____

1346567v1 014140.0104

10

Confidential
Confidential Under Protective Order in Case No. 15 Civ. 5345

Almaty-BTA0252948
Almaty-BTA_FS00252948

IN WITNESS WHEREOF, and intending to be legally bound, each of the Parties hereto has caused this Agreement to be executed as of the date(s) set forth below.

**LITCO LLC**

By: _/s/_
Name: KALSOM KAM
Title: DIRECTOR

Date: 6/13/15

**ARCANUM (ASIA) LIMITED**

By: _/s/_
Name: ~~Feuer~~
Title: Direc~~tor~~

Date: June 12, 2015

**REPUBLIC OF KAZAKHSTAN**

By: _____
Name:
Title:

Date: _____

**THE CITY OF ALMATY, KAZAKHSTAN**

By: _____
Name:
Title:

Date: _____

9

1346567v1 014140.0104

Confidential
Confidential Under Protective Order in Case No. 15 Civ. 5345

Almaty-BTA0252949
Almaty-BTA_FS00252949

IN WITNESS WHEREOF, and intending to be legally bound, each of the Parties hereto has caused this Agreement to be executed as of the date(s) set forth below.

**LITCO LLC**

By: _____
Name:
Title:

Date: _____

**ARCANUM (ASIA) LIMITED**

By: *[signature]*
Name: Peder Garske
Title: Director

Date: June 12, 2015

**REPUBLIC OF KAZAKHSTAN**

By: _____
Name:
Title:

Date: _____

**THE CITY OF ALMATY, KAZAKHSTAN**

By: _____
Name:
Title:

Date: _____

9

1346567v1 014140.0104

Confidential
Confidential Under Protective Order in Case No. 15 Civ. 5345

Almaty-BTA0252950
Almaty-BTA_FS00252950