# TODD & LEVI, LLP

444 MADISON AVENUE
SUITE 1202
NEW YORK, NEW YORK 10022
www.toddlevi.com

JOHN F. TODD
JILL LEVI
DAVID B. ROSENBERG

TELEPHONE (212) 308-7400

FACSIMILE (212) 308-8450
E MAIL: toddandlevi@toddlevi.com
NOT FOR SERVICE OF LITIGATION PAPERS

September 25, 2019

**BY HAND AND ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.,
USDC, SDNY Case No. 19 Civ. 2645 (AJN) (KHP)**

Dear Magistrate Judge Parker:

We represent Defendants Felix Sater ("Sater"), Bayrock Group, Inc., Global Habitat Solutions, Inc., Daniel Ridloff and RRMI-DR LLC (collectively, the "Sater Defendants"). Pursuant to Your Honor's Rules, we enclose herewith a binder of the following documents submitted in connection with Sater's motion for a stay pending arbitration (the "Motion"):

A) Notice of Motion;
B) Affidavit of Felix Sater sworn to August 19, 2019 in support of the Motion with Exhibits A, B and C;
C) Declaration of Jill Levi dated August 19, 2019 in support of the Motion with Exhibit D;
D) Sater's Memorandum of Law in Support of the Motion;
E) Reply Declaration of Jill Levi dated September 24, 2019, with Exhibit A; and
F) Sater's Reply Memorandum of Law.

We thank Your Honor for her time and attention to this matter.

Respectfully submitted,

Jill Levi

cc: All Counsel by ECF (W/O ENCL)