UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and :
BTA BANK, JSC, :
: Case No. 19-civ-02645
                    Plaintiffs, :
:
           -against- : **NOTICE OF MOTION**
: **TO DISMISS**
FELIX SATER, DANIEL RIDLOFF, BAYROCK : **AMENDED COMPLAINT**
GROUP INC., GLOBAL HABITAT SOLUTIONS, :
INC., RRMI-DR LLC, FERRARI HOLDINGS :
LLC, and MEM ENERGY PARTNERS LLC, :
:
                    Defendants. :
------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT,** upon the accompanying Declaration of Jill Levi, dated October 11, 2019, in Support of the Motion to Dismiss of Defendants Felix Sater ("Sater"), Daniel Ridloff ("Ridloff"), Bayrock Group Inc., ("Bayrock"), Global Habitat Solutions, Inc. ("GHS") and RRMI-DR LLC ("RRMI") (collectively, the "Moving Defendants"), and the Exhibit annexed thereto, and the Memorandum of Law in Support of the Moving Defendants' Motion to Dismiss the Amended Complaint, dated October 11, 2019, the Moving Defendants, by their undersigned attorneys, Todd & Levi, LLP, will move this Court before the Honorable Alison J. Nathan, at the Courthouse, 40 Foley Square, New York, New York, 10007, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the First Amended Complaint dated August 30, 2019 against the Moving Defendants and granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the agreed upon briefing schedule, Plaintiffs are required to submit opposition, if any, to the Motion on or before November 12, 2019, and the Moving Defendants shall submit a reply to such opposition, if any, on or before December 3, 2019.

Dated: New York, New York
       October 11, 2019

                                      TODD & LEVI, LLP

                                      By: s/Jill Levi
                                          Jill Levi
                                          David Rosenberg
                                          444 Madison Avenue, Suite 1202
                                          New York, New York 10022
                                          (212) 308-7400
                                          Attorneys for Defendants
                                          Felix Sater, Daniel Ridloff, Bayrock
                                          Group Inc., Global Habitat Solutions,
                                          Inc. and RRMI-DR LLC

TO:   Craig Wenner, Esq.
        Mathew Schwartz, Esq.
        Boies Schiller Flexner LLP
        55 Hudson Yards
        New York, NY 10001
        Attorneys for Plaintiffs

        Michael Stuart Horn
        Michael Lauricella
        Archer & Greiner, P.C (NJ2)
        Court Plaza South East
        21 Main Street, Suite 353
        Hackensack, NJ 07601
        Attorneys for Defendant
        Ferrari, Holdings LLC