UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                             Plaintiffs,                      19-CV-2645 (AJN) (KHP)

          -against-                                **ORDER**

FELIX SATER, et al.,

                             Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Defendants shall have until **November 25, 2019** to submit a supplemental brief, no more than 10 pages in length, addressing the additional cases raised by Plaintiffs at yesterday's oral argument and the appropriate standard of review.

A status conference is scheduled for **11:15 a.m. on January 8, 2020** in courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York 10007.

      **SO ORDERED.**

DATED:    New York, New York
               November 19, 2019

                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge