UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of Almaty, Kazakhstan and BTA Bank JSC,

    Plaintiffs,

—v—

Felix Sater, *et al.*,

    Defendants.

19-CV-2645 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On July 30, 2019 and July 31, 2019, Defendants Ferrari Holdings LLC, Bayrock Group, Inc, Global Habitat Solutions, Inc., RRMI-DR LLC, Daniel Ridloff, and Felix Sater filed motions to dismiss. Dkt. Nos. 61, 65. On August 30, 2019, Plaintiffs amended their Complaint. Dkt. No. 83. On October 11, 2019, the same defendants filed new motions to dismiss Plaintiffs' Amended Complaint. Dkt. Nos. 99, 105.

Accordingly, Defendants' motions to dismiss the Plaintiffs' original complaint are denied as moot. This Order resolves Dkt. Nos 61, 65.

SO ORDERED.

Dated: November __, 2019
      New York, New York

_____
ALISON J. NATHAN
United States District Judge