

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3654
E-mail: mschwartz@bsfllp.com

November 21, 2019

**BY ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
              **Case No. 19 Civ. 2645 (AJN) (KHP)**

Dear Judge Parker:

      We represent the City of Almaty and BTA Bank (the "Kazakh Entities") and write to withdraw the previous letter-motions [ECF Nos. 110 & 117] requesting permission to file our clients' opposition to the motions to dismiss under seal.

      As discussed at the status conference on Monday, in light of Your Honor's orders from earlier this month denying various sealing requests, the Kazakh Entities were prepared to file their unredacted opposition papers on the public docket, but were waiting to hear back from counsel to Ferrari Holdings LLC as to whether Ferrari would ask that Exhibit A to the opposition (a document produced by Ferrari in discovery and marked confidential) be maintained under seal, along with a footnote in the brief discussing that exhibit. Today, counsel informed us that Ferrari has no objection to the document being publicly-filed. Accordingly, there is no need to seal anything contained in the Kazakh Entities' opposition papers, and we will file an unredacted version on the public docket today. Please consider our prior sealing requests to be withdrawn.

      Thank you for your consideration.

                                                                  Respectfully,

                                                               /s/ Matthew L. Schwartz
                                                     Matthew L. Schwartz
                                                     BOIES SCHILLER FLEXNER LLP
                                                     55 Hudson Yards
                                                     New York, New York 10001