# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN, ET ANO.

                Plaintiff(s),

- against -

MEM ENERGY PARTNERS LLC

                Defendant(s),
-------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 7/24/19 |

1:19 Civ. 02645 (AJN)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 25, 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) MEM ENERGY PARTNERS LLC by personally serving Lynanne Gares, and proof of service was therefore filed on April 25, 2019, Doc. #(s) 24.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

       July 24, 20 19

                                            RUBY J. KRAJICK
                                            Clerk of Court

                                    By: _____
                                                 Deputy Clerk