# Exhibit E



Logout

**Department of State: Division of Corporations**

Allowable Characters

| | |
|---|---|
| **HOME** | |
| About Agency | |
| Secretary's Letter | |
| Newsroom | |
| Frequent Questions | |
| Related Links | |
| Contact Us | |
| Office Location | |
| **SERVICES** | |
| Pay Taxes | |
| File UCC's | |
| Delaware Laws Online | |
| Name Reservation | |
| Entity Search | |
| Status | |
| Validate Certificate | |
| Customer Service Survey | |
| **INFORMATION** | |
| Corporate Forms | |
| Corporate Fees | |
| UCC Forms and Fees | |
| Taxes | |
| Expedited Services | |
| Service of Process | |
| Registered Agents | |
| GetCorporate Status | |
| Submitting a Request | |
| How to Form a New Business Entity | |
| Certifications, Apostilles & Authentication of Documents | |

**View Search Results**

### Entity Details

| | | | |
|---|---|---|---|
| **File Number:** | 4522590 | **Incorporation Date / Formation Date:** | 3/24/2008 (mm/dd/yyyy) |
| **Entity Name:** | MEM ENERGY PARTNERS, LLC | | |
| **Entity Kind:** | Limited Liability Company | **Entity Type:** | General |
| **Residency:** | Domestic | **State:** | State: |
| **Status:** | Cancelled, Failure to Pay Tax | **Status Date:** | 6/1/2013 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| **Last Annual Report Filed:** | 0 | Tax Due: | $ 1593 |
| **Annual Tax Assessment:** | $ 250 | **Total Authorized Shares:** | |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 251 LITTLE FALLS DRIVE |
| City: | WILMINGTON |
| County: | New Castle |
| State: | DE |
| Postal Code: | 19808 |
| Phone: | 302-636-5401 |

**FILING HISTORY (Last 5 Filings)**

| **Seq** | **Description** | **No. of pages** | **Filing Date** (mm/dd/yyyy) | **Filing Time** | **Effective Date** (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | LLC | 1 | 3/24/2008 | 9:28 AM | 3/24/2008 |

[Back to Entity Search] [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov