# Exhibit H

Case 1:19-cv-02645-AJN-KHP    Document 129-8    Filed 11/22/19    Page 2 of 11



# VIRTUAL OFFICES AND BUSINESS ADDRESSES FOR RENT CHRYSLER BUILDING

*405 Lexington Avenue, 26th Floor, Manhattan, New York, 10174*

*The beautiful, iconic Chrysler Building is in the heart of Grand Central just a short walk to the United Nations, and a host of diplomatic offices for several countries. This art deco building is the third largest in New York City and there are spectacular views over Manhattan from the 26th floor. Inside, enjoy an impressive sunny reception, a continuation of art deco features and mahogany wood walls and crown mouldings. The surrounding area of Midtown, Manhattan is New York's largest central business district and also the busiest single commercial district in the United States. It is home to a diverse range of sectors but particularly finance and retail. It has the headquarters of some of America's biggest companies including the New York Times.*

**BOOK A TOUR**      **GET PRICES**







405 Lexington Avenue, 26th Floor,
Manhattan, New York, 10174

**SALES: +7 499 954 65 99**

**BOOK A TOUR >**          **GET PRICES >**

**FULL SCREEN**          **DIRECTIONS**          **STREET VIEW**

**SEE ALL LOCATIONS IN MANHATTAN**

---

## TRUSTED AROUND THE WORLD







**BOOK A TOUR**  **GET PRICES**

---

## WHY CHOOSE A REGUS VIRTUAL OFFICE?



## Business Address

Establish your office in a prime location at minimal cost.



## Call answering

Get a local number and have someone take your calls.



## Customise your plan

Add call answering and the use of a private office in the centre of your choice.



## Easy to relocate

Move your contract to any of our addresses at no additional cost.



## Mail Handling

Direct your mail to any Regus address; have it forwarded or pick it up.

Case 1:19-cv-02645-AJN-KHP   Document 129-8   Filed 11/22/19   Page 6 of 11

# CHOOSE YOUR VIRTUAL OFFICE PACKAGE



*Professional address*

Place your business in the best possible location with a credible address and mail handling service.

**GET PRICES**



*Virtual Office*

Professional address with mail handling and telephone answering, plus access to our global network of drop-in business lounges.

GET PRICES



*Virtual Office Plus*

Enjoy the full virtual office package, with business address, mail handling, telephone answering and free business lounge access, plus access to a private office in the centre of your choice.

GET PRICES

## ALL-INCLUSIVE PRICING

*Only pay for what you need – whether it's a mail handling service or a full virtual office*

Case 1:19-cv-02645-AJN-KHP   Document 129-8   Filed 11/22/19   Page 8 of 11



*Regus network*

---

✔ Access to a global network of business centres

✔ Choose from over 3000 premium locations



*Virtual address*

---

✔ Receive mail; calls answered with your business name

✔ No need for a permanent office space

**BOOK A TOUR**        **GET PRICES**

## MORE WAYS TO WORK IN MANHATTAN

Case 1:19-cv-02645-AJN-KHP   Document 129-8   Filed 11/22/19   Page 9 of 11

*We offer more than just office space*



*Meeting Room*

**FIND OUT MORE**



*Day Office*

**FIND OUT MORE**



*Business lounges*

_____

**FIND OUT MORE**



*Disabled facilities}*

_____

**FIND OUT MORE**

## LET'S GET STARTED

*Whatever your business, whatever your budget we'll help find the right workspace.*

| Search all locations | SEARCH |

PRODUCTS

PARTNERS

BUSINESS SIZE

ABOUT

CONTACT

CONNECT

REGUS APP

© Regus Group Companies [2019] | 1.4.18497.0

Privacy Policy          Terms and Conditions          Cookie Policy