# Exhibit I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,
                        Plaintiffs,
    -vs-          Case Number:
                    15 Civ. 5345
                    (AJN)(SN)
MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV,
ILIYAS KHRAPUNOV and TRIADOU SPV SA,

                       Defendants.
------------------------------------------

VIDEOTAPED DEPOSITION
OF
FELIX SATER
THURSDAY, SEPTEMBER 13, 2018
8:30 a.m.

Magna Legal Services
866-624-6221
www.MagnaLS.com

Reported by: Adrienne M. Mignano, RPR

Job Number: 426577



```
 1                     Sater
 2   families.
 3       Q     Looking at the first just three
 4   pages of the document, three and a half,
 5   FS003 through the top of '006, does this
 6   e-mail chain relate to what you just
 7   explained to me about the abduction of
 8   Mr. Ablyazov's wife and daughter and your
 9   assistance getting a journalist to write
10   an article?
11             MR. BOYLE:  Objection.
12       A     Yes.
13       Q     Who is Mendel?
14       A     A business associate of mine.
15       Q     What is his full name?
16       A     Mendel Mochkin.
17       Q     And he is the person who had the
18   contact with the Italian journalist?
19       A     Yes.
20       Q     You can put that aside, sir.
21             Going back to Tri-County Mall
22   Investors for a second and the dispute
23   that arose with Iliyas.
24             You don't recall specifically
25   when that happened?
```



Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

        Plaintiffs,   Case No.
                      15 Civ. 5345
  -against-      (AJN)(SN)

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV,
ILYAS KHRAPUNOV and TRIADOU SPV SA,
      Defendants.
- - - - - - - - - - - - - - - - - - - - - x

      C O N F I D E N T I A L

    Videotaped oral deposition of FELIX
SATER, taken pursuant to subpoena, was
held at the law offices of MOSES &
SINGER LLP, 405 Lexington Avenue, New
York, New York, commencing February 5,
2019, 9:50 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

               - - -

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866) 624-6221



Page 27

```
 1              F. Sater - Confidential
 2         Q.   That is 2,250,000.
 3              MR. HASSID:  Thank you.
 4         Q.   What is MeM Energy Partners?
 5         A.   It was a company that assisted in
 6   finding the buyer.
 7         Q.   Who owns MeM?
 8         A.   I believe Mendel Mochkin.
 9         Q.   Why did MeM receive $2.25 million
10   of the proceeds of the Tri-County sale?
11         A.   As the -- I just told you, as the
12   fee for introducing us to the buyer.
13         Q.   Is Mr. Mochkin the same individual
14   who arranged for press critical of the
15   Republic of Kazakhstan after the extradition
16   of Mr. Ablyalov's spouse?
17         A.   He helped, yes.
18         Q.   Do you recall when he assisted in
19   that effort?
20         A.   I don't remember the dates.
21         Q.   Was it roughly in the same time
22   period as this transfer of funds?
23         A.   Probably prior or after.  No, I'm
24   sorry, I don't remember the dates.
25         Q.   Did you ever tell Mr. Mochkin that
```



Page 28

1           F. Sater - Confidential
2   Mr. Ablyazov was connected to the Tri-County
3   deal?
4           MR. HASSID:  Objection.
5       A.  I don't remember, I may have, but I
6   don't remember.
7       Q.  Did Mr. Mochkin also receive a
8   commission from the buyer of the Tri-County
9   Mall?
10      A.  I don't know.
11      Q.  You are not aware of whether he
12  received a substantial commission from the
13  buyer?
14      A.  No, I am not.
15      Q.  I will ask you to hold on to that
16  document.  Put it aside for a second.
17          This will be Sater 24.  I'm handing
18  you a document Bates stamped Herz 0004521.
19          (Sater Exhibit 24, document bearing
20      Bates stamp Nos. Herz 0004521, marked
21      for identification.)
22      Q.  Do you recognize this document?
23      A.  Not really.
24      Q.  I will represent to you this is a
25  document produced by Arnie Herz?



```
 1            F. Sater - Confidential
 2       A.    Yes.
 3       Q.    Are you familiar with Mr. Herz?
 4       A.    Yes, I am.
 5       Q.    Mr. Herz has represented you or
 6   your companies in the past, is that correct?
 7       A.    Yes, he has.
 8       Q.    Please take a minute to read
 9   through this document.
10       A.    Okay.
11       Q.    This appears to be a letter from
12   Arnie Herz to Nicolas Bourg, is that correct?
13       A.    Yes.
14       Q.    I will direct your attention to the
15   second paragraph.  Felix apprised me that the
16   investor approved the commission as standard
17   and reasonable under the circumstances and
18   requested that I serve as an escrow agent for
19   MeM as an accommodation to them.  He informed
20   me that MeM had done an amazing job and the
21   investor wanted to maintain a good
22   relationship with them.
23             Did I read that correctly?
24       A.    Yes, you did.
25       Q.    Who is the investor referred to
```



1          F. Sater - Confidential
2    here, do you know?
3              MR. HASSID:  Object to form.
4         A.    Ilyas.
5         Q.    And is this letter correct when it
6    says, Ilyas or the investor wanted to
7    maintain a good relationship with MeM?
8         A.    Yes.
9         Q.    Why did Iliyas want to maintain a
10   good relationship with MeM?
11             MR. HASSID:  Object to form.
12             MR. SOLOMON:  Object to form.
13        A.    To do other deals.  He represented
14   a very large buyer and he found us a good
15   buyer and it was the hope and intention he
16   would continue finding us buyers.
17        Q.    Was this already related to Mr.
18   Mochkin's providing positive press coverage
19   for the Ablyazov family?
20             MR. HASSID:  Object to form.
21        A.    I'm sure it had influence, I'm sure
22   he thought highly of him for both items, but
23   I don't know how to quantify what was
24   connected.
25        Q.    I will direct your attention to the



```
 1            F. Sater - Confidential
 2   fourth paragraph which reads, Contrary to
 3   what Felix told me, you informed me yesterday
 4   that you did not have any agreement with
 5   Felix Sater or MeM regarding the payment and
 6   amount of said commission and, therefore, you
 7   never approved the payment of the same.
 8            Did I read that correctly?
 9       A.   Yes, you did.
10       Q.   Is that an accurate statement?
11       A.   From Arnie, I don't know what his
12   statements were between him and Nicolas, I
13   have no idea.
14       Q.   Did you have an agreement to pay a
15   commission to MeM?
16       A.   Of course.
17       Q.   Who approved that commission?
18       A.   Ilyas.
19       Q.   Did he personally approve of it?
20       A.   Yes, he did.
21       Q.   And he approved it in writing?
22       A.   No.
23       Q.   Verbally?
24       A.   Yes.
25       Q.   You can put that aside.
```

