# Exhibit K

**Escrow Activity for Tri-County Mall**

| Date | Wire | Sender/Recipient | Sending bank | Amount |
|------|------|------------------|--------------|--------|
| 04/23/13 | incoming wire | Telford International Limited (Dubai) | FBME Bank LTD (Cyprus) | $2,800,045.23 |
| 04/24/13 | incoming wire | RPM USA LLC (New York) | JP Morgan Chase (New York) | 35,000.00 |
| 04/25/13 | outgoing wire | Berkadia Commercial Mortgage LLC | | (2,835,000.00) |
| 05/25/13 | incoming wire | Telford International Limited (Dubai) | FBME Bank LTD (Cyprus) | 28,000,000.00 |
| 05/23/13 | outgoing wire | Ferrari Holdings, LLC | | (1,080,000.00) |
| 05/23/13 | outgoing wire | First American Title Insurance Co. | | (25,360,488.10) |
| 05/31/13 | outgoing wire | Tri County Mall Investors, LLC | | (1,502,939.60) |
| 05/31/13 | Disbursement Check | Taft Stettinius & Hollister LLP | | (7,092.50) |
| 05/31/13 | Disbursement Check | Kramer Levin Naftalis & Frankel LLP | | (49,525.03) |
| | | **Balance as of May 31, 2013** | | **$0.00** |

KL4 2278289.1

**CONFIDENTIAL**

**KRAMERLEVIN0000048**