# Exhibit R

# Contact

www.linkedin.com/in/mendel-mochkin-9b8a123 (LinkedIn)

## Top Skills

Management
Marketing
Energy

# Mendel Mochkin

Director of Acquisitions at LMR Property Group
Greater New York City Area

## Experience

**LMR Property Group**
Director of Acquisitions
March 2015 - Present

**MeM Energy Partners**
Managing Partner
April 2011 - Present

**Avenue Group**
Director
May 2005 - December 2012 (7 years 8 months)

**Avenue Energy Israel**
Founder, CEO
August 2007 - August 2011 (4 years 1 month)

**Energy Concepts International**
Co-Founder, CEO
January 2004 - March 2005 (1 year 3 months)

Co-Founder and CEO of Energy Concepts International. Spearheaded the marketing of QuickStab, a smart-grid oriented voltage stability measurement program. In 2010, QuickStab was bought by Siemens.

———