# Exhibit S

CONFIDENTIAL
ILYAS KHRAPUNOV - 02/01/2018

```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2
     ----------------------------------
 3   CITY OF ALMATY, KAZAKHSTAN,
     and BTA BANK JSC,
 4
                                   Plaintiffs,
 5              v.

 6   MUKHTAR ABLYAZOV, ILYAS,
     KHRAPUNOV, VIKTOR KHRAPUNOV
 7   and TRIADOU SPV SA,

 8                                 Defendants.
     ----------------------------------
 9
                       Case No. 1:15-cv-05345
10                     ------------------

11                        CONFIDENTIAL

12              Videotaped deposition of:

13
                        ILYAS KHRAPUNOV
14                         (Vol. I)

15              taken at the offices of:

16                         LaLive
                      35 Rue de la Mairie
17                       1211 Geneva
                         Switzerland
18
                on Thursday, February 1st, 2018
19                 commencing at 9.03 am

20

21              ------------------------

22

23

24

25
```

```
 1    around 3%, something like that.
 2           Q.  Given -- given the deals that Mr Sater
 3    sourced, approximately how much would 3% have gotten
 4    him?
 5           A.  I don't know.  I mean, let's say
 6    purchase of Syracuse was, what -- I don't know --
 7    couple of million, 1 or 2 million.  So 3 or 5% of
 8    that.  Investment into Flatotel -- sorry -- Tri-County
 9    was -- I don't remember -- around 25 or something like
10    that million.  So 3 or 5% of that.  Then the exit of
11    Tri-County, whatever, because he found a buyer.  So 3
12    to 5% of that.
13           Q.  What does that add up to in total
14    dollars approximately?
15           A.  So let's say to simplify 25 million for
16    -- let's say if it was purchased for Tri-County, 3 or
17    5% of that.
18           MR KENNEY:  It's 900,000.
19           A.  So --
20           Q.  The answer is 900,000.
21           MR SCHWARTZ:  I can't hear you.
22           MR KENNEY:  The answer is 900,000.
23           MR SCHWARTZ:  Total?
24           MR KENNEY:  3% of 30 million.
25           MR SCHWARTZ:  Right.
```