# TODD & LEVI, LLP

444 MADISON AVENUE
SUITE 1202
NEW YORK, NEW YORK 10022
www.toddlevi.com

JOHN F. TODD
JILL LEVI
DAVID B. ROSENBERG

TELEPHONE (212) 308-7400

FACSIMILE (212) 308-8450
E MAIL: toddandlevi@toddlevi.com
NOT FOR SERVICE OF LITIGATION PAPERS

November 25, 2019

**BY FEDERAL EXPRESS AND ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al., USDC, SDNY Case No. 19 Civ. 2645 (AJN) (KHP)**

Dear Magistrate Judge Parker:

We represent Defendants Felix Sater ("Sater"), Bayrock Group, Inc., Global Habitat Solutions, Inc., Daniel Ridloff and RRMI-DR LLC (collectively, the "Sater Defendants"). Pursuant to Your Honor's Rules, on September 25, 2019, we previously provided to Your Honor a binder with all of the documents we submitted in support of Sater's motion for a stay pending arbitration (the "Motion").

We submit herewith a courtesy copy of our Supplemental Memorandum of Law in further support of the Motion, to be included in the binder previously submitted to the Court.

We thank Your Honor for her time and attention to this matter.

Respectfully submitted,

Jill Levi

cc: All Counsel by ECF (W/O ENCL)