# TODD & LEVI, LLP

444 MADISON AVENUE
SUITE 1202
NEW YORK, NEW YORK 10022
www.toddlevi.com

JOHN F. TODD
JILL LEVI
DAVID B. ROSENBERG

December 3, 2019

TELEPHONE (212) 308-7400

FACSIMILE (212) 308-8450
E MAIL: toddandlevi@toddlevi.com
NOT FOR SERVICE OF LITIGATION PAPERS

**BY ECF and BY HAND**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:    City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.,
               Case No. 19 Civ. 2645 (AJN) (KHP)

Dear Judge Nathan:

      We represent Felix Sater, Daniel Ridloff, Bayrock Group Inc., Global Habitat Solutions, Inc., and RRMI-DR LLC , (the "Moving Defendants"). Pursuant to Your Honor's rules, we enclose herewith a binder of the following documents submitted in connection with the Moving Defendants' Motion to Dismiss (the "Motion") the Amended Complaint:

    a) Notice of Motion;
    b) Declaration of Jill Levi dated December 3, 2019, in support of the Motion with Exhibit A (the Amended Complaint);
    c) Memorandum of Law of the Moving Defendants submitted in support of the Motion.
    d) The Kazakh Entities' Memorandum of Law in Opposition to the Moving Defendants Motion, with Exhibit A attached thereto; and
    e) Reply Memorandum of Law in Further Suppose of Motion to Dismiss the Amended Complaint

      We Thank Your Honor for her time and attention to this matter.

Respectfully submitted,

Jill Levi

cc:    All counsel by ECF