UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>     Plaintiffs,<br><br> -against-<br><br>FELIX SATER, DANIEL RIDLOFF, BAYROCK GROUP INC., GLOBAL HABITAT SOLUTIONS, INC., RRMI-DR LLC, FERRARI HOLDINGS LLC, and MEM ENERGY PARTNERS LLC,<br><br>     Defendants. | Case No. 1:19-cv-02645 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, upon the attached Memorandum of Law, the Declaration of Michael S. Horn, accompanying exhibits, and all other papers and proceedings herein, Defendant, Ferrari Holdings LLC shall move before this Court, before the Honorable Alison J. Nathan, at the Courthouse, 40 Foley Square, New York, New York 10007, on a date to be determined by the Court for an order: 1) pursuant to FRCP 12 (b) (6) and Rule 8 (a) and Rule 9 (b) dismissing the claims against Ferrari Holdings LLC in the First Amended Complaint, and granting Ferrari Holdings LLC other, further, and different relief the Court deems just and proper. The basis for the motion is set forth in the accompanying memorandum of law.

Respectfully Submitted,

**ARCHER & GREINER, P.C.**
630 Third Avenue, 7th Floor
New York, New York 10017
Phone No.: (201) 342-6000
Facsimile: (201) 342-6611
Attorneys for Defendant, Ferrari Holdings LLC

By:    /s/ Michael S. Horn, Esq.
       Michael S. Horn, Esq.
       mhorn@archerlaw.com

217221893v1