UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC, | Case No. 1:19-cv-02645 |
| Plaintiffs, | |
| -against- | |
| FELIX SATER, DANIEL RIDLOFF, BAYROCK GROUP INC., GLOBAL HABITAT SOLUTIONS, INC., RRMI-DR LLC, FERRARI HOLDINGS LLC, and MEM ENERGY PARTNERS LLC, | |
| Defendants. | |

## ORDER [PROPOSED]

The Court having considered all matters submitted to it and otherwise, and finding no just reason for delay in entry of this Order, and good cause appearing, therefore,

It is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1.      Pursuant to FRCP 12 (b) (6), Rule 8 and Rule 9, the complaint is dismissed as to Defendant, Ferrari Holdings, LLC;

**SO ORDERED** this _____ day of _____, 2019.

_____
Hon. Alison J. Nathan
*United States District Judge*

217221913v1