3



MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

July 8, 2019

**BY ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1950
New York, New York 10007

    Re:    *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.,*
              Case No. 19 Civ. 2645 (AJN) (KHP)

Dear Judge Parker:

      We represent the City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities") and write to update the Court pursuant to Your Honor's June 6, 2019 Order, which requires the parties to submit a joint letter by no later than July 9 "addressing whether Plaintiffs will amend their pleadings and whether Defendants will move to dismiss." [ECF No. 41 at 3.] Also due by July 9 are the parties' "initial disclosures, initial document requests, and interrogatories." [*Id.* at 1.]

      On July 3, 2019, the parties met-and-conferred regarding the defendants' contemplated motions to dismiss. Although all parties participated in that conversation in good faith, the Kazakh Entities do not believe they have sufficient information to discern whether any of the potential motions can be mooted through the filing of an amended complaint. Likewise, the defendants do not believe they have sufficient information about a potential amended complaint to be able to commit to not file motions following amendment. As such, and without any party waiving any rights or arguments, the parties respectfully request that the Court enter the following briefing schedule, starting with the currently set deadline of July 31 [*see id.* at 2]:

- Motions to dismiss or answers due by no later than July 31, 2019.
- Amended complaint or opposition brief due by no later than August 30, 2019.
- Reply briefs due by no later than September 16, 2019.

      As to the July 9 deadline for the exchange of initial disclosures and discovery requests, the defendants have asked for an adjournment to July 19. The Kazakh Entities have no objection. The parties therefore respectfully request that the Court adjourn the deadline for initial disclosures, initial document requests, and interrogatories to July 19, 2019.

      Thank you for your consideration of these requests.

                                                    Respectfully,

                                                    /s/ Matthew L. Schwartz
                                                    Matthew L. Schwartz

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, New York NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com