UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>FELIX SATER, DANIEL RIDLOFF, BAYROCK GROUP INC., GLOBAL HABITAT SOLUTIONS, INC., RRMI-DR LLC, FERRARI HOLDINGS LLC, and MEM ENERGY PARTNERS LLC,<br><br>　　　　　　　　Defendants. | Case No. 1:19-cv-02645 |

**DECLARATION OF SERVICE**

**MICHAEL S. HORN, ESQ.**, being duly sworn, deposed and says that the deponent is not a party in this action, is over 18 years of age and is admitted to practice law in the State of New York.

On October 11, 2019, I filed with the Clerk of the United States District Court, Southern District of New York, via Electronic Court Filing, Defendant Ferrari Holdings, LLC's (1) Notice of Motion to Dismiss; (2) Brief in Support of Motion to Dismiss; (3) Declaration of Michael S. Horn, Esq. with Exhibits 1 to 5 in support of Motion to Dismiss; (4) a proposed from of Order; and (5) Letter-Motion Request for Court Approval for Redactions in Brief in Support of Motion to Dismiss. A copy of same was served via Electronic Court Filing upon:

| | |
|---|---|
| Bois Schiller Flexner, LLP | Todd & Levi, LLP |
| Matthew L. Schwartz, Esq. | Jill Levi, Esq. |
| mlschwartz@bsfllp.com | Jlevi@toddlevi.com |
| Attorneys for Plaintiffs | Attorneys for Defendants Felix Sater, Daniel Ridloff, Bayrock Group, Inc. Global Habitat Solutions, Inc. and RMI-DR LLC |

I affirm that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 11, 2019

Respectfully Submitted,

**ARCHER & GREINER, P.C.**
630 Third Avenue, 7th Floor
New York, New York 10017
Phone No.: (201) 342-6000
Facsimile: (201) 342-6611
Attorneys for Defendant, Ferrari Holdings LLC

By: ___/s/ Michael S. Horn, Esq._____
     Michael S. Horn, Esq.
     mhorn@archerlaw.com

217434245v1