

**Michael S. Horn**
*Member of New Jersey and New York Bar*
mhorn@archerlaw.com
201-498-8529 (Ext. 7529) Direct
201-342-6611 Direct Fax

Archer & Greiner, P.C.
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-342-6000 Main
201-342-6611 Fax
www.archerlaw.com

December 3, 2019

**VIA ECF and BY HAND**

Hon. Alison J. Nathan, USDJ
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:    City of Almaty, Kazakhstan , et al v. Sater, et al
               Case No.: 1:19-cv-02645-AJN-KHP

Dear Judge Nathan:

      We represent the Defendant, Ferrari Holdings, LLC in the above referenced matter. Pursuant to Your Honor's rules, enclosed are "courtesy copies" of the following:

(1) Notice of Motion to Dismiss Plaintiff's First Amended Complaint;
(2) Proposed Order;
(3) Brief in Support of the Motion to Dismiss;
(4) Declaration of Michael S. Horn, Esq., with Exhibit 1 through 5;
(5) Declaration of Service.
(6) Brief in Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

      The documents were electronically filed with the Court this date.

      Thank you for the Court's attention and consideration in this matter.

      Respectfully,

      MICHAEL S. HORN

MSH:ev
Enclosures
cc:    All counsel by ECF

217696301v1

Haddonfield, NJ | Hackensack, NJ | Princeton, NJ | Philadelphia, PA | Red Bank, NJ | New York, NY | Wilmington, DE