

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3654
E-mail: mschwartz@bsfllp.com

December 27, 2019

**BY ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

  Re: *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
     **Case No. 19 Civ. 2645 (AJN) (KHP)**

Dear Judge Nathan:

  We represent the City of Almaty and BTA Bank (the "Kazakh Entities") and write to respectfully request a brief extension of the time to file our response to the objections filed by Defendant Felix Sater on December 20, 2019 [ECF Nos. 146 & 147] to Magistrate Judge Katharine H. Parker's Opinion & Order on Motion to Stay [ECF No. 144].

  The Kazakh Entities' response is currently due on Friday, January 3, 2020. In light of the December and New Year's holidays, we respectfully request an extension of three business days until Wednesday, January 8, 2020. All parties have been informed of this extension request and do not object to it.

  We thank you for your consideration.

                   Respectfully,

                   /s/ Matthew L. Schwartz
                   Matthew L. Schwartz
                   BOIES SCHILLER FLEXNER LLP
                   55 Hudson Yards
                   New York, New York 10001

cc: All Counsel of Record
   (By ECF)