```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                          Plaintiffs,

       -against-

FELIX SATER, et al.,

                          Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/09/2020

19-CV-2645 (AJN) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during the conference held on January 8, 2020, the motions to seal at Docket Numbers 103 and 108 **are denied as moot**. The parties shall file a joint status letter by **February 7, 2020** advising the Court on the status of discovery and whether the parties wish to schedule a settlement conference. If the parties wish to schedule a settlement conference, they should also propose dates for the conference.

        **SO ORDERED.**

DATED:    New York, New York
               January 9, 2020

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge