```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,
```

|  |  |
|---|---|
| Plaintiffs, | 19-CV-2645 (AJN) (KHP) |
| -against- | **ORDER** |
| FELIX SATER, et al., | |
| Defendants. | |

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during the conference held on January 8, 2020, the motions to seal at Docket Numbers 103 and 108 **are denied as moot**. The parties shall file a joint status letter by **February 7, 2020** advising the Court on the status of discovery and whether the parties wish to schedule a settlement conference. If the parties wish to schedule a settlement conference, they should also propose dates for the conference.

    **SO ORDERED.**

DATED:    New York, New York
              January 10, 2020

                                                */s/ Katharine H. Parker*
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/10/2020