

**Michael S. Horn**
*Member of New Jersey and New York Bar*
mhorn@archerlaw.com

Archer & Greiner, P.C.
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-342-6000 Main
201-342-6611 Fax
www.archerlaw.com

February 25, 2020

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1950
New York, New York 10007

      Re:    *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.,*
                 Case No. 19 Civ. 2645 (AJN) (KHP)

Dear Judge Parker:

      We represent the Defendant, Ferrari Holdings, LLC in the above referenced matter. We respectfully request a short adjournment of the upcoming status conference scheduled for March 10, 2020. The reason for this request is that I am going on a previously scheduled family vacation from March 2, 2020 to March 10, 2020. Since I will be traveling on March 10, 2020, I respectfully request a slight change in the date of the conference.

      I have conferred with all parties and they have consented to this request. The other parties have advised me that they are available March 12, 2020 or March 17, 2020 for the upcoming conference.

      Thank you for your consideration.

                                                  Respectfully,

                                                  MICHAEL S. HORN

cc: Counsel of Record (via ECF)
218062403v1

Haddonfield, NJ | Hackensack, NJ | Princeton, NJ | Philadelphia, PA | Harrisburg, PA | Red Bank, NJ | New York, NY | Wilmington, DE