```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                                      Plaintiffs,

               -against-

FELIX SATER, et al.,

                                   Defendants.
----------------------------------------------------------------X

**19-CV-2645 (AJN) (KHP)**

**ORDER CONVERTING CASE
MANAGEMENT CONFERENCE TO
TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in this matter scheduled for Tuesday, March 17, 2020 at 10:30 a.m. is hereby rescheduled to **Tuesday, March 17, 2020 at 10:45 a.m. and converted to a telephonic conference.**  Counsel for the parties are directed to set up a telephone conference line and email Judge Parker's Chambers with call-in information for the day of the conference.

        **SO ORDERED.**

DATED:      New York, New York
                  March 12, 2020

*[signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge