UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                              Plaintiffs,                        19-CV-2645 (AJN) (KHP)

                   -against-                             **ORDER**

FELIX SATER, et al.,

                              Defendants.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

        For the telephone conference scheduled for March 17, 2020 at 10:45 a.m., the parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

        **SO ORDERED.**

DATED:      New York, New York
               March 16, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge