USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

          Plaintiffs,

-against-

FELIX SATER, et al.,

          Defendants.

-----------------------------------------------------------------X

19-CV-2645 (AJN) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 3, 2020, Diane Artal-Burger filed a motion to quash. (Dkt. No.175.) Opposition briefs, if any, are due by no later than **April 24, 2020**. There will be no reply. Plaintiffs are directed to serve a copy of this Order on Ms. Artal-Burger.

      SO ORDERED.

DATED:     New York, New York
             April 10, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge