UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAHKSTAN
and BTA BANK JSC,

        Plaintiffs,

    v.

FERRARI HOLDINGS LLC,

        Defendant.

No. 19 Civ. 2645 (AJN) (KHP)

**CLERK'S CERTIFICATE OF DEFAULT**

---

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that action 19-cv-2645 (AJN) (KHP) was commenced on March 25, 2019, with the filing of a summons and a complaint, a copy of the summons was served on defendant Ferrari Holdings LLC ("Ferrari") by personally serving Tara Ferrari, and proof of service was therefore filed on April 25, 2019.  ECF No. 25.

    On April 9, 2020, the court entered an order granting Archer & Greiner, P.C.'s motion to withdraw as Ferrari's attorney.  ECF No. 181.  The court ordered Ferrari—as a corporate defendant—to retain new counsel within 60 days of the order (June 8, 2020).  On June 22, 2020, the court issued another order, noting that "Ferrari Holdings did not appear for the conference and is reminded that the deadline has passed to substitute counsel.  A corporate entity must be represented by counsel and cannot appear pro se."  ECF No. 200.

    No substitute counsel has entered an appearance on behalf of Ferrari.  Ferrari is therefore in default.  The default of defendant Ferrari Holdings LLC in the above-referenced case is hereby noted.

Dated:   July 16  , 2020

                                                RUBY J. KRAJICK
                                              Clerk of Court

                                              By: *[signature: David J. Thomas]*