# TODD & LEVI, LLP

444 MADISON AVENUE
SUITE 1202
NEW YORK, NEW YORK 10022
www.toddlevi.com

JOHN F. TODD
JILL LEVI
DAVID B. ROSENBERG

TELEPHONE (212) 308-7400

FACSIMILE (212) 308-8450
E MAIL: toddandlevi@toddlevi.com
NOT FOR SERVICE OF LITIGATION PAPERS

October 20, 2020

**BY ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

   Re: City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.,
      <u>USDC, SDNY Case No. 19 Civ. 2645 (AJN) (KHP)</u>

Dear Judge Nathan:

  We represent Defendants Felix Sater, Bayrock Group, Inc., Global Habitat Solutions, Inc., Daniel Ridloff and RRMI-DR LLC (collectively, the "Sater Defendants"). We write with regard to Rule 3 (H) of Your Honor's Individual Practices in Civil Cases (the "Practices").

  On December 3, 2019, the Sater Defendants' Motion to Dismiss (the "Motion") was fully briefed and submitted to the Court. See ECF Docket Numbers: 105, 106, 107, 109, 138, 139. Rule 3(H) of the Practices provides that "[i]f a motion is not decided within 90 days of the time that it has become fully briefed, counsel for the movant shall send a letter to alert the Court." Since the ninety day period expired just at the start of the global pandemic, we did not alert the Court on March 3, 2020, that the Motion had not yet been decided. At this time, because almost eleven months have elapsed since the Motion was fully briefed, we now alert the Court as required by Rule 3(H).

  We thank Your Honor for her time and attention to this matter.

              Respectfully submitted,

              <u>*s/s/ Jill Levi*</u>
              Jill Levi

cc: All Counsel by ECF