**TODD & LEVI, LLP**

444 MADISON AVENUE
SUITE 1202
NEW YORK, NEW YORK 10022
www.toddlevi.com

JOHN F. TODD
JILL LEVI
DAVID B. ROSENBERG



TELEPHONE (212) 308-7400

FACSIMILE (212) 308-8450
E MAIL: toddandlevi@toddlevi.com
NOT FOR SERVICE OF LITIGATION PAPERS

December 19, 2019

**BY ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    **City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.,
             USDC, SDNY Case No. 19 Civ. 2645 (AJN) (KHP)**

Dear Magistrate Judge Parker:

     We represent Defendants Felix Sater ("Sater"), Bayrock Group, Inc., Global Habitat Solutions, Inc., Daniel Ridloff and RRMI-DR LLC (collectively, the "Sater Defendants").

     We are writing to respectfully request an extension of time to file objections pursuant to Fed.R.Civ.P 72(a), to the Opinion & Order on Motion to Stay, filed and entered by the Court on December 6, 2019 (the "Order"). The Sater Defendants currently have until December 20, 2019 to file objections to the Order, and we respectfully request an extension until January 10, 2020. None of the other parties oppose the extension requested by the Sater Defendants. In light of the December 20, 2019 deadline, we respectfully ask that the Court advise at its earliest convenience.

     We thank Your Honor for her time and attention to this matter.

> The request for an extension of time is DENIED as moot.  SO ORDERED.
>
> *[signature]*
> SO ORDERED.  11/23/2020
> ALISON J. NATHAN, U.S.D.J.

Respectfully submitted,

*Jill Levi*
Jill Levi