USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of Almaty, *et al.*,

                Plaintiffs,

     –v–

Felix Sater, *et al.*,

                Defendants.

19-cv-2645 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 11, 2019, defendant Ferrari Holdings LLC filed a motion to dismiss the amended complaint. Dkt No. 99. On December 3, 2019, Ferrari re-filed its motion to dismiss along with an unredacted version of its memorandum of law. Dkt. No. 141. The plaintiff Kazakh Entities opposed the motion. See Dkt. Nos. 109, 124.

On April 9, 2020, the Court entered an order granting Ferrari's counsel's motion to withdraw. In that order, the Court admonished Ferrari that, as a corporate entity, it could not proceed pro se in this matter and would be required to retain new counsel and enter an appearance within sixty days. Ferrari did not do so. Ferrari failed to appear at a conference on June 22, 2020. It has not participated in this action since its counsel withdrew and has not filed a reply brief in support of its motion to dismiss. The Kazakh Entities obtained a clerk's certificate of default as to Ferrari on July 16, 2020.

It is therefore ORDERED that Ferrari's motion to dismiss is administratively denied without prejudice to re-filing should it enter an appearance in this case.

It is further ORDERED that the Kazakh Entities notify the court by December 4, 2020, whether they intend to move for default judgment against any defendant at this time and, if so, a

date by which they intend to do so.

It is further ORDERED that the Kazakh Entities shall serve a copy of this Order on Ferrari and file an affidavit of service on the public docket no later than December 4, 2020.

This Order resolves Docket Numbers 99 and 141.

SO ORDERED.

Dated: November 30, 2020
        New York, New York

ALISON J. NATHAN
United States District Judge