USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,

                Plaintiffs,

-against-

FELIX SATER, DANIEL RIDLOFF, BAYROCK GROUP INC., GLOBAL HABITAT SOLUTIONS, INC., RRMI-DR LLC, FERRARI HOLDINGS LLC, and MEM ENERGY PARTNERS LLC,

                Defendants.

19 Civ. 2645 (AJN) (KHP)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT**

---

**WHEREAS,** on November 30, 2020, the Court granted in part and denied in part the motion to dismiss by Defendants Felix Sater ("Sater"), Daniel Ridloff ("Ridloff"), Bayrock Group Inc. ("Bayrock"), Global Habitat Solutions, Inc. ("GHS") and RRMI-DR LLC ("RRMI") (collectively, the "Answering Defendants");

**WHEREAS**, the Answering Defendants' time to answer is currently December 14, 2020;

**WHEREAS**, the deposition of Sater is currently scheduled for January 13, 2021; and

**WHEREAS**, the Answering Defendants' have agreed to provide notice to Plaintiffs of the affirmative defenses they intend to raise in their answer before Sater is to be deposed, without prejudice to asserting additional defenses at the time the answer is filed, provided that Sater's deposition may be reopened on the basis of newly asserted affirmative defenses and for the limited purpose of eliciting testimony related to such additional affirmative defenses;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiffs and the Answering Defendants, that the time for Answering Defendants to answer the First Amended Complaint dated August 30, 2019 is hereby extended to January 15, 2021.

This is the first extension of time requested by the Answering Defendants since the Court ruled on the Answering Defendants' motion to dismiss the Complaint.

Dated:  New York, New York
December 9, 2020

| BOIES SCHILLER FLEXNER LLP | TODD & LEVI, LLP |
|---|---|
| By: /s/ Matthew Schwartz<br>Matthew Schwartz<br>55 Hudson Yards<br>New York, New York 10001<br>(212) 225-2300<br>Attorneys for Plaintiffs | By: /s/ Jill Levi<br>Jill Levi<br>Todd & Levi, LLP<br>444 Madison Avenue, Suite 1202<br>New York, New York 10022<br>Tel: (212) 308-7400<br>Attorneys for the Answering Defendants |

SO ORDERED:

_Katharine H. Parker_
Honorable Katharine H. Parker
United States Magistrate Judge
**12/12/2020**