**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                             Plaintiffs,                          **19-CV-2645 (AJN) (KHP)**

      -against-                                                      **ORDER**

FELIX SATER, et al.,

                             Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Having reviewed the parties' letters with respect to the December 22, 2020 deadline for the Sater Defendants to produce documents, the Court hereby extends the deadline to complete document production until **January 5, 2021**. Further, Defendant Felix Sater must appear for the court-ordered deposition already scheduled for January 13, 2021. If the Sater Defendants produce additional documents after the January 5, 2021 deadline referenced above, the Court will order Mr. Sater to appear for a second deposition to answer questions concerning those documents and to pay for seven hours of opposing counsel's time to conduct the second deposition.

      **SO ORDERED.**

DATED:      New York, New York
                 December 28, 2020

                                                                     KATHARINE H. PARKER
                                                                   United States Magistrate Judge