

CRAIG WENNER
Tel.: (212) 909-7625
E-mail: cwenner@bsfllp.com

January 11, 2021

**BY ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1950
New York, New York 10007

   Re: *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
      Case No. 19 Civ. 2645 [rel. 15 Civ. 5345] (AJN) (KHP)

Dear Judge Parker:

  We represent the City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities") and write to respectfully request that the Court so order the new date proposed below for defendant Felix Sater's deposition. We have conferred with Jill Levi, counsel to Mr. Sater, who consents to this request.

  The Court previously ordered Mr. Sater to appear in his individual capacity for his deposition at 9:30 AM on January 13, 2021. [ECF No. 259.] We have conferred with Mr. Sater's counsel concerning our need to review a substantial production made by Mr. Sater on January 5. The Kazakh Entities and Mr. Sater agreed to set a new date for Mr. Sater's deposition before the end of January, as directed by the Court at the conference today.

  <u>Accordingly, and with the consent of Mr. Sater, we respectfully request that the Court so order the following deadline:</u>

> <u>Mr. Sater's deposition date, [*see* ECF No. 259,] is hereby adjourned from January 13, 2021, to January 29, 2021. Felix Sater shall appear in his individual capacity for his deposition at 9:30 AM on January 29, 2021.</u>

  Thank you for your consideration.

                   Respectfully,

                   /s/ *Craig Wenner*
                   Craig Wenner

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Dated: 1/12/2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2021

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com