UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>         Plaintiffs,<br><br>  -against-<br><br>FELIX SATER, DANIEL RIDLOFF, BAYROCK GROUP INC., GLOBAL HABITAT SOLUTIONS, INC., RRMI-DR LLC, FERRARI HOLDINGS LLC, and MEM ENERGY PARTNERS LLC,<br><br>         Defendants. | 19 Civ. 2645 (AJN) (KHP) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF RRMI-DR LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for RRMI-DR LLC certifies that RRMI-DR LLC has no corporate parent, and that no publicly held corporation owns ten percent or more of RRMI-DR LLC.

Dated: January 19, 2021

            TODD & LEVI, LLP

            By: */s/ Jill Levi*
              Jill Levi
            Office and P.O. Address:
            444 Madison Avenue
            Suite 1202
            New York, New York 10022
            Tel: (212) 308-7400
            Attorneys for Defendant
            RRMI-DR LLC