USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of Almaty, *et al.*,

                Plaintiffs,

     –v–

Felix Sater, *et al.*,

                Defendants.

19-cv-2645 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Yesterday, the Court received a voicemail message from Frank Ferrari, a principal of Defendant Ferrari Holdings LLC. In the voicemail, Mr. Ferrari stated that he was not aware of the June 22, 2020 conference and did not receive a copy of any of the papers in this case from the time his former counsel withdrew until the Court's Order of November 30, 2020.

    As Judge Parker explained in her Order allowing Ferrari Holdings LLC's former counsel to withdraw (Dkt. No. 181), a corporate entity must be represented by counsel and cannot defend itself in litigation pro se (without an attorney). If Ferrari Holdings LLC obtains new counsel, it may file an appropriate application via ECF. The Court cannot provide legal advice to Mr. Ferrari about his options in this litigation.

    The Plaintiffs shall serve a copy of this Order on Ferrari Holdings LLC and file an affidavit of service on the public docket by February 5, 2021.

    SO ORDERED.

Dated: January 29, 2021
       New York, New York

                                          ALISON J. NATHAN
                                        United States District Judge