UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK, JSC,

        Plaintiffs,

-against-

FELIX SATER, DANIEL RIDLOFF, BAYROCK
GROUP INC., GLOBAL HABITAT SOLUTIONS,
INC., RRMI-DR LLC, FERRARI HOLDINGS
LLC, and MEM ENERGY PARTNERS LLC,

        Defendants.

19 Civ. 2645 (AJN) (KHP)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021
```

## ORDER

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

UPON CONSIDERATION of the Letter Application of Todd & Levi, LLP ("T&L") dated May 21, 2021, and the consent of Defendants Felix Sater, Daniel Ridloff, Bayrock Group Inc., Global Habitat Solutions, Inc. and RRMI-DR LLC, as evidenced by the letters of such parties attached to the T&L Letter, and pursuant to Local Civil Rule 1.4 of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, it is hereby

**ORDERED** that the application of Todd & Levi, LLP to withdraw ac counsel to the Defendants is **GRANTED.**

SO ORDERED this 25th day of May, 2021

*Katharine H Parker*
KATHARINE H. PARKER
*United State Magistrate Judge*