```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                            Plaintiffs,

       -against-

FELIX SATER, et al.,

                            Defendants.
-----------------------------------------------------------------X

**19-CV-2645 (AJN) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The parties are hereby directed to file a status letter updating the Court on the status of discovery in this case and any issues that may require judicial intervention by no later than July 9, 2021.

    **SO ORDERED.**

DATED:    New York, New York
                  June 9, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge