USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2021

JUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                             Plaintiffs,                                **19-CV-2645 (AJN) (KHP)**

         -against-                                  **ORDER SCHEDULING CASE**
                                                            **MANAGEMENT CONFERENCE**

FELIX SATER, et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A telephonic Case Management conference in this matter is hereby scheduled for **Friday, September 10, 2021 at 12:30 p.m.** Counsel is directed to call into the court conference line at the scheduled time. **Please dial (866) 434-5269 Code: 4858267.**

       **Plaintiffs are directed to serve this order on non-party law firm Moses & Singer LLP and invite a representative to attend to discuss the outstanding subpoena served on the firm.**

       SO ORDERED.

DATED:     New York, New York
               August 25, 2021

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge