**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                        Plaintiffs,

      -against-

FELIX SATER, et al.,

                        Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021

**19-CV-2645 (AJN) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge**

      As set forth at the September 10, 2021 case management conference in the above-captioned case, non-party Moses & Singer's request for an extension of time to respond to the subpoena is hereby GRANTED. Accordingly, Moses & Singer will have until October 5, 2021 to move or otherwise respond to the subpoena discussed at the September 10 conference.

      Additionally, an issue arose at the conference concerning the scope of attorney John Hoover Snyder's representation in this case. The Court hereby directs Mr. Snyder to file a letter with the Court by no later than September 17, 2021 to clarify which parties to this case he represents. If, in fact, Mr. Snyder does not represent Defendant Daniel Ridloff or some of the other Defendant entities, the Court will provide those unrepresented parties until October 18, 2021 to retain counsel and have said counsel file an appearance in this case.

      Furthermore, the Court hereby extends the deadline for fact discovery to January 31, 2022.

**A case management conference is hereby scheduled to take place on October 14, 2021 at 12:30 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY.** In advance of that conference – by October 12, 2021 – the parties are directed to submit a joint conference agenda letter, not to exceed three pages in length, setting forth all issues the parties intend to present to the Court.

*   *   *

The parties are directed to the conference transcript for all other rulings and directives of the Court.

**SO ORDERED.**

DATED:   New York, New York
         September 10, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge