**JOHN H. SNYDER**
555 FIFTH AVENUE, SUITE 1700
NEW YORK, NY 10017

September 17, 2021

<u>By ECF</u>

Hon. Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>City of Almaty, Kazakhstan et al v. Sater et al.</u>, 19-cv-02645-AJN-KHP

Dear Judge Parker:

Further to the status conference held on September 10, 2021, this letter confirms that (together with Thomas C. Sima), I represent Felix Sater, Daniel Ridloff, Bayrock Group, Global Habitat Solutions, and RRMI-DR LLC in the above-referenced matter.

The Docket in this matter correctly reflects this. I apologize for the confusion.

Very truly yours,

John H. Snyder

cc:    Counsel of Record