USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of Almaty, et al.,

               Plaintiffs,

     –v–

Felix Sater, et al.,

               Defendants.

19-cv-2645 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court received the four attached letters by mail. The Court will take no additional action based on them.

SO ORDERED.

Dated: October 12, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

**REPUBLIC OF CYPRUS**
**MINISTRY OF JUSTICE AND PUBLIC ORDER**

M.J.P.O.12.11.025.006.003
Tel.: +357 22805943
Fax: +357 22805969
e-mail: yhadjiprodromou@mjpo.gov.cy

11 June 2021

Matthew L. Schwartz, Esq.
Boies Schiller & Flexner, LLP
55 Hudson Yards,
New York
New York 10001

RECEIVED
AUG - 5 2021
U.S.D.C. S.D.N.Y.
COMPLETED

Fax no.: +1 212 446 – 2350

**BY POST & FAX**

Dear Mr. Schwartz

**Request for judicial assistance dated 4th August 2020 in relation to case no. Civ.2645 (AJN) (KHP) (City of Almaty v. Felix Sater, pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters**

I refer to the aforementioned request of the Honourable Alison J. Nathan, United States District Court for the Southern District of New York, dated 4th August 2020 with regards to the taking of account information evidence from Promsvyazbank (Cyprus Branch) or any other third party.

2.   In furtherance to our correspondence dated 24/9/2020, 13/10/2020 and 12/1/2021 (said letter enclosed), whereby you were requested to facilitate the execution of the taking of evidence from the Director of EAS Capital Partners Ltd by sharing any available further information regarding his whereabouts, we regret to inform you of the Executing Court's decision to reject the request in the absence of any response (and information) from your side.

Yours sincerely

*[signature]*

(Yioulika Hadjiprodromou)
For Permanent Secretary

cc.:  Nicosia District Court (ref.no.: 12.11.09.3 – att.: Ms Maragkaki)

**REPUBLIC OF CYPRUS**
**MINISTRY OF JUSTICE AND PUBLIC ORDER**

M.J.P.O.12.11.025.006.003
Tel.: +357 22805943
Fax: +357 22805969
e-mail: yhadjiprodromou@mjpo.gov.cy

24 September 2020

Matthew L. Schwartz, Esq.
Boies Schiller & Flexner, LLP
55 Hudson Yards,
New York
New York 10001

Fax no.: +1 212 446 – 2350

**BY POST & FAX**

Dear Mr. Schwartz

**Request for judicial assistance dated 4th August 2020 in relation to case no. Civ.2645 (AJN) (KHP) (City of Almaty v. Felix Sater, pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters**

1.  I refer to the aforementioned request of the Honorable Alison J. Nathan, United States District Court for the Southern District of New York, dated 4th August 2020 with regards to the taking of account information evidence from Promsvyazbank (Cyprus Branch) or any other third party.

2.  Regrettably the request cannot be execute due to the fact that under the Cyprus legal system account information evidence can **only** be obtained in **criminal** cases following a Court order issued by a competent court.

3.  Given that the case concerned is a *civil action*, such information can only be given by the account holders, namely the shell companies under para.F 1-16 of the request. Assuming these companies are registered in Cyprus, they can be called to testify. Therefore, in case you are aware of their registered/service address in Cyprus, please provide such information as soon as possible so that execution of the request can be made possible.

Remaining at your disposal for anything further.

Yours sincerely

(Yioulika Hadjiprodromou)
For Permanent Secretary

E-mail: cwenner@bsfllp.com

October 13, 2020

**BY FEDEX**

Yioulika Hadjiprodromou
Ministry of Justice and Public Order
125 Athalassas Avenue
1461 NICOSIA
Cyprus
registry@mjpo.gov.cy

Re: **Request for Judicial Assistance Dated 4 August 2020 in Relation to** *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*, **Case No. 19 Civ. 2645 (AJN) (KHP)**

Dear Ms. Hadjiprodromou:

We write in response to the attached letter dated September 24, 2020, requesting further information about the shell companies listed in the Honorable Alison J. Nathan's August 4, 2020 Request for Judicial Assistance. According to our records, the following companies are registered in Cyprus, and are registered at the corresponding addresses.

| Company | Registered Address | Company Number |
|---|---|---|
| Casalake Trading Limited | 284, Arch. Makarious III Ave. Fortuna Court, Block B, 2nd Floor 3105, Limassol, Cyprus | HE129136 |
| EAS Capital Partners Ltd. | Μιχαήλ Καραολή, 2, Εγκωμη 2404, Λευκωσία, Κύπρος Cyprus | HE160562 |

With regard to the other companies listed in the Request for Judicial Assistance, while they maintained bank accounts in Cyprus, we have not yet identified Cypriot registered/service addresses for these companies. We will notify you if we are able to identify such addresses.

Thank you for your attention to this matter.

Respectfully,

*/s/ Craig Wenner*
Craig Wenner

Enclosures

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com

**REPUBLIC OF CYPRUS**
MINISTRY OF JUSTICE AND PUBLIC ORDER

M.J.P.O.12.11.025.006.003
Tel.: +357 22805943
Fax: +357 22805969
e-mail: yhadjiprodromou@mjpo.gov.cy

12 January 2021

Matthew L. Schwartz, Esq.
Boies Schiller & Flexner, LLP
55 Hudson Yards,
New York
    ew York 10001

Fax no.: +1 212 446 – 2350

**BY POST & FAX**

Dear Mr. Schwartz

**Request for judicial assistance dated 4th August 2020 in relation to case no. Civ.2645 (AJN) (KHP) (City of Almaty v. Felix Sater, pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters**

I refer to the aforementioned request of the Honourable Alison J. Nathan, United States District Court for the Southern District of New York, dated 4th August 2020 with regards to the taking of account information evidence from Promsvyazbank (Cyprus Branch) or any other third party.

2.   In furtherance to our correspondence dated 13/10/2020 and 24/9/2020, please be informed that according to the Executing Court of the Republic of Cyprus the taking of evidence from **the Director of EAS Capital Partners Ltd** could not be executed for the reason that the former could not be traced at the given registered address of the Company.

3.   At the request of the Executing Court, you are asked to share any available further information regarding his whereabouts

Remaining at your disposal for anything further.

Yours sincerely

(Yioulika Hadjiprodromou)
For Permanent Secretary

cc.: Nicosia District Court (ref.no.: 12.11.09.3 – att.: Ms Maragkaki)

ΚΥΠΡΙΑΚΗ ΔΗΜΟΚΡΑΤΙΑ

MINISTRY OF JUSTICE
AND PUBLIC ORDER
1461 NICOSIA
CYPRUS

The Honorable Alison J. Nathan
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, New York 10007



PRIORITY
PRIORITAIRE
ΠΡΟΤΕΡΑΙΟΤΗΤΑΣ

ΤΑΧΥΔΡΟΜΙΚΟ ΤΕΛΟΣ
ΠΛΗΡΩΜΕΝΟ
ΑΡΙΘΜΟΣ ΑΔΕΙΑΣ 333

FIRST MANNED SUPERSONIC FLIGHT
Bell X-1, 1947

ΚΥΠΡΟΣ - CYPRUS - KIBRIS   € 0.02