

CRAIG WENNER
Tel.: (212) 909-7625
E-mail: cwenner@bsfllp.com

October 12, 2021

**BY ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

  Re: *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
    **Case No. 19 Civ. 2645 [rel. 15 Civ. 5345] (AJN) (KHP)**

Dear Judge Parker:

  We represent the City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities") and write jointly on behalf of the Kazakh Entities and defendants Felix Sater, Daniel Ridloff, Bayrock Group Inc., Global Habitat Solutions, Inc., RRMI-DR LLC, and MeM Energy Partners LLC. We write in response to Your Honor's September 10, 2021 Order directing the parties to submit a joint conference agenda letter by October 12, 2021.  [ECF No. 309.]

  The parties intend to raise the following issues at the conference:

- The response by Moses & Singer LLP to a third-party document subpoena issued by the Kazakh Entities. (The Court adopted a stipulated briefing schedule for Moses & Singer's motion to quash a deposition subpoena. [ECF Nos. 317, 318.])

- The Kazakh Entities' third-party subpoenas to Viktoria Sater. Ms. Sater failed to produce documents by an October 1 deadline. (The Kazakh Entities and Ms. Sater are finalizing dates for her deposition at the end of October or beginning of November.)

- On August 6, 2021, the Kazakh Entities issued document and deposition subpoenas for Kalsom Kam, who is Felix Sater's long-time assistant who personally signed the Litco agreement. The Kazakh Entities have not been able to serve him at his New York address.

- On August 10, 2021, the Kazakh Entities served interrogatories and requests for productions of documents on MeM Energy through its newly-retained counsel-of-record. To date, MeM Energy has failed to respond to the discovery demands.

    o Defendant MeM Energy believes that further discovery beyond the informal discovery that it has already voluntarily provided Plaintiffs' counsel is premature in light of the motion to dismiss it



        anticipates filing prior to the upcoming case management conference.

- The relevant parties are also prepared to provide an update on the status of the Litco arbitration, including the parties' settlement efforts and the likely entry of a revised schedule that will adjourn the merits hearing until the Spring.

We look forward to addressing these matters on October 14, 2021.

                              Respectfully,

                              */s/ Craig Wenner*
                              Craig Wenner

cc:    Counsel of Record (by ECF)
        Counsel for Moses & Singer LLP (via ECF)