```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                            Plaintiffs,                      **19-CV-2645 (AJN) (KHP)**

       -against-                                     **ORDER SCHEDULING ORAL**
                                                               **ARGUMENT**

FELIX SATER, et al.,

                            Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       An Oral Argument in this matter is hereby scheduled for **Monday, April 11, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

       **SO ORDERED.**

DATED:      New York, New York
                  December 2, 2021

                                                 _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge