

February 8, 2022

By ECF

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     Re: *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
              **Case No. 19 Civ. 2645 (rel. 15 Civ. 5345) (AJN) (KHP)**

Dear Judge Nathan:

We represent the Defendants in the above-referenced matter.

We are in receipt of Mr. Schwartz's letter dated February 4, 2022, to which we will respond substantively by **February 11, 2022**.

Thank you for your consideration.

Very truly yours,

John H. Snyder

cc:     Counsel of Record