

February 11, 2022

By ECF

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     Re: *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
              Case No. 19 Civ. 2645 (rel. 15 Civ. 5345) (AJN) (KHP)

Dear Judge Nathan:

We represent the Defendants in the above-referenced matter.

Upon review of Mr. Schwartz's letter, while we disagree with his overall position, some of his points are well-taken. Additionally, in the past few days, we have received additional information bearing upon the motion that has required time to digest.

We are preparing amended / supplemental papers, which we expect to file no later than **February 18, 2022.**

Thank you for your consideration.

Very truly yours,

John H. Snyder

cc:     Counsel of Record