

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

March 4, 2022

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:    *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
                **Case No. 19 Civ. 2645 (AJN) (KHP)**

Dear Judge Nathan:

      We represent the City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities"). We write to respectfully request that the Court accept for filing under seal Exhibit B to the forthcoming Declaration of Matthew L. Schwartz in Opposition to Felix Sater's Motion to Amend, Assert Supplemental Counterclaims, and Join Additional Counterclaim Defendants.

      In accordance with the Court's Individual Practices ¶ 4(B), the Kazakh Entities are filing the proposed sealed exhibit under seal on the Court's ECF system. Exhibit B consists of excerpts from the January 29, 2021, deposition of Felix Sater in this action. This testimony has been marked confidential by Mr. Sater pursuant to the protective order in this case.

      Plaintiffs take no position on whether this testimony is properly designated confidential under the protective order or whether it meets the standard for sealing set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Plaintiffs are filing the excerpts under seal to give Mr. Sater an opportunity to explain why the testimony should remain under seal. Thank you for your consideration of this request.

                                                                                        Respectfully,

                                                                                 /s/ Matthew L. Schwartz
                                                                               Matthew L. Schwartz

cc:    Counsel of record (via ECF)