USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                Plaintiffs,

-against-

FELIX SATER, et al.,

                Defendants.
-----------------------------------------------------------------X

**19-CV-2645 (AJN) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As the parties are aware, this case has been referred to the undersigned for general pretrial management.  Any requests to amend pleadings outside the dates set by the Court must be submitted to the undersigned.  Plaintiffs' opposition to the motion shall be filed by March 18, 2022.  A conference will be held on **March 24, 2022 at 4:30 p.m. in Courtroom 17D** to discuss the status of discovery and to hear argument on the proposed amended pleading and counterclaims.

        **SO ORDERED.**

DATED:    New York, New York
           March 4, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge