USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of Almaty, et al.,

                Plaintiffs,

    –v–

Felix Sater, et al.,

                Defendants.

19-cv-2645 (AJN) (KHP)

ORDER

ALISON J. NATHAN, District Judge:

    In light of Judge Parker's orders that extended fact discovery in this action and scheduled a discovery conference for March 24, 2022, Dkt. Nos. 366, 367, the case management conference before the undersigned scheduled for March 18, 2022, is hereby adjourned.

    SO ORDERED.

Dated: March 8, 2022
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge