UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC,

                Plaintiffs,

- against -

FELIX SATER, et al.,

                Defendants.

---

19-cv-2645 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should provide the Court with the most recent scheduling order.

Dated:    New York, New York
           May 5, 2022

                                      John G. Koeltl
                              United States District Judge