```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC,

    Plaintiffs,

19-cv-2645 (JGK)

- against -

ORDER

FELIX SATER, et al.,

    Defendants.

JOHN G. KOELTL, District Judge:

The motion to strike, ECF No. 394, is **denied** as moot. The offer of judgment that is the subject of the motion, ECF No. 389, is "considered withdrawn" if not accepted within fourteen days. See Fed. R. Civ. P. 68(a), (b). More than fourteen days have elapsed since the offer of judgment was filed, and it was not accepted by any party.

The Clerk is directed to close Docket No. 394.

SO ORDERED.

Dated:    New York, New York
            June 1, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                               United States District Judge