USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                        Plaintiffs,                    **19-CV-2645 (JGK) (KHP)**

       -against-                                     **ORDER**

FELIX SATER, et al.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      **By July 1, 2022,** the parties shall file a joint status letter updating the Court on the ongoing discovery in this action.

         **SO ORDERED.**

DATED:      New York, New York
                June 6, 2022

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge