UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC,

        Plaintiffs,

- against -

FELIX SATER, et al.,

        Defendants.

19-cv-2645 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    Mr. Sater should respond to the plaintiffs' motion for reconsideration, ECF No. 402, by **June 23, 2022**. The plaintiffs may reply by **June 28, 2022**.

SO ORDERED.

Dated:    New York, New York
             June 16, 2022

                                      John G. Koeltl
                               United States District Judge