UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC,

                Plaintiffs,

- against -

FELIX SATER, et al.,

                Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    By July 12, 2022, the plaintiffs should provide the Court with a copy of the June 1, 2022 Order of the Geneva Court of First Instance that is referenced in the plaintiffs' July 7, 2022 letter, ECF No. 409. The plaintiffs should also explain the relevance, if any, of the June 24, 2022 Order that was submitted to the Court.

SO ORDERED.

Dated:    New York, New York
           July 7, 2022

                                      John G. Koeltl
                              United States District Judge