UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

CITY OF ALMATY, KAZAKHSTAN, and BTA
BANK JSC,
                     Plaintiffs,         19-cv-2645 (JGK)

       - against -                      ORDER

FELIX SATER, et al.,
                     Defendants.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference on July 13, 2022, at 1:30 p.m. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          July 11, 2022

                                                   _____
                                                     John G. Koeltl
                                          United States District Judge