UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

CITY OF ALMATY, KAZAKHSTAN, and BTA
BANK JSC,

               Plaintiffs,        19-cv-2645 (JGK)

    - against -                        ORDER

FELIX SATER, et al.,
               Defendants.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The Court received the attached letter, which it forwards to the parties.

SO ORDERED.

Dated:    New York, New York
          July 25, 2022

                                      _____
                                         John G. Koeltl
                               United States District Judge



République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, date du timbre postal

CR/47/2020 5 IMI XCR

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENÈVE 3

UNITED STATES DISTRICT COURTFOR THE
SOUTHERN DISTRICT OF NY
The Honorable Alison J. Nathan
Thurgood Marshall US Courthouse
40 Foley Square
10007 New York
ETATS-UNIS

Réf : **CR/47/2020** 5 IMI XCR
à rappeler lors de toute communication

## AVIS

Madame, Monsieur,

J'ai l'honneur de vous informer des citations à comparaître requises par votre Tribunal dans le cadre de la commission rogatoire citée sous référence à une audience qui aura lieu :

Date : **MERCREDI 18 MAI 2022 à 14:00 heures**

Lieu : **Bâtiment R, 1er étage, ** Salle R10 **
Rue de l'Athénée 6, Genève**

Veuillez vous présenter au moins 15 minutes avant le début de votre audience en raison des contrôles de sécurité.

**Parties demanderesses**
VILLE D'ALMATY AU KAZAKHSTAN
BTA BANK

**Autorité requérante**
UNITED STATES DISTRICT COURTFOR THE
SOUTHERN DISTRICT OF NY

**Parties défenderesses**
Monsieur SATER Félix
Monsieur RIDOLFF Daniel
BAYROCK GROUP INC
GLOBAL HABITAT SOLUTIONS INC
RRMI-DR LLC
FERRARI HOLDING LLC
MEM ENERGY PARTNERS LLC

**Prière d'aviser les parties de cette audience.**

Liste des parties citées à comparaître : Madame KHRAPUNOVA Leila.

Veuillez agréer, Madame, Monsieur, l'assurance de ma considération distinguée.

Karen VULLIET
Greffière




(PKC)


09.03.22    2.30
CH - 1200
Affr. Poste
2090080
3000145.2
 Dokument
Stand 2
 LA POSTE








1000781507 CO99

