USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/16/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                      Plaintiffs,

      -against-

FELIX SATER, et al.,

                      Defendants.
----------------------------------------------------------------X

**19-CV-2645 (JGK) (KHP)**

**ORDER RESCHEDULING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The Case Management Conference in this matter scheduled for Tuesday, August 23, 2022 at 2:30 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Tuesday, August 23, 2022 at 11:30 a.m.**

    SO ORDERED.

DATED:    New York, New York
               August 16, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge