USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                              Plaintiffs,                      **19-CV-2645 (JGK) (KHP)**

            -against-                                          **ORDER**

FELIX SATER, et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the case management conference on August 23, 2022, Defendants shall produce their privilege log regarding the Herz documents and related metadata by September 15, 2022. Any documents reflected on the current spreadsheet of withheld documents that Defendants determine are not subject to privilege shall be produced by September 15, 2022.

      Defendant Sater shall produce his supplemental interrogatory responses to Plaintiffs by September 30, 2022.

      The depositions of the third party and BTA witnesses shall be held by September 30, 2022. To the extent Plaintiffs plan to move for a protective order with respect to any deposition, they shall do so by September 15, 2022 and any opposition shall be filed by September 30, 2022. No reply will be permitted.

      A case management conference in this matter is scheduled for **Monday, October 17, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:  New York, New York
August 23, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge