

CRAIG WENNER
Tel: (212) 909-7625
Email: cwenner@bsfllp.com

September 16, 2022

**BY ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2022

      Re:   *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
             **Case No. 19 Civ. 2645 [rel. 15 Civ. 5345] (JGK) (KHP)**

Dear Judge Parker:

      We represent Plaintiffs, the City of Almaty, Kazakhstan and BTA Bank, and write pursuant to Rule 21.8 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York to request that Plaintiffs' motion to compel and accompanying exhibit [ECF Nos. 421 and 421-1], which are temporarily filed under seal, remain under seal.

      In response to a request for the production of documents, Defendant Felix Sater submitted a copy of text messages between himself and his estranged wife and third-party deponent Viktoria Gutsko as it pertained to Plaintiffs' efforts to take Ms. Gutsko's deposition. Sater did not mark the document confidential, but his counsel has designated the text messages confidential as they discuss Ms. Gutsko's sensitive medical information. As such, Plaintiffs request that the Court order that the text messages and portions of the motion to compel that quote said messages remain under seal. While Plaintiffs do not believe the text messages otherwise contain confidential information, we do agree that information concerning Ms. Gutsko's health is confidential.

      We thank the Court for its attention to this matter.

Respectfully,

/s/ *Craig Wenner*
Craig Wenner

**APPLICATION GRANTED**

*/signature/* Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.

9/16/2022

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com