```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                          Plaintiffs,                      19-CV-2645 (JGK) (KHP)

     -against-                                 **ORDER**

FELIX SATER, et al.,

                          Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the case management conference on October 17, 2022, Defendants shall produce their privilege log regarding the Herz documents and related metadata by November 11, 2022. If the log is not produced or not in a form that satisfies Rule 26(b)(5), Defendant Sater will be deemed to have waived privilege.

      The parties shall schedule the deposition of MeM Energy for one of the five dates in December offered by MeM Energy.

      The deposition of Viktoria Gutsko shall be completed the week of November 7.

      The Court respectfully requests that the Clerk of Court close ECF No. 427 pursuant to the above.

      **SO ORDERED.**

DATED:     New York, New York
               October 17, 2022

                                                        _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge