UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

                             Plaintiffs,

          -against-

FELIX SATER, et al.,

                            Defendants.
----------------------------------------------------------------X

19-CV-2645 (JGK) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A Case Management Conference in this matter is scheduled for Thursday, February 16, 2023 at 11:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED.

DATED:    New York, New York
                December 21, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge