

CRAIG WENNER
Tel: (212) 909-7625
Email: cwenner@bsfllp.com

July 25, 2023

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
     **Case No. 19 Civ. 2645 [rel. 15 Civ. 5345] (JGK) (KHP)**

Dear Judge Koeltl:

  We represent Plaintiffs City of Almaty, Kazakhstan and BTA Bank and write to request that the Court schedule a pretrial conference at the Court's earliest convenience. Expert discovery closed on July 7, 2023 [ECF No. 449], and there are no outstanding motions before Judge Parker, to whom the case was referred for pretrial purposes.

  Prior to writing this letter, and mindful of Rules II(A) and (B) of Your Honor's Individual Practices, we conferred with defendants' counsel as to whether any party would be requesting a pre-motion conference in anticipation of a motion for summary judgment. We first emailed opposing counsel on July 11 to request a meet and confer on any pretrial issues that may need to be brought to the Court's attention. Receiving no response, we followed up with defendants' counsel again on July 13, and the parties conferred on July 14. Defendants' counsel indicated that one or more of the defendants may move for summary judgment. We asked counsel to propose a schedule for submitting pre-motion letters as well as a suggested briefing schedule for summary judgment. Counsel indicated they would revert to us with their position on what to propose to the Court. We did not hear back from defendants' counsel the following week, and followed up again with them on July 20, stating that if we did not hear back from them by Friday, July 21, we would be submitting this letter to ask the Court to schedule a conference. We still have not received any proposal, or any response of any kind, from any of the defendants.

  Accordingly, Plaintiffs respectfully request that the Court schedule a conference at the Court's earliest convenience. If any party intends to seek summary judgment, Plaintiffs suggest pre-motion letters be due a week before the conference, with responses due two days beforehand. If no party submits a pre-motion letter, then Plaintiffs respectfully request that the Court treat the conference as a final pretrial conference and set a trial date and other pre-trial deadlines.

  We thank the Court for its attention to this matter.

                Respectfully,

                /s/ *Craig Wenner*
                Craig Wenner