UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,        19-cv-2645 (JGK)

             Plaintiffs,        ORDER

- against -

FELIX SATER, ET AL.

             Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendant MeM Energy Partners LLC is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment. ECF No. 466.

SO ORDERED.

Dated:    New York, New York
            September 25, 2023

                                        John G. Koeltl
                               United States District Judge