UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

              Plaintiffs,

    - against -

FELIX SATER, ET AL.,

             Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference today, the letter submitted by Mr. Ridloff, ECF No. 480-1, is insufficient to support withdrawal of counsel or substitution of counsel. Mr. Ridloff may submit an application for a substitution of counsel supported by an affidavit showing good cause by **November 27, 2023**. The plaintiffs may respond by **November 30, 2023**. Mr. Ridloff may reply by **December 5, 2023**.

SO ORDERED.

Dated:    New York, New York
            November 16, 2023

                                      John G. Koeltl
                             United States District Judge