```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                Plaintiffs,

    - against -

FELIX SATER, ET AL.,

                Defendants.

19-cv-2645 (JGK)

ORDER

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    Mr. Ridloff's reply on the motion to support withdrawal of counsel or substitution of counsel is due **December 5, 2023**. The Court will hold a conference on all open matters, including the motion for summary judgment by MeM Energy Partners LLC, on **December 6, 2023, at 10:00 a.m.**, in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, NY 10007. The **December 8, 2023** date for pre-trial filings is stayed, but the parties should not expect any lengthy adjournment.

SO ORDERED.

Dated:    New York, New York
            December 1, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                      United States District Judge