UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

          Plaintiffs,

- against -

FELIX SATER, ET AL.,

          Defendants.

---

19-cv-2645 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record today, the motion for summary judgment of Defendant MeM Energy Partners LLC is **denied**. The Clerk is directed to close ECF No. 466.

SO ORDERED.

Dated:    New York, New York
           December 6, 2023

                                        John G. Koeltl
                                 United States District Judge