UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                Plaintiffs,

- against -

FELIX SATER, ET AL.,

                Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The trial date is tentatively adjourned from February 5, 2024, to **June 10, 2024, at 9:00 a.m.**, conditioned on Ms. Levi's filing her notice of appearance by this **Friday, December 8, 2023**. The parties are directed to file a proposed alternative pre-trial schedule by **December 15, 2023**.

    Copies of this Order are being sent by email to Mr. Ridloff and Ms. Levi.

SO ORDERED.

Dated:    New York, New York
           December 6, 2023

                                          John G. Koeltl
                                  United States District Judge