```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

          Plaintiffs,

   - against -

FELIX SATER, ET AL.,

          Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

   As discussed at the conference held today, the trial in this matter is scheduled for **June 10, 2024, at 9:00 a.m.** The parties should file any requests to charge, motions in limine, and voir dire requests by **April 8, 2024.** Responses and objections are due by **April 15, 2024.**

   If the Ridloff defendants make a motion for summary judgment, the motion must be filed by **January 22, 2024.** The time to respond is **February 3, 2024.** The time to reply is **February 16, 2024.**

SO ORDERED.

Dated:   New York, New York
          December 20, 2023

                                 John G. Koeltl
                            United States District Judge