UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,

- against -

FELIX SATER, ET AL.,

        Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

In response to the plaintiffs' March 12, 2024 letter, ECF No. 497, the Court reminds the parties that any requests to charge, motions in limine, and voir dire requests are due by **April 8, 2024**. Responses and objections are due by **April 15, 2024**.

The joint pre-trial order is due **May 10, 2024**. The Court will hold a final pre-trial conference on **May 10, 2024, at 9:30 a.m.** Trial remains set for **June 10, 2024, at 9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           March 13, 2024

                                        John G. Koeltl
                                        United States District Judge