UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,

- against -

FELIX SATER, ET AL.,

        Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    In view of the fact that the joint pre-trial order is due on **May 10, 2024**, the final pre-trial conference is adjourned to **May 16, 2024**, at **11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            May 2, 2024

                                                  John G. Koeltl
                                      United States District Judge