```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

**CITY OF ALMATY, KAZAKHSTAN, ET AL.,**

          **Plaintiffs,**

    - against -

**FELIX SATER, ET AL.,**

          **Defendants.**

**19-cv-2645 (JGK)**

<u>ORDER</u>

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Clerk is directed to strike the Offer of Judgment, ECF No. 557-1, from the docket but retain the summary docket text for the record. The motion to strike the attachment to Magistrate Judge Parker's Order should be directed to Magistrate Judge Parker.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **May 11, 2024**

                                          <u>    /s/ John G. Koeltl    </u>
                                                  **John G. Koeltl**
                                      **United States District Judge**