```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

**CITY OF ALMATY, KAZAKHSTAN, ET AL.,**

              Plaintiffs,

    - against -

**FELIX SATER, ET AL.,**

              Defendants.

───────────────────────────────────

19-cv-2645 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Ridloff defendants are directed to respond to the plaintiffs' motion in limine to preclude the Ridloff defendants from calling undisclosed witnesses at trial, ECF No. 560, by **May 14, 2024**.

**SO ORDERED.**

Dated:    New York, New York
           May 11, 2024

                                        /s/ John G. Koeltl
                                             John G. Koeltl
                                 **United States District Judge**