UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,

- against -

FELIX SATER, ET AL.,

        Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to respond by **May 14, 2024**, to the objection that they should not be permitted to call John Hargett as an expert witness because he was not timely designated, see ECF No. 559, at 11 n.1.

SO ORDERED.

Dated:    New York, New York
           May 13, 2024

                                        John G. Koeltl
                                   United States District Judge