# TODD & LEVI, LLP

444 MADISON AVENUE
SUITE 1202
NEW YORK, NEW YORK 10022
www.toddlevi.com

JOHN F. TODD
JILL LEVI
DAVID B. ROSENBERG

TELEPHONE (212) 308-7400

FACSIMILE (212) 308-8450
E MAIL: toddandlevi@toddlevi.com
NOT FOR SERVICE OF LITIGATION PAPERS

May 14, 2024

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
5/14/24

Re:   City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.,
      USDC, SDNY Case No. 19 Civ. 2645 (AJN) (KHP) (the "Action")

Dear Judge Koeltl:

We represent Defendants Daniel Ridloff and RRMI-DR LLC (the "Ridloff Defendants") in the above referenced case, and write pursuant to Rule 21.8 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York, this Court's Individual Instructions and Practices and Paragraph 8 of the Court's Stipulated Protective Order in this case [ECF No. 51] to request that certain declaration exhibits in opposition of Plaintiffs' motion in limine #4 be provisionally filed under seal.

Among the exhibits that the Ridloff Defendants intend to file with their opposition papers are the following:

1. Exhibit A: Plaintiffs' expert report of Claude Arnold
2. Exhibit B: a copy of a Memorandum prepared by Daniel Retter in support of Elvira Kudryashova's Extension Petition for an E-2 Visa.

Exhibits A is an expert report produced by the Plaintiffs in this action. Your Honor previously so ordered the filing of this exhibit under the Ridloff Defendant's motion in limine. [ECF No. 522] Such report has been designated confidential by Plaintiffs as it contains and relies on information that is non-public as well as testimony designated confidential by various other parties.

Exhibit B is a memorandum prepared by Daniel Retter, dated November 19, 2014, which was prepared and sent by Mr. Retter to U.S. Citizenship and Immigration Services in support of Ms. Kudryashova's Extension Petition for an E-2 visa. It was produced by Elvira Kudryashova in this action, for her deposition, and contains information designated by Ms. Kudryashova as confidential under the protective order. [ECF No. 51] We believe that the memorandum itself has

TODD & LEVI, LLP
May 14, 2024
Page-2-

not been made public, and, upon information and belief, has so far not been relied upon by any court in connection with any exercise of judicial authority.

As such, the Ridloff Defendants respectfully request that the Court maintain Exhibits A and B under seal until such time that Your Honor rules on whether the materials should remain under seal. The Ridloff Defendants take no position on whether these papers should be sealed.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Jill Levi