UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,

- against -

FELIX SATER, ET AL.,

        Defendants.

---

19-cv-2645 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court received the attached document from a court in Switzerland that was sent to Judge Nathan's Chambers.

SO ORDERED.

Dated:    New York, New York
            May 16, 2024

                                          John G. Koeltl
                                  United States District Judge



**République et canton de Genève**
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, date du timbre postal

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

CR/47/2020 5 IMI XCR

A-PRIORITY
Avis de réception

R    R P371 74355 7 CH
LA POSTE   Please scan - Signature required
Veuillez scanner - Remise contre signature

UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF NY
The Honorable Alison J. Nathan
Thurgood Marshall US Courthouse
40 Foley Square
10007 New York
ETATS-UNIS

Réf : **CR/47/2020** 5 IMI XCR
à rappeler lors de toute communication

Nous vous remettons ci-joint l'ordonnance dans la cause mentionnée sous rubrique.

République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
1211 GENEVE 3

Réf : CR/47/2020 - XCR - 5
à rappeler lors de toute communication

## ORDONNANCE DU 21 MARS 2024

Rendue dans le cadre de l'entraide judiciaire internationale CR/47/2020 - 5

requise par the Honorable Alison J. Nathan, Juge auprès de la UNITED STATES DISTICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Vu la procédure CR/47/2020,

Vu l'ordonnance du 24 janvier 2023 dont le dispositif est le suivant:

1. *Rejette les arguments de refus de collaborer soutenus par Leila KHRAPUNOVA et Iliyas KHRAPUNOV les 13 mai et 26 octobre 2022.*

2. *Transmet la liste des questions à Leila KHRAPUNOVA et Iliyas KHRAPUNOV et leur impartit un délai au 27 février 2023 pour cas échéant faire valoir leur motif de refus de répondre pour chaque question concernée.*

Vu le courrier de Me MARGAIRAZ du 24 février 2023 demandant la suspension du délai fixé au point 2 du dispositif de l'ordonnance du 24 janvier 2023 au vu du recours déposé contre cette ordonnance par Leila KHRAPUNOVA et Iliyas KHRAPUNOV, avec requête d'effet suspensif.

Vu l'ordonnance du 23 février 2023 annulant le délai susmentionné.

Vu l'arrêt de la Cour de justice ACJC/318/2023 du 6 mars 2023 rejetant la requête de Leila KHRAPUNOVA et Iliyas KHRAPUNOV visant à suspendre le caractère exécutoire de l'ordonnance du 24 janvier 2023, au motif que le risque invoqué par les recourants à l'appui de leur requête d'effet suspensif, à savoir que l'exécution de l'ordonnance attaquée rendrait sans objet leur recours, n'était plus susceptible de se réaliser à la suite de l'annulation du délai imparti aux recourants dans l'ordonnance attaquée.



République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Vu le courrier de Me GROSS et Me FERRO-LUZZI du 12 février 2024 demandant au Tribunal de céans d'exécuter l'ordonnance du 24 janvier 2023 et de transmettre la liste des questions à Leila KHRAPUNOVA et Iliyas KHRAPUNOV en leur impartissant un délai bref et non prolongeable pour faire valoir leur motif de refus de répondre pour chaque question concernée.

Vu les art. 1 et ss du Code de procédure civile,

Attendu que le point 1 du dispositif de l'ordonnance du 24 janvier 2023 ne fait que rejeter les arguments de refus de collaborer de Leila KHRAPUNOVA et Iliyas KHRAPUNOV, sans prévoir une quelconque exécution subséquente.

Que la liste des questions indiquée au point 2 du dispositif de l'ordonnance du 24 janvier 2023 a déjà été transmise à Leila KHRAPUNOVA et Iliyas KHRAPUNOV.

Que le délai mentionné au point 2 du dispositif de l'ordonnance du 24 janvier 2023 a été annulé par ordonnance du 24 février 2023.

Que partant, aucun point de l'ordonnance ne nécessite d'être exécuté.

Que l'arrêt de la Cour de justice rejetant l'effet suspensif au recours déposé par Leila KHRAPUNOVA et Iliyas KHRAPUNOV contre l'ordonnance du 24 janvier 2023 n'a pas pour conséquence que le Tribunal de céans devrait fixer un nouveau délai pour que Leila KHRAPUNOVA et Iliyas KHRAPUNOV fassent valoir leur motif de refus de répondre pour chaque question.

Qu'au contraire, c'est bel et bien pour la seule et unique raison de l'annulation du délai prévu au point 2 du dispositif de l'ordonnance du 24 janvier 2023 que la Cour de justice a refusé d'octroyer l'effet suspensif au recours, retenant que seul ce point du dispositif de l'ordonnance du 24 janvier 2023 aurait créé un risque de rendre sans objet le recours de Leila KHRAPUNOVA et Iliyas KHRAPUNOV

Que fixer à nouveau le délai remettrait ainsi en cause l'arrêt de la Cour et sa décision relative à l'effet suspensif.

*\*\*\**

République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Page 3/3

**Par ces motifs,**

**LE TRIBUNAL**

1. Rejette la demande de Me GROSS et Me FERRO-LUZZI du 12 février 2024.

2. Réserve la suite de la procédure.

Catherine HEKIMI

Juge

La présente ordonnance est communiquée pour notification à Mes Balz GROSS et Soumeya FERRO-LUZZI, Me Matthias BOURQUI et Me Jill LEVI par le greffe le   2 2 MAR. 2024

Copie en est transmise à The Honorable Alison J. NATHAN, Juge auprès de United States District Court for the Southern District of New York.