```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                Plaintiffs,

- against -

FELIX SATER, ET AL.,

                Defendants.

19-cv-2645 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Ridloff defendants are directed to notify the plaintiffs by **May 23, 2024**, as to whether the Ridloff defendants will call Daniel Retter as a witness.

SO ORDERED.

Dated:    New York, New York
           May 16, 2024

                                                  John G. Koeltl
                                        United States District Judge