UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,

- against -

FELIX SATER, ET AL.,

        Defendants.

---

19-cv-2645 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Defendant MeM Energy Partners LLC is directed to submit a letter stating its position with respect to the issues it raised at the pre-trial conference by **May 20, 2024**. The plaintiffs can respond by **May 23, 2024**.

SO ORDERED.

Dated:    New York, New York
            May 16, 2024

                                          John G. Koeltl
                                      United States District Judge