

CRAIG WENNER
Tel: (212) 909-7625
Email: cwenner@bsfllp.com

June 3, 2024

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
> Case No. 19 Civ. 2645 [rel. 15 Civ. 5345] (JGK) (KHP)

Dear Judge Koeltl:

We represent Plaintiffs City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities"). At the May 16, 2024 pretrial conference, the Court permitted Plaintiffs to supplement the Court's voir dire instructions with additional names that the jury may hear throughout the case. [*See* 5/16/2024 Hr'g Tr. 51:16-52:16]. Please find those names below.

The following are additional individuals whose names the jury may hear:

- Dmitry Kudryashov
- Phillipe Glatz
- Madina Ablyazova
- Frank Ferrari
- Yerzhan Tatishev
- Anar Tatisheva
- Anar Aitzhanova
- Veronika Efimova

The following are additional names of entities the jury may hear:

- Northern Seas Waterage, Inc.
- Zhaikmunai LP
- Moses and Singer LLP
- JETS Synagogue
- Viktoria's Gourmet Foods
- CBRE Group
- Flatotel
- Cabrini Medical Center
- Ferrari Holdings LLC
- Castle & Bishop



- De Lotto & Fajardo LLP
- Sands Point Partners Fund
- Payment Card Systems

We thank the Court for its attention to this matter.

Respectfully,

/s/  *Craig Wenner*
Craig Wenner