UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,

- against -

FELIX SATER, ET AL.,

        Defendants.

---

19-cv-2645 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to submit updated exhibit lists by June 5, 2024.

SO ORDERED.

Dated:   New York, New York
       June 3, 2024

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                                United States District Judge