UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK, JSC,

                      Plaintiffs,

-against-

FELIX SATER, DANIEL RIDLOFF, BAYROCK
GROUP INC., GLOBAL HABITAT SOLUTIONS,
INC., RRMI-DR LLC, FERRARI HOLDINGS
LLC, and MEM ENERGY PARTNERS LLC,

                      Defendants.

-------------------------------------------------------------X

Case No. 19-civ-02645 (AJN) (KHP)

## DEFENDANTS DANIEL RIDLOFF AND RRMI-DR LLC'S EXHIBIT LIST

Pursuant to Rules 26(a)(3)(A) of the Federal Rules of Civil Procedure and Rule IV(B)(10) of the Court's Individual Practices in Civil Cases, Defendants Daniel Ridloff and RRMI-DR LLC (the "Ridloff Defendants") respectfully submit the below list of exhibits to potentially be used in its case-in-chief or in cross examination, including objections to any exhibits by Plaintiffs City of Almaty, Kazakhstan and BTA Bank JSC. Defendants Felix Sater, Bayrock Group Inc., Global Habitat Solutions, Inc. and MeM Energy Partners LLC did not provide any responses to the Ridloff Defendants' exhibit list. The Ridloff Defendants reserve the right to not present any of the exhibits identified below. The Ridloff Defendants further reserve the right to use other exhibits admitted into evidence in addition to those below, including for impeachment purposes.

| Admitted | DRX | Description | Dated | Bates Numbers | PLAINTIFFS * No Authenticity Objection ** No Objection | SATER DEFENDANTS * No Authenticity Objection ** No Objection | MEM DEFENDANT * No Authenticity Objection ** No Objection |
|---|---|---|---|---|---|---|---|
|  | 1 | Organizational Plan | 8/1/2012 | FS 29416 | * |  |  |
|  | 2 | Email chain between Ridloff and Hurwitz re: employment agreements | 8/22/2012 | FS 30697 - 30698 | * |  |  |
|  | 3 | RPM-Maro LLC & Health Station Networks Business Plan | 8/30/2012 | HERZ0005078-5085 | * |  |  |
|  | 4 | Email chain between Herz and Mochkin re: MeM Escrow | 10/22/2013 | FS 42901 - 42915 | ** |  |  |
|  | 5 | Moses & Singer Escrow Account Statement | 12/1/2013 | FS002 - FS007 | ** |  |  |
|  | 6 | Email chain between Silverstein and Ridloff | 4/11/2013 | F_0000365 | * |  |  |
|  | 7 | Fee Sharing Agreement between Ferrari and RRMI-DR LLC | 5/8/2013 | DR000317 | ** |  |  |
|  | 8 | Letter from Castle and Bishop Financial Services Inc. re: Fee Agreement - Tri County Mall | 5/17/2013 | F_0000008 | ** |  |  |
|  | 9 | Resolution Adopted by the Sole Member of Syracuse Center, LLC | 10/16/2013 | Almaty-BTA_FS20004224 - 4228 | ** |  |  |
|  | 10 | Letter from Herz to Bourg | 10/10/2013 | Almaty-BTA_FS60013979 - 13980 | * |  |  |
|  | 11 | Resolution Adopted by the Sole Director of SDG NY OPCO, INC. | 10/16/2013 | Almaty-BTA_FS20011223 - 11228 | ** |  |  |
|  | 12 | Letter from Tri-County Mall Investors LLC to Ridloff re: removal and revocation letter | 10/11/2013 | Almaty-BTA_FS60006246-6247 | ** |  |  |
|  | 13 | Letter from Syracuse Center LLC to Ridloff re: removal and revocation letter | 10/16/2013 | Almaty-BTA_FS20011633 - 11634 | ** |  |  |
|  | 14 | Email chain between Iliyas Khrapunov and Herz re: Trump Soho - Follow up | 4/9/2013 | EK000525 - 534 | * |  |  |
|  | 15 | Email chain between Herz and Ridloff re: PCS Mastercard Acquisition Term Sheet | 10/4/2012 | HERZ-FSP00009667 - 9668 | * |  |  |
|  | 16 | Email chain between Herz and Ridloff re: MeM/Tri County | 9/3/2013 | DR000310- 311 | * |  |  |
|  | 17 | Email chain between Iliyas Khrapunov and Ridloff re: final due diligence from Lender - Tri County Mall | 5/21/2013 | Almaty-BTA_FS60006426-6428 | ** |  |  |
|  | 18 | Email chain between Sater and Herz re: Term Sheet as it presently stands | 5/25/2013 | HERZ-FSP00003523 - 24 | * |  |  |
|  | 19 | Trump SOHO Hotel Condo Statement of Availability of Unit Operating Information | 1/29/2013 | DR 000227 | ** |  |  |
|  | 20 | Fee Agreement between Bayrock and Mochkin | 7/1/2013 | Almaty-BTA_FS800028582 - 583 | * |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 21 | Emal chain between Ridloff and Sater re: CWCapital - Loan Sale Award - Tri County Mall LLC | 4/23/2013 | DR000083 - 86 | * | | |
| | 22 | Email chain between Herz and Paim@creacard.net with attachments re: PCS Purchase | 10/5/2012 | HERZ-FSP00009652 - 9668 | ** | | |
| | 23 | Email chain between Mochkin and Sater re: syracuse fee agreement | 8/20/2013 | FS10686 - 10691 | * | | |
| | 24 | Email chain between Sater and Lee and Ridloff re: Tri-County Account | 7/17/2013 | FS 28824 | ** | | |
| | 25 | Email chain netween Sater and Ridloff re: Tri-County Mall | 8/25/2013 | FS28806 | * | | |
| | 26 | Email chain between Ridloff and Herz and Berman re: LSA | 4/22/2013 | FS28585 -589 | * | | |
| | 27 | Email chain between Herz and Ridloff re: Elvira Visa | 11/9/2012 | FS07137 - 7141 | * | | |
| | 28 | Email chain between Sater and Marino re: service providers | 9/9/2013 | FS28613 - 28615 | * | | |
| | 29 | Email chain between Sater and Ridloff re: draft operating agreement | 8/14/2013 | FS28574 - 28576 | * | | |
| | 30 | Email chain between Wolf and Sater re: Tri County Dispute - Confidential/For Settlement Purposes | 10/21/2013 | FS28337 - 28344 | * | | |
| | 31 | Settlement Agreement and General Release between Triadou and Sater | 12/23/2013 | Almaty-BTA_FS70005696 - 5705 | ** | | |
| | 32 | Chase Statement for Tri County Mall Investors LLC | 10/1/2013 | Almaty-BTA_FS80001947 - 1950 | ** | | |
| | 33 | Chase Statement for Tri County Mall Investors LLC | 9/4/2013 | Almaty-BTA_FS80001951 - 1952 | ** | | |
| | 34 | Chase Statement for Tri County Mall Investors LLC | 8/29/2013 | Almaty-BTA_FS80001937 - 1940 | ** | | |
| | 35 | Summons and Complaint for Tri-County Mall Investors, LLC v. Sater and Ridloff | 12/16/2013 | Almaty-BTA_FS70002719 - 2767 | * | | |
| | 36 | Escrow Activity for Tri-County Mall | 5/31/2013 | Almaty-BTA_FS00166888 | ** | | |
| | 37 | Letter from SDG Investment Fund to Mission Capital Advisors LLC with attachements re: Tri County Mall, Ohio | 4/16/2013 | Almaty-BTA_FS70002865 - 2893 | * | | |
| | 38 | Capital One Account Summary Ferrari Holdings | 5/21/2013 | F_0000367 | ** | | |
| | 39 | Email between Ridloff and Richard Ridloff re: felix | 5/1/2013 | DR000301 | ** | | |
| | 40 | New York Dept of State licensing services re: Daniel Ridloff | various | DR000692 - 697 | | | |
| | 41 | New York Dept of State licensing services ID of Daniel Ridloff | 1/14/2016 | DR000698 | | | |
| | 42 | Email chain between Sater and Ridloff re: deposit | 9/18/2013 | DR000699 - 704 | * | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 43 | Email chain between Neveloff to Sater re: Tri-County/ Calmwater | 5/21/2013 | DR000600 - 603 | * | | |
| | 44 | Capital One Commercial New Account Information | 9/30/2013 | CONA-Almaty-00000139 - 148 | ** | | |
| | 45 | Check from Bayrock Group to ridloff re: Syracuse | 8/8/2013 | Almaty-BTA_FS80012590 | ** | | |
| | 46 | Term Sheet For Operating Agreement between RPM USA LLC and MARO Enterprises LLC | 6/22/2012 | HERZ0005006 - 5012 | * | | |
| | 47 | Letter from Herz to Bourg | 10/10/2013 | HERZ0004521 - 4522 | * | | |
| | 48 | Capital One Account Summary Tri-County Mall Investors, LLC | 10/1/2013 | Almaty-BTA_FS80028555 - 28569 | ** | | |
| | 49 | Chase Savings Summary Tri-County Mall Investors LLC | 10/1/2013 | Almaty-BTA_FS80001955 - 1956 | ** | | |
| | 50 | Herz Escrow Account Balance Information | 8/1/2013 | Almaty-BTA_FS80020208 | ** | | |
| | 51 | Herz Escrow Account Balance Information | 9/1/2013 | Almaty-BTA_FS80020221 | ** | | |
| | 52 | Herz Escrow Account Balance Information | 10/1/2013 | Almaty-BTA_FS80020234 | ** | | |
| | 53 | Capital One Moses & Singer Account Summary | 12/1/2013 | Almaty-BTA_FS80030422 - 30425 | ** | | |
| | 54 | Chase Wire Transfer Outgoing Request | 9/18/2013 | Almaty-BTA_FS00158733 - 734 | ** | | |
| | 55 | Letter from Bayrock/Sapir Organization LLC to Ridloff re: Trump SoHo Hotel Condominium New York | 4/16/2013 | DR000101 - 107 | * | | |
| | 56 | Letter from World Health Networks Inc to Ridloff re: Termination of Employment | 4/30/2014 | DR 000312 - 316 | * | | |
| | 57 | Email chain from Herz to Kira Smith and Iliyas Khrapunov re: Felix Sater/RPM | 3/6/2014 | EK000325 | ** | | |
| | 58 | Email chain from Herz to Krasnov re: RPM USA Taxes | 8/20/2014 | EK000238 - 240 | * | | |
| | 59 | Email chain between Iliyas Khrapunov and Berengere re: County Mall | 5/22/2013 | MEYER0003098 - 3099 | * | | |
| | 60 | Chase Account Summary Tri-County Mall Investors LLC | 8/31/2013 | Almaty-BTA_FS80001941 - 1944 | ** | | |
| | 61 | Ridloff Letter of Resignation | 8/30/2013 | Almaty-BTA_FS00200135 | * | | |
| | 62 | Email chain between Eesh and Accounts tax and Iliyas Khrapunov, Sater re: CWCapital - Loan Sale Award | 5/22/2013 | Almaty-BTA_FS00233603 - 608 | ** | | |
| | 63 | Felix Sater Escrow Account | various | Almaty-BTA_FS80030421 | ** | | |
| | 64 | Wells Fargo Check | 10/5/2013 | Almaty-BTA_FS80011907 | ** | | |
| | 65 | Chase Check from RRMI-DR LLC to Bayrock Group Inc | 5/30/2013 | Almaty-BTA_FS00158635 | ** | | |
| | 66 | Form 1099-MISC Bayrock/Sapir Organization LLC to Ridloff | 2013 | DR000226 | ** | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 67 | Email chain between Sater and Iliyas re: World Health Networks/Luxembourg Parent Entity - Bond | 6/26/2013 | FS29959 - 29960 | ** | | |
| | 68 | Email chain between Sater and Baranello and Wolf | 10/11/2013 | FS29983 | ** | | |
| | 69 | Email chain between Ridloff and Sledge re: Urban Retail Contact | 5/13/2013 | KRAMERLEVIN0002838 - 2839 | * | | |
| | 70 | Email chain between Berman and Ridloff, Stergiopoulos, Yamauchi re: Loan Docs | 5/17/2013 | KRAMERLEVIN0002879 - 2883 | * | | |
| | 71 | Email chain between Herz and Hurwitz and Sater re: employment agreement comments | 9/7/2012 | FS11963 - 964 | ** | | |
| | 72 | RPM-Maro LLC Business Plan | 8/20/2012 | FS11946 - 952 | * | | |