EXECUTION COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

        Plaintiffs,

v.

FELIX SATER, DANIEL RIDLOFF,
BAYROCK GROUP INC., GLOBAL HABITAT
SOLUTIONS, INC., RRMI-DR LLC,
FERRARI HOLDINGS LLC, and MEM ENERGY
PARTNERS LLC,

        Defendants.

No. 19 Civ. 2645 (JGK) (KHP)

**JUDGMENT**

---

## JUDGMENT AS AGAINST DEFENDANT RRMI-DR LLC

WHEREAS, this action was commenced on March 25, 2019 by the filing of Complaint [ECF No. 1], and a copy of the Summons and Complaint was personally served on the defendant RRMI-DR LLC on April 16, 2019 [ECF No. 27];

WHEREAS, Plaintiffs filed an Amended Complaint against defendant RRMI-DR LLC and others on November 20, 2019 [ECF No. 190];

WHEREAS, Plaintiffs filed a Second Amended Complaint against defendant RRMI-DR LLC and others on May 31, 2022 [ECF No. 399];

WHEREAS, the Second Amended Complaint asserts claims of Unjust Enrichment and Money Had And Received against defendant RRMI-DR LLC;

WHEREAS, defendant RRMI-DR LLC consents to the entry of judgment against it, and in favor of plaintiffs;

It is ORDERED, ADJUDGED, AND DECREED that Plaintiffs the City of Almaty, Kazakhstan and BTA Bank JSC have judgment against defendant RRMI-DR LLC on their claims of Unjust Enrichment and Money Had And Received;

It is further ORDERED, ADJUDGED, AND DECREED that Plaintiffs the City of Almaty, Kazakhstan and BTA Bank JSC recover from defendant RRMI-DR LLC the amount of $758,606.00, plus post-judgment interest pursuant to 28 U.S.C. § 1961; and

It is further ORDERED, ADJUDGED, AND DECREED that pursuant to Federal Rule of Civil Procedure 54(b), this judgment shall be entered as a final judgment because there is no just reason for delay.

Dated: June 7, 2024
New York, New York

SO ORDERED.

Hon. John G. Koeltl
United States District Judge