UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                    Plaintiffs,

      - against -

FELIX SATER, ET AL.,

                Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court promptly with their exhibits SDX-004, SDX-006, and SDX-007.

SO ORDERED.

Dated:    New York, New York
           June 19, 2024

                            John G. Koeltl
                  United States District Judge