

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

June 20, 2024

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *City of Almaty, et. ano., v. Felix Sater, et. al.*, Case No. 19 Civ. 2645 (JGK) (KHP)

Dear Judge Koeltl:

    We write on behalf of Plaintiffs BTA Bank JSC and the City of Almaty to respectfully submit the attached proposed special verdict sheet, as requested by the Court this morning. This verdict sheet is modeled on the one given by the Court in the Triadou action.

    Thank you for your consideration.

                            Respectfully,

                            /s/ *Matthew L. Schwartz*
                          Matthew L. Schwartz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC

                Plaintiffs,

  -against-

FELIX SATER, BAYROCK GROUP INC.,
GLOBAL HABITAT SOLUTIONS, INC., and
MEM ENERGY PARTNERS LLC,

                Defendants.

19 Civ. 2645 (JGK) (KHP)

# **SPECIAL VERDICT FORM**

1

Question 1:

Do you find that plaintiffs the City of Almaty and BTA Bank have proved by a preponderance of the evidence their claim of Conversion against the defendant Felix Sater, as that claim is defined for you in the Court's instructions?

Yes_____   No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, PROCEED TO QUESTION 2.**

**IF YOU ANSWERED "NO" TO QUESTION 1, PROCEED TO QUESTION 6.**

Question 2:

If you Answered "Yes" to Question 1, what <u>amount</u> of damages do you find should be awarded to Plaintiffs for Conversion?

$_____

**PLEASE PROCEED TO QUESTION 3.**

Question 3:

If you Answered "Yes" to Question 1, what <u>date</u> should interest be calculated from in relation to the damages you have awarded?

Date:_____

**PLEASE PROCEED TO QUESTION 4.**

Question 4:

    Do you find that plaintiffs the City of Almaty and BTA Bank have proved by a preponderance of the evidence that Plaintiffs should be awarded punitive damages against defendant Felix Sater?

    Yes\_\_\_\_\_   No_____

    **IF YOU ANSWERED "YES" TO QUESTION 4, PROCEED TO QUESTION 5.**

    **IF YOU ANSWERED "NO" TO QUESTION 4, PROCEED TO QUESTION 6.**

Question 5:

    If you Answered "Yes" to Question 4, what <u>amount</u> of punitive damages do you find should be awarded to Plaintiffs?

    $_____

    **PLEASE PROCEED TO QUESTION 6.**

Question 6:

As to each of the following defendants, do you find that plaintiffs the City of Almaty and BTA Bank have proved by a preponderance of the evidence their claim for Unjust Enrichment, as that claim is defined for you in the Court's instructions?

|     |     | Yes | No |
| --- | --- | --- | --- |
| (i) | Felix Sater | _____ | _____ |
| (ii) | Bayrock Group Inc. | _____ | _____ |
| (iii) | Global Habitat Solutions, Inc. | _____ | _____ |
| (iv) | MeM Energy Partners LLC | _____ | _____ |

**IF YOU ANSWERED "YES" AS TO <u>ANY</u> DEFENDANT, PROCEED TO QUESTION 7.**

**IF YOU ANSWERED "NO" AS TO <u>ALL</u> DEFENDANTS, PROCEED TO QUESTION 9.**

Question 7:

If you Answered "Yes" to Question 6 with respect to any defendant, what <u>amount</u> of damages do you find should be awarded to plaintiffs the City of Almaty and BTA Bank as to those defendants?

| (i) | Felix Sater | $_____ |
| --- | --- | --- |
| (ii) | Bayrock Group Inc. | $_____ |
| (iii) | Global Habitat Solutions, Inc. | $_____ |
| (iv) | MeM Energy Partners LLC | $_____ |

**PLEASE PROCEED TO QUESTION 8.**

4

Question 8:

    If you Answered "Yes" to Question 6 with respect to any defendant, what <u>date</u> should interest be calculated from in relation to the damages you have awarded as to those defendants?

|     |     | Date |
| --- | --- | --- |
| (i) | Felix Sater | _____ |
| (ii) | Bayrock Group Inc. | _____ |
| (iii) | Global Habitat Solutions, Inc. | _____ |
| (iv) | MeM Energy Partners LLC | _____ |

**PLEASE PROCEED TO QUESTION 9.**

5

Question 9:

As to the following defendants, do you find that plaintiffs the City of Almaty and BTA Bank have proved by a preponderance of the evidence their claim for Money Had and Received, as that claim is defined for you in the Court's instruction?

|  |  | <u>Yes</u> | <u>No</u> |
|---|---|---|---|
| (i) | Felix Sater | _____ | _____ |
| (ii) | Bayrock Group Inc. | _____ | _____ |
| (iii) | Global Habitat Solutions, Inc. | _____ | _____ |
| (iv) | MeM Energy Partners LLC | _____ | _____ |

**IF YOU ANSWERED "YES" AS TO <u>ANY</u> DEFENDANT, PROCEED TO QUESTION 10.**

**IF YOU ANSWERED "NO" AS TO <u>ALL</u> DEFENDANTS, SKIP THE REMAINING QUESTIONS AND SIGN THE SPECIAL VERDICT FORM.**

Question 10:

If you Answered "Yes" to Question 9 as to any defendant, what <u>amount</u> of damages do you find should be awarded to plaintiffs the City of Almaty and BTA Bank as to those defendants?

| (i) | Felix Sater | $_____ |
|---|---|---|
| (ii) | Bayrock Group Inc. | $_____ |
| (iii) | Global Habitat Solutions, Inc. | $_____ |
| (iv) | MeM Energy Partners LLC | $_____ |

Question 11:

If you Answered "Yes" to Question 9 as to any defendant, what <u>date</u> should interest be calculated from in relation to the damages you have awarded as to those defendants?

                                                           Date

(i)    Felix Sater                                  _____

(ii)   Bayrock Group Inc.                _____

(iii)  Global Habitat Solutions, Inc.     _____

(iv)  MeM Energy Partners LLC       _____


**PLEASE SIGN THE SPECIAL VERDICT FORM ON THE NEXT PAGE**

The jury reached the above verdict unanimously.

_____        _____
Foreperson

_____        _____


_____        _____


_____        _____


_____        _____


DATED:    _____
          New York, New York