June 21, 2024

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *City of Almaty, Kazakhstan, et. al., v. Felix Sater, et. al.*,
          Case No. 19 Civ. 2645 (JGK) (KHP)

Dear Judge Koeltl:

We write on behalf of Defendants Felix Sater, Bayrock Group Inc. and Global Habitat Solutions Inc. to respectfully submit the attached proposed special verdict sheet, as requested by the Court this morning.

                        Respectfully,

                        /s/ Thomas C. Sima
                        Thomas C. Sima
                        102 Park Ridge Lane
                        White Plains, NY 10603
                        Email: tom@tsima.com
                        Phone: (212) 796-6661


                        JOHN H. SNYDER PLLC

                        /s/ John H. Snyder
                        John H. Snyder, Esq.
                        157 East 81st Street, Suite 3A
                        New York, NY 10028
                        Email: john@jhs.nyc
                        Phone Number: (917) 292-3081

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN
and BTA BANK JSC,

                        Plaintiffs,

      -against-

FELIX SATER, et al,

                        Defendants.

19 Civ. 2645 (JGK) (KHP).

**DEFENDANTS' PROPOSED
SPECIAL VERDICT FORM**

**RELEASE**

1. Are the Plaintiffs' claims against Felix Sater released under Paragraph 10 of the Confidential Assistance Agreement?

YES – RELEASED          ____

NO – NOT RELEASED    ____

IF YES – ENTER VERDICT FOR SATER.

IF NO - GO TO NEXT QUESTION.

2. Are Plaintiffs' claims against BAYROCK GROUP released under Paragraph 10 of the Confidential Assistance Agreement?

YES – RELEASED          ____

NO – NOT RELEASED    ____

IF YES – ENTER VERDICT FOR BAYROCK.

IF NO - GO TO NEXT QUESTION.

3. Are Plaintiffs' claims against GLOBAL HABITAT released under Paragraph 10 of the Confidential Assistance Agreement?

YES – RELEASED          ____

NO – NOT RELEASED    ____

IF YES – ENTER VERDICT FOR GLOBAL HABITAT.

IF NO - GO TO NEXT QUESTION.

4. Are Plaintiffs' claims against MEM Energy Solutions released under Paragraph 10 of the Confidential Assistance Agreement?

YES – RELEASED          ____

NO – NOT RELEASED    ____

IF YES – ENTER VERDICT FOR MEM ENERGY.

IF NO - GO TO NEXT QUESTION.

**CONVERSION**

5. Was the Plaintiffs' claim against Felix Sater for Conversion filed within the applicable Statute of Limitations, or was it filed too late?

FILED IN TIME      ____

FILED TOO LATE    ____

6. Do you find that the **City of Almaty** proved by a preponderance of the evidence that the City of Almaty had a possessory right or interest in SPECIFIC IDENTIFIABLE FUNDS received by Felix Sater, which belongs to the City of Almaty and which Sater is obligated to return?

YES ___

NO ___

IF YES ANSWER #7.
IF NO GO TO #8.

7. What is the amount of the SPECIFIC IDENTIFIABLE FUNDS that Almaty has proven were taken from them by Sater.

$ _____

8. Do you find that BTA BANK proved by a preponderance of the evidence that BTA BANK had a possessory right or interest in SPECIFIC IDENTIFIABLE FUNDS received by Felix Sater, which belongs to BTA BANK and which Sater is obligated to return?

YES ___

NO ___

IF YES ANSWER #9.
IF NO GO TO #10.

9. What is the amount of the SPECIFIC IDENTIFIABLE FUNDS that BTA BANK has proven were taken from them by Sater.

$ _____

**UNJUST ENRICHMENT**

10. Were the Plaintiffs' claims against the Defendants for Unjust Enrichment filed in time under the applicable Statute of Limitations, or were they filed too late?

FILED IN TIME        \_\_\_\_

FILED TOO LATE    \_\_\_\_

IF TOO LATE, GO TO 19.
IF FILED IN TIME, GO TO 11.


11. Do you find that THE CITY OF ALMATY proved by a preponderance of the evidence that FELIX SATER was enriched at ALMATY'S expense and that it is against equity and good conscience to permit SATER to retain what is sought to be recovered?

IF YES, WHAT AMOUNT MUST SATER REPAY TO ALMATY?


12. Do you find that BTA BANK proved by a preponderance of the evidence that FELIX SATER was enriched at BTA BANK'S expense and that it is against equity and good conscience to permit SATER to retain what is sought to be recovered?

IF YES, WHAT AMOUNT MUST SATER REPAY TO BTA?


13. Do you find that THE CITY OF ALMATY proved by a preponderance of the evidence that BAYROCK was enriched at ALMATY'S expense and that it is against equity and good conscience to permit BAYROCK to retain what is sought to be recovered?

IF YES, WHAT AMOUNT MUST BAYROCK REPAY TO ALMATY?


14. Do you find that BTA BANK proved by a preponderance of the evidence that BAYROCK was enriched at BTA BANK'S expense and that it is against equity and good conscience to permit BAYROCK to retain what is sought to be recovered?

IF YES, WHAT AMOUNT MUST BAYROCK REPAY TO BTA?

15. Do you find that THE CITY OF ALMATY proved by a preponderance of the evidence that GLOBAL HABITAT was enriched at ALMATY'S expense and that it is against equity and good conscience to permit GLOBAL HABITAT to retain what is sought to be recovered?

IF YES, WHAT AMOUNT MUST GLOBAL HABITAT REPAY TO ALMATY?

16. Do you find that BTA BANK proved by a preponderance of the evidence that GLOBAL HABITAT was enriched at BTA BANK'S expense and that it is against equity and good conscience to permit GLOBAL HABITAT to retain what is sought to be recovered?

IF YES, WHAT AMOUNT MUST GLOBAL HABITAT REPAY TO BTA?

17. Do you find that THE CITY OF ALMATY proved by a preponderance of the evidence that MEM ENERGY was enriched at ALMATY'S expense and that it is against equity and good conscience to permit MEM ENERGY to retain what is sought to be recovered?

IF YES, WHAT AMOUNT MUST MEM ENERGY REPAY TO ALMATY?

18. Do you find that BTA BANK proved by a preponderance of the evidence that MEM ENERGY was enriched at BTA BANK'S expense and that it is against equity and good conscience to permit MEM ENERGY to retain what is sought to be recovered?

IF YES, WHAT AMOUNT MUST MEM ENERGY REPAY TO BTA?

**MONEY HAD AND RECEIVED**

19. Were the Plaintiffs' claims against the Defendants for Money Had and Received filed in time under the applicable Statute of Limitations, or were they filed too late?

FILED IN TIME        ____

FILED TOO LATE    ____

IF NO, GO TO #28.
IF YES, GO TO NEXT QUESTION.

20. Do you find that THE CITY OF ALMATY proved by a preponderance of the evidence that FELIX SATER knowingly received money belonging to THE CITY OF ALMATY; that SATER benefited from the receipt of ALMATY's money, and that it would be against equity and good conscience for SATER to keep the money.

YES ___

NO ___

IF NO, GO TO THE NEXT QUESTION.

IF YES, WHAT AMOUNT MUST SATER REPAY TO ALMATY?  $ _____

21. Do you find that BTA BANK proved by a preponderance of the evidence that FELIX SATER knowingly received money belonging to BTA BANK; that SATER benefited from the receipt of BTA's money, and that it would be against equity and good conscience for SATER to keep the money.

IF NO, GO TO THE NEXT QUESTION.

IF YES, WHAT AMOUNT MUST SATER REPAY TO BTA BANK?  $ _____

22. Do you find that THE CITY OF ALMATY proved by a preponderance of the evidence that BAYROCK knowingly received money belonging to THE CITY OF ALMATY; that BAYROCK benefited from the receipt of ALMATY's money, and that it would be against equity and good conscience for BAYROCK to keep the money.

IF NO, GO TO THE NEXT QUESTION.

IF YES, WHAT AMOUNT MUST BAYROCK REPAY TO ALMATY?  $ _____

23. Do you find that BTA BANK proved by a preponderance of the evidence that BAYROCK knowingly received money belonging to BTA BANK; that BAYROCK benefited from the receipt of BTA's money, and that it would be against equity and good conscience for BAYROCK to keep the money.

IF NO, GO TO THE NEXT QUESTION.

IF YES, WHAT AMOUNT MUST BAYROCK REPAY TO BTA?  $ _____

24. Do you find that THE CITY OF ALMATY proved by a preponderance of the evidence that GLOBAL HABITAT knowingly received money belonging to THE CITY OF ALMATY; that GLOBAL HABITAT  benefited from the receipt of ALMATY's money, and that it would be against equity and good conscience for GLOBAL HABITAT  to keep the money.

IF NO, GO TO THE NEXT QUESTION.

IF YES, WHAT AMOUNT MUST GLOBAL HABITAT REPAY TO ALMATY?   $ _____

25. Do you find that BTA BANK proved by a preponderance of the evidence that GLOBAL HABITAT knowingly received money belonging to BTA BANK; that GLOBAL HABITAT benefited from the receipt of BTA's money, and that it would be against equity and good conscience for GLOBAL HABITAT to keep the money.

IF NO, GO TO THE NEXT QUESTION.

IF YES, WHAT AMOUNT MUST GLOBAL HABITAT REPAY TO BTA BANK?   $ _____

26. Do you find that THE CITY OF ALMATY proved by a preponderance of the evidence that MEM ENERGY knowingly received money belonging to THE CITY OF ALMATY; that MEM ENERGY benefited from the receipt of ALMATY's money, and that it would be against equity and good conscience for MEM ENERGY to keep the money.

IF NO, GO TO THE NEXT QUESTION.

IF YES, WHAT AMOUNT MUST MEM ENERGY REPAY TO ALMATY?   $ _____

27. Do you find that BTA BANK proved by a preponderance of the evidence that MEM ENERGY knowingly received money belonging to BTA BANK; that MEM ENERGY benefited from the receipt of BTA's money, and that it would be against equity and good conscience for MEM ENERGY to keep the money.

IF NO, GO TO THE NEXT QUESTION.

IF YES, WHAT AMOUNT MUST MEM ENERGY REPAY TO BTA BANK?   $ _____

**UNCLEAN HANDS**

28. Do you find that BTA's claims against the Defendants are barred by the doctrine of Unclean Hands due to the inequitable conduct of BTA Bank?

YES ___

NO ___


29. Do you find that ALMATY's claims against the Defendants are barred by the doctrine of Unclean Hands due to the inequitable conduct of ALMATY?

YES ___

NO ___