

CRAIG WENNER
Tel.: (212) 909-7625
E-mail: cwenner@bsfllp.com

June 23, 2024

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *City of Almaty, et. ano., v. Felix Sater, et. al.*, Case No. 19 Civ. 2645 (JGK) (KHP)

Dear Judge Koeltl:

      We write on behalf of Plaintiffs the City of Almaty and BTA Bank JSC. On Friday, Your Honor asked the parties to be in Court at 9:00 AM tomorrow. We write simply to confirm that Plaintiffs anticipate there will be issues to discuss with the Court in the morning, such that convening at 9:00 AM would be productive.

      Respectfully,

      /s/ *Craig Wenner*
      Craig Wenner