UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,

- against -

FELIX SATER, ET AL.,

        Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiffs' motion for judgment as a matter of law dismissing the affirmative defense of release, ECF No. 644, is **denied** as moot. The Clerk is directed to close ECF No. 644.

SO ORDERED.

Dated:    New York, New York
           June 26, 2024

                                            John G. Koeltl
                                      United States District Judge