UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                Plaintiffs,

        - against -

FELIX SATER, ET AL.,

                Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

After the jury returned its verdict on June 26, 2024, the Court gave the parties the opportunity to file post-verdict motions or ask for extensions of time to do so. See ECF No. 671, at 123. The Court also advised the parties that it would seek input into any judgment to be entered. See id. The parties have not requested any relief at this time.

Therefore, the plaintiffs should file a proposed judgment by **July 24, 2024,** together with a supporting memorandum explaining why the proposed judgment is supported by the jury verdict and the relevant law. The defendants may file any counter-judgment and objections by **July 31, 2024.** The plaintiffs may reply by **August 5, 2024.**

The Court reminds the parties that the Federal Rules of Civil Procedure provide strict time limits for post-judgment motions. See Fed. R. Civ. P. 50.

SO ORDERED.

Dated:    New York, New York
           July 17, 2024

                        John G. Koeltl
                United States District Judge