

Matthew L. Schwartz
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

August 30, 2024

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *City of Almaty, et. ano., v. Felix Sater, et. al.*, Case No. 19 Civ. 2645 (JGK) (KHP)

Dear Judge Koeltl:

      We represent plaintiffs BTA Bank JSC and the City of Almaty, Kazakhstan ("Plaintiffs") and write to explain the submission Plaintiffs are making today, pursuant to the Court's Order that "plaintiffs should file a proposed judgment" and "a supporting memorandum explaining why the proposed judgment is supported by the jury verdict and the relevant law." [ECF No. 673.]

      Enclosed with this letter is a proposed judgment resolving all three of Plaintiffs' claims against Defendants for conversion, unjust enrichment, and money had and received. This includes a judgment on the jury's verdict, together with prejudgment interest. Plaintiffs respectfully request that the Court enter the proposed judgment.

      In support of the proposed judgment, Plaintiffs submit Proposed Findings of Fact and Conclusions of Law (the "PFOF/COL"). The PFOF/COL also resolves the equitable defenses of unclean hands and *in pari delicto*, which Defendant MeM Energy Partners LLC ("MeM") raised in the Joint Pretrial Order. [ECF No. 559 at 8.][1] Given the simultaneous post-trial briefing schedule, Plaintiffs do not know whether MeM is pressing any of these defenses. MeM did not request that the jury be instructed on these defenses during trial and the Court did not instruct the jury accordingly. [*See, e.g.*, ECF No. 537 (MeM's Requests to Charge).] To the extent MeM continued to assert these defenses and the Court determines MeM properly tried these defenses to preserve a decision by the Court, we respectfully request that the Court reject them for the reasons set out in the PFOF/COL.

      Plaintiffs will file with the PFOF/COL (i) a subset of admitted trial exhibits cited and relied on by Plaintiffs in their post-trial submission, including impeachment exhibits that Plaintiffs entered during the defense case; and (ii) final deposition designations that were played to the jury. While the trial transcript was filed on the docket, the transcripts of the deposition designation videos were not.

      Plaintiffs also note that they anticipate filing a motion for contempt, sanctions and criminal referral against Defendant Felix Sater, and renewing their motion for default judgment against Ferrari Holdings LLC, which was previously denied without prejudice. [ECF No. 315.]

---

[1]    The Sater Defendants did not preserve these affirmative defenses in the Joint Pretrial Order, but nonetheless raise only the unclean hands defense in their post-trial motion, submitted on behalf of "All Defendants," including MeM. [*See* ECF No. 676 at 3.]



Respectfully,

 /s/ *Matthew L. Schwartz*
Matthew L. Schwartz