# ABLYAZOV61224A

Designation List Report

 **Ablyazov, Mukhtar**                **2018-10-30**
**Ablyazov, Mukhtar**                **2018-10-31**

| | |
|---|---|
| PLTF | 01:05:35 |
| **TOTAL RUN TIME** | **01:05:35** |



**ID: MA1030-3118**

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:03 - 14:03 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:02 | **MA1030-3118.1** |
| | 14:03    MUKHTAR ABLYAZOV | | |
| 14:04 - 14:04 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:11 | **MA1030-3118.2** |
| | 14:04    having been duly sworn  testified as follows: | | |
| 14:08 - 14:08 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:02 | **MA1030-3118.3** |
| | 14:08    Q.  Can you please say and spell your full name? | | |
| 14:09 - 14:10 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:27 | **MA1030-3118.4** |
| | 14:09    A.  My name is Mukhtar, M-U-K-H-T-A-R.  My last | | |
| | 14:10         name is Ablyazov, A-B-L-Y-A-Z-O-V. | | |
| 14:15 - 14:15 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:02 | **MA1030-3118.5** |
| | 14:15    Q.  What is your citizenship? | | |
| 14:16 - 14:17 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:05 | **MA1030-3118.6** |
| | 14:16    A.  Kazakhstan. | | |
| | 14:17    Q.  What is your present residential address? | | |
| 14:18 - 14:20 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:11 | **MA1030-3118.7** |
| | 14:18    A.  I currently reside in France at the address of | | |
| | 14:19         my lawyer. | | |
| | 14:20    Q.  You live with your lawyer? | | |
| 14:22 - 14:24 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:30 | **MA1030-3118.8** |
| | 14:22    A.  This address is for my safety.  This is public | | |
| | 14:23         record where I reside with my lawyer and I receive also | | |
| | 14:24         mail from the immigration authorities. | | |
| 15:03 - 15:05 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:04 | **MA1030-3118.9** |
| | 15:03    BY MR. SCHWARTZ: | | |
| | 15:04    Q.  So you're refusing to tell us your residential | | |
| | 15:05         address? | | |
| 15:07 - 15:09 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:14 | **MA1030-3118.10** |
| | 15:07    A.  I'm not refusing.  I'm giving you the address | | |
| | 15:08         where I can be located, which is the address of my | | |
| | 15:09         lawyer. | | |
| 18:21 - 18:22 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:09 | **MA1030-3118.11** |
| | 18:21    You are aware that there are judgments against you | | |
| | 18:22    for embezzling billions of dollars from BTA Bank; true? | | |
| 18:23 - 19:04 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:40 | **MA1030-3118.12** |
| | 18:23    A.  I am not aware that there were judgments | | |
| | 18:24         against me for embezzlement of billions of dollars. | | |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 18:25 | The court decision against me was for default to appear |
| | 19:01 | in court.  I did not participate in the legal procedure |
| | 19:02 | in the United Kingdom. |
| | 19:03 | Q.  You participated through your counsel in the |
| | 19:04 | United Kingdom; true? |

| 19:05 - 19:15 | **Ablyazov, Mukhtar 2018-10-30** | **00:00:51** | **MA1030-3118.13** |
| | 19:05 | A.  There was a court decision that did not allow |
| | 19:06 | defense parties and myself to be present, and so me and |
| | 19:07 | my lawyers were not present there.  They were only |
| | 19:08 | present as observers, not as parties to the |
| | 19:09 | proceedings. |
| | 19:10 | So in fact I did not participate in that court |
| | 19:11 | proceedings.  There was no -- there was no judgment against |
| | 19:12 | me. |
| | 19:13 | Q.  You submitted more than a dozen witness |
| | 19:14 | statements and several affidavits in the courts of the |
| | 19:15 | United Kingdom; true? |

| 19:18 - 19:25 | **Ablyazov, Mukhtar 2018-10-30** | **00:00:47** | **MA1030-3118.14** |
| | 19:18 | A.  I do not recall the exact number of witness |
| | 19:19 | statements that I provided.  I did provide some during |
| | 19:20 | the preliminary procedure.  I did provide affidavits, |
| | 19:21 | but I wouldn't be able to answer your question as to |
| | 19:22 | whether there were more than a dozen or not. |
| | 19:23 | Q.  There were hundreds of pages of sworn testimony |
| | 19:24 | submitted by you in the U.K. proceedings; isn't that |
| | 19:25 | so? |

| 20:02 - 20:07 | **Ablyazov, Mukhtar 2018-10-30** | **00:00:40** | **MA1030-3118.15** |
| | 20:02 | A.  I would not be able to answer this question |
| | 20:03 | because the question was precise.  I did provide |
| | 20:04 | witness statements, but as to the exact number of pages |
| | 20:05 | in these witness statements, I would have to -- I would |
| | 20:06 | have to go back to the U.K. procedure to be able to |
| | 20:07 | tell. |

| 32:06 - 32:06 | **Ablyazov, Mukhtar 2018-10-30** | **00:00:02** | **MA1030-3118.16** |
| | 32:06 | Q.  Who is Ilyas Khrapunov? |

| 32:07 - 32:08 | **Ablyazov, Mukhtar 2018-10-30** | **00:00:11** | **MA1030-3118.17** |
| | 32:07 | A.  He's the husband of my elder daughter. |
| | 32:08 | Q.  Have you discussed these proceedings with him? |

| 32:09 - 32:10 | **Ablyazov, Mukhtar 2018-10-30** | **00:00:03** | **MA1030-3118.18** |

MA1030-3118 - ABLYAZOV61224A

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 32:09   A.   No, we didn't discuss it. | | MA1030-3118.18 |
| | 32:10   Q.   Never? | | |
| 32:11 - 32:15 | Ablyazov, Mukhtar 2018-10-30 | 00:00:29 | MA1030-3118.19 |
| | 32:11   A.   We do sometimes have discussions, very general | | |
| | 32:12         ones, about the procedures that are in place in the | | |
| | 32:13         United States and sometimes he updates me on what's | | |
| | 32:14         happening there, but we did not have any discussion | | |
| | 32:15         about these proceedings. | | |
| 33:04 - 33:06 | Ablyazov, Mukhtar 2018-10-30 | 00:00:10 | MA1030-3118.20 |
| | 33:04   Q.   Did Ilyas communicate with you about | | |
| | 33:05         the fact that, as part of the U.S. proceedings, he | | |
| | 33:06         answered questions in a format similar to this one? | | |
| 33:07 - 33:09 | Ablyazov, Mukhtar 2018-10-30 | 00:00:07 | MA1030-3118.21 |
| | 33:07   A.   Yes, I do know that he participated in | | |
| | 33:08         a meeting like that. | | |
| | 33:09   Q.   What did he tell you about it? | | |
| 33:10 - 33:11 | Ablyazov, Mukhtar 2018-10-30 | 00:00:11 | MA1030-3118.22 |
| | 33:10   A.   Well, he said that he testified and he said | | |
| | 33:11         that everything seemed to be in order. | | |
| 34:17 - 34:18 | Ablyazov, Mukhtar 2018-10-30 | 00:00:04 | MA1030-3118.23 |
| | 34:17   Q.   And who -- you mentioned before | | |
| | 34:18         Gennady Petelin.  Who is Mr. Petelin? | | |
| 34:19 - 34:21 | Ablyazov, Mukhtar 2018-10-30 | 00:00:24 | MA1030-3118.24 |
| | 34:19   A.   Gennady Petelin is from the family of Ilyas and | | |
| | 34:20         Viktor Khrapunov, and he's also one of the supporters | | |
| | 34:21         who provided funding for my lawyers in the U.K. | | |
| 35:14 - 35:15 | Ablyazov, Mukhtar 2018-10-30 | 00:00:06 | MA1030-3118.25 |
| | 35:14   Q.   And Mr. Petelin is also someone that you had an | | |
| | 35:15         independent relationship with; true? | | |
| 35:16 - 35:21 | Ablyazov, Mukhtar 2018-10-30 | 00:00:26 | MA1030-3118.26 |
| | 35:16   A.   We are on friendly terms with him and, as I've | | |
| | 35:17         already mentioned, I -- I've come to know Mr. Petelin | | |
| | 35:18         even before I got to know the Khrapunov family. | | |
| | 35:19   Q.   And you testified a moment ago that he was one | | |
| | 35:20         of the people who provided funding for your U.K. | | |
| | 35:21         lawyers; correct? | | |
| 35:22 - 36:02 | Ablyazov, Mukhtar 2018-10-30 | 00:00:31 | MA1030-3118.27 |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 35:22   A.   He provided financial assistance for my U.K. | | MA1030-3118.27 |
| | 35:23        lawyers and he also covered my personal expenses which | | |
| | 35:24        were in line with the decisions of the U.K. court. | | |
| | 35:25   Q.   Approximately how much total financial support | | |
| | 36:01        has he provided to you between personal and legal | | |
| | 36:02        expenses? | | |
| 36:03 - 36:08 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:35 | MA1030-3118.28 |
| | 36:03   A.   I would not be able to give you the exact | | |
| | 36:04        number because I didn't keep on file any documents that | | |
| | 36:05        would prove the exact amount of money, but | | |
| | 36:06        approximately we're talking about USD 40 million. | | |
| | 36:07   Q.   And when did Mr. Petelin start providing that | | |
| | 36:08        financial support to you? | | |
| 36:09 - 36:13 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:31 | MA1030-3118.29 |
| | 36:09   A.   I would not be able to give you the exact month | | |
| | 36:10        and year when he started to provide this support, but | | |
| | 36:11        very, very approximately that should be somewhere | | |
| | 36:12        around the 28 -- 2011.  I'm not really sure about the | | |
| | 36:13        date. | | |
| 42:22 - 42:23 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | MA1030-3118.30 |
| | 42:22   Q.   How often do you communicate with | | |
| | 42:23        Ilyas Khrapunov? | | |
| 42:24 - 43:02 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:34 | MA1030-3118.31 |
| | 42:24   A.   I speak more often with Ilyas Khrapunov because | | |
| | 42:25        my daughter is married to him, and so we have -- I have | | |
| | 43:01        grandchildren.  So we usually speak about once a week, | | |
| | 43:02        on Saturday or Sunday. | | |
| 43:09 - 43:10 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:05 | MA1030-3118.32 |
| | 43:09   Q.   Do you engage in any kind of written | | |
| | 43:10        communication with Ilyas Khrapunov? | | |
| 43:11 - 43:16 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:26 | MA1030-3118.33 |
| | 43:11   A.   Well, for the same reasons I just mentioned, to | | |
| | 43:12        maintain security of our communication, we speak rather | | |
| | 43:13        than write and there is no need for us to write each | | |
| | 43:14        other. | | |
| | 43:15   Q.   Do you ever engage in written communications | | |
| | 43:16        with Ilyas? | | |
| 43:17 - 43:19 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:11 | MA1030-3118.34 |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 43:17   MR. SOLOMON: Are you talking about in the | | MA1030-3118.34 |
| | 43:18       recent time? | | |
| | 43:19   A.  I don't recall any written communication. | | |
| 44:12 - 44:13 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | MA1030-3118.35 |
| | 44:12   Q.  How many email accounts do you currently | | |
| | 44:13       maintain? | | |
| 44:14 - 44:15 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:20 | MA1030-3118.36 |
| | 44:14   A.  I do not use emails with exception of the email | | |
| | 44:15       account I use to communicate with my lawyer. | | |
| 55:17 - 55:19 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:09 | MA1030-3118.37 |
| | 55:17   Q.  In 1997 you were asked to become, and you did | | |
| | 55:18       become, the head of the Kazakhstan state power grid | | |
| | 55:19       operator; true? | | |
| 55:20 - 55:23 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:12 | MA1030-3118.38 |
| | 55:20   A.  Yes. | | |
| | 55:21   Q.  And then the following year, in 1998, you were | | |
| | 55:22       asked to become, and you did become, the Minister of | | |
| | 55:23       Energy, Industry and Trade; true? | | |
| 55:24 - 56:01 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:13 | MA1030-3118.39 |
| | 55:24   A.  Yes, having first declined this offer twice. | | |
| | 55:25   Q.  So you had been asked on other occasions to be | | |
| | 56:01       Minister of Energy, Industry and Trade; true? | | |
| 56:02 - 56:05 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:19 | MA1030-3118.40 |
| | 56:02   A.  Correct.  I was offered twice, first by the | | |
| | 56:03       Prime Minister, then by the President himself, | | |
| | 56:04       and I refused.  Several months later I did accept the | | |
| | 56:05       offer. | | |
| 63:07 - 63:07 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | MA1030-3118.41 |
| | 63:07   Q.  What were you convicted of in July of 2002? | | |
| 64:16 - 64:21 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:35 | MA1030-3118.42 |
| | 64:16   A.  If I'm not mistaken, the conviction was about | | |
| | 64:17       the abuse of office and the illegal entrepreneurship. | | |
| | 64:18       Not abuse, but excess of official duties. | | |
| | 64:19   Q.  And that related to, among other things, the | | |
| | 64:20       embezzlement of more than half a billion tenge from the | | |
| | 64:21       state power grid operator; correct? | | |
| 64:23 - 65:09 | **Ablyazov, Mukhtar 2018-10-30** | 00:01:05 | MA1030-3118.43 |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 64:23   A.   I don't think that we can talk about | | MA1030-3118.43 |
| | 64:24         embezzlement here because -- and by the way, the | | |
| | 64:25         decision, the final decision can be found on the | | |
| | 65:01         Internet.  I haven't checked that, but I'm almost sure | | |
| | 65:02         you can find it online. | | |
| | 65:03         They didn't really talk about embezzlement, but | | |
| | 65:04         they said that, because of the abuse of office, I inflicted | | |
| | 65:05         damage to the company, which is not exactly the same thing | | |
| | 65:06         as embezzlement. | | |
| | 65:07         BY MR. SCHWARTZ: | | |
| | 65:08   Q.   You were sentenced to six years in prison; | | |
| | 65:09         correct? | | |
| 65:10 - 65:11 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:04 | MA1030-3118.44 |
| | 65:10   A.   Yes, that's correct.  Six years. | | |
| | 65:11   Q.   How long did you actually serve? | | |
| 65:12 - 65:15 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:13 | MA1030-3118.45 |
| | 65:12   A.   In total I spent around 14 months in different | | |
| | 65:13         prisons. | | |
| | 65:14   Q.   And that was after President Nazarbayev granted | | |
| | 65:15         you early release; correct? | | |
| 65:16 - 65:16 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:02 | MA1030-3118.46 |
| | 65:16   A.   Yes, that's correct. | | |
| 67:04 - 67:05 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:06 | MA1030-3118.47 |
| | 67:04         Did there come a time when you began to hold | | |
| | 67:05         a significant portion of your assets through nominees? | | |
| 67:07 - 67:20 | **Ablyazov, Mukhtar 2018-10-30** | 00:01:43 | MA1030-3118.48 |
| | 67:07   A.   Well, in this case I couldn't talk -- I can't | | |
| | 67:08         really talk about some exact moment when this happened. | | |
| | 67:09         When -- if -- sometimes you might be forced to do | | |
| | 67:10         something.  In this case you make the decision and then | | |
| | 67:11         you can say, okay, this happened at that time.  But | | |
| | 67:12         this was not the case.  This was a gradual process.  It | | |
| | 67:13         happened step by step. | | |
| | 67:14         But if I need to give the precise period of time | | |
| | 67:15         or some precise event that actually pushed me towards | | |
| | 67:16         changing my way of doing things, I would say that this was | | |
| | 67:17         the -- the auction for acquiring the BTA Bank.  It was the | | |
| | 67:18         event that actually pushed me to working out on a new scheme | | |
| | 67:19         of owning assets.  And this happened approximately in | | |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 67:20 | 1997/1998. | | |

**68:06 - 68:09**     **Ablyazov, Mukhtar 2018-10-30**     00:00:12     **MA1030-3118.49**

68:06     In general, is it fair to say, when we talk about
68:07     nominal ownership, we're talking about someone else holding
68:08     assets for you without having any direct rights in the
68:09     assets?

**68:11 - 68:20**     **Ablyazov, Mukhtar 2018-10-30**     00:00:55     **MA1030-3118.50**

68:11    A.   Well, legally speaking, those people did have
68:12     legal rights on those assets, and at any point they had
68:13     an opportunity to say that they didn't even know me and
68:14     make any decision independently.
68:15     But our relations were built on trust and they
68:16     respected the arrangements that were in place between us.
68:17     BY MR. SCHWARTZ:
68:18    Q.   And so last question before we take lunch.
68:19     Can you please list the identities of the people
68:20     or entities that you have used as your nominees?

**68:22 - 69:07**     **Ablyazov, Mukhtar 2018-10-30**     00:00:54     **MA1030-3118.51**

68:22    A.   That would be just impossible to give the exact
68:23     names because the ownership structure and the nominees,
68:24     the type of nominees, really depended on the type of
68:25     business.
69:01     In other words, to give you a precise answer,
69:02     I would need to know more about which kind of business you
69:03     are interested in, which company we're talking about.  Just
69:04     in general I would need more details to give you an answer.
69:05     BY MR. SCHWARTZ:
69:06    Q.   Can you estimate in total, across every kind of
69:07     business, how many different nominees you used?

**69:08 - 70:15**     **Ablyazov, Mukhtar 2018-10-30**     00:03:26     **MA1030-3118.52**

69:08    A.   Unfortunately, that would be extremely
69:09     difficult for me to give an answer to this question
69:10     because you would need to know all the mechanics of how
69:11     business works.  And so in general that would be just
69:12     difficult to give you a precise answer because the
69:13     nominee structure and this whole scheme is very
69:14     complex.  Anyone would tell you that that would be just
69:15     impossible.
69:16     I'll just give you an example.  For example,

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 69:17 | I have a person and I trust that person wholly, and I would | | |
| | 69:18 | ask this person to make sure that some particular business, | | |
| | 69:19 | some particular company, and its ownership is protected so | | |
| | 69:20 | that no one can know who it actually belongs to.  So this | | |
| | 69:21 | person is going to become the nominee. | | |
| | 69:22 | I trust this person completely and in every single | | |
| | 69:23 | aspect, including, I believe, in his professional or her | | |
| | 69:24 | professional skills. | | |
| | 69:25 | And then this person sets up a team of other | | |
| | 70:01 | people I've never met, I've never heard about, who are going | | |
| | 70:02 | to work with them.  And in a way those people could be | | |
| | 70:03 | considered as nominal -- as nominees and they could be 20 or | | |
| | 70:04 | 30. | | |
| | 70:05 | But for me there is just one person.  It's the one | | |
| | 70:06 | that I trust.  And this particular person has the sufficient | | |
| | 70:07 | knowledge and skills, professional or personal, to organize | | |
| | 70:08 | this whole scheme and make sure it works. | | |
| | 70:09 | In other words, we would need to analyze each | | |
| | 70:10 | particular case of such nominal ownership, each company, | | |
| | 70:11 | each situation, each person or people involved in the | | |
| | 70:12 | scheme, to make sure that we understand the term in the | | |
| | 70:13 | exact same way, because, legally speaking, all those people | | |
| | 70:14 | that are a part of this team can be considered, again | | |
| | 70:15 | legally speaking, as nominees. | | |

| 80:20 - 80:22 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:10 | **MA1030-3118.53** |
| | 80:20   Q.   Your investor group purchased what was then | | |
| | 80:21   called Bank Turan-Alem for approximately USD 72 million | | |
| | 80:22   in 1998; correct? | | |

| 80:23 - 80:23 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:02 | **MA1030-3118.54** |
| | 80:23   A.   Yes, that's right. | | |

| 81:22 - 81:23 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:07 | **MA1030-3118.55** |
| | 81:22   Q.   So is it correct that all of the USD 72 million | | |
| | 81:23   came from companies that you controlled? | | |

| 81:24 - 81:24 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:04 | **MA1030-3118.56** |
| | 81:24   A.   Under my control and influence. | | |

| 85:25 - 86:01 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | **MA1030-3118.57** |
| | 85:25   Q.   Did you hold any shares of BTA Bank in your own | | |
| | 86:01   name? | | |

| 86:03 - 86:08 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:41 | **MA1030-3118.58** |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 86:03   A.   I never in my personal capacity owned any |  | MA1030-3118.58 |

86:04         companies, including BTA Bank.  The ownership was
86:05         always through other legal entities that I owned
86:06         together with my partners because we had an agreement
86:07         with my partners that we would be running various
86:08         businesses together.

| 88:19 - 88:21 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:14 | MA1030-3118.59 |

88:19   Q.   Let me ask you this question.  At the time of
88:20         your arrest in 2002, isn't it correct that Mr. Tatishev
88:21         owned 75 percent of the outstanding shares of BTA Bank?

| 88:22 - 89:15 | **Ablyazov, Mukhtar 2018-10-30** | 00:02:03 | MA1030-3118.60 |

88:22   A.   He never was a person -- he never was an owner
88:23         of 75 percent of shares in this bank in his personal
88:24         capacity.
88:25         Over the period between 2003 and 2004, there was
89:01         just one situation when officially there were around
89:02         20 percent of shares that were registered in his name, in
89:03         his personal capacity, and that was public information.  It
89:04         was publicly available.
89:05         However, after my arrest in 2002 the total share
89:06         that he owned through various legal structures and nominees
89:07         might have amounted to 75 percent.  Maybe it was even
89:08         larger.  In other words, if we count all the shares that
89:09         were owned by different legal structures or nominees, he
89:10         might -- you might say that he controlled almost the whole
89:11         of the bank.
89:12   Q.   So isn't it the case that at the time of your
89:13         arrest in 2002 Mr. Tatishev held, either directly or
89:14         indirectly, 100 percent of the voting shares of BTA
89:15         Bank?

| 89:17 - 89:17 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:04 | MA1030-3118.61 |

89:17   A.   Yes, that's correct.

| 90:25 - 91:07 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:23 | MA1030-3118.62 |

90:25   Q.   isn't it true that you said in
91:01         your 12th witness statement to the U.K. High Court that
91:02         at the time of your arrest about 75 percent of the
91:03         shares in BTA, which at the time represented all of the
91:04         voting shares, were held by your colleague
91:05         Yerzhan Tatishev and you, it being agreed between us

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 91:06    that of those shares 60 percent belonged to you and | | |
| | 91:07    40 percent belonged to Tatishev? | | |
| 91:23 - 92:02 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:35 | **MA1030-3118.63** |
| | 91:23  A.  Well, I probably said that during the U.K. | | |
| | 91:24      procedure.  I think it didn't happen at the moment of | | |
| | 91:25      my arrest in 2002, but at a later stage, when all the | | |
| | 92:01      other stakeholders started leaving, and that's the | | |
| | 92:02      situation that we ended up with. | | |
| 94:10 - 94:11 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:05 | **MA1030-3118.64** |
| | 94:10  Q.  You were held in contempt by a court in London; | | |
| | 94:11      isn't that true? | | |
| 94:12 - 94:21 | **Ablyazov, Mukhtar 2018-10-30** | 00:01:04 | **MA1030-3118.65** |
| | 94:12  A.  I was held in contempt in the framework of the | | |
| | 94:13      civil procedure by the Kazakh party and the Judge Teare | | |
| | 94:14      took their side. | | |
| | 94:15      So we are not talking just about any court.  We're | | |
| | 94:16      talking about this particular occasion.  Any other courts we | | |
| | 94:17      could mention here were actually the ones that I contacted | | |
| | 94:18      to appeal and tried to reverse the existing decisions and | | |
| | 94:19      actually my claims were turned down. | | |
| | 94:20  Q.  Right.  And you were actually sentenced to | | |
| | 94:21      prison in the United Kingdom; isn't that true? | | |
| 94:22 - 94:23 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | **MA1030-3118.66** |
| | 94:22  A.  Yes, that's correct. | | |
| | 94:23  Q.  For how long? | | |
| 94:24 - 95:02 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:13 | **MA1030-3118.67** |
| | 94:24  A.  I'm not sure.  Something like 22, 24 months. | | |
| | 94:25      Something along those lines. | | |
| | 95:01  Q.  And how long did you actually serve in prison | | |
| | 95:02      in the United Kingdom? | | |
| 95:03 - 95:03 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:06 | **MA1030-3118.68** |
| | 95:03  A.  I never was in the prison in the U.K. | | |
| 104:25 - 105:01 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:06 | **MA1030-3118.201** |
| | 104:25  Q.  Do you believe that your conviction in the U.K. | | |
| | 105:01      resulted from corruption? | | |
| 105:03 - 105:06 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:32 | **MA1030-3118.207** |
| | 105:03  A.  I would say that there are different ways to | | |
| | 105:04      exert influence in order to obtain a decision that is | | |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 105:05    beneficial to the Kazakh side, and that these | | |
| | 105:06    mechanisms were put in place. | | |
| 105:14 - 105:15 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:08 | **MA1030-3118.202** |
| | 105:14  Q.  What sort of improper influence was used in the | | |
| | 105:15      U.K. proceedings to obtain the judgments against you? | | |
| 106:10 - 106:25 | **Ablyazov, Mukhtar 2018-10-30** | 00:02:12 | **MA1030-3118.203** |
| | 106:10      So to answer your question about the U.K., for | | |
| | 106:11      example, as my lawyers told me, I should be very careful | | |
| | 106:12      when giving interviews, for example, because should the | | |
| | 106:13      interviewer mention the Queen of England, then I shouldn't | | |
| | 106:14      do it because all lawyers are Queen's lawyers.  Because | | |
| | 106:15      there were articles in which I purportedly criticized the | | |
| | 106:16      Royal Family, and so that contributed towards creating | | |
| | 106:17      a negative image for the Royal Courts. | | |
| | 106:18      Another example is that Judge William Blair, who | | |
| | 106:19      ordered to have my assets frozen, is the brother of | | |
| | 106:20      Tony Blair, who was President Nazarbayev's adviser and | | |
| | 106:21      received over USD 50 million for his services over a number | | |
| | 106:22      of years.  And there are many threats of that kind. | | |
| | 106:23      BY MR. SCHWARTZ: | | |
| | 106:24  Q.  Are you suggesting that Judge Blair was | | |
| | 106:25      influenced by money? | | |
| 107:01 - 107:08 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:50 | **MA1030-3118.206** |
| | 107:01  A.  I can -- I cannot provide any evidence about | | |
| | 107:02      the exact amount of money that might have been | | |
| | 107:03      involved, but I can tell you that the fact of the | | |
| | 107:04      matter is that Judge Blair made the decision in my case | | |
| | 107:05      in my absence, even though at the time I'm living in | | |
| | 107:06      the U.K. for six months already and it was well known. | | |
| | 107:07      And after making this decision about asset freeze, he | | |
| | 107:08      dropped the case or excused himself. | | |
| 118:19 - 118:20 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:10 | **MA1030-3118.69** |
| | 118:19      Now, moving forward, in December of 2004 | | |
| | 118:20      Mr. Tatishev passed away; true? | | |
| 118:21 - 118:21 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | **MA1030-3118.70** |
| | 118:21  A.  Yes, this is public information. | | |
| 119:04 - 119:04 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | **MA1030-3118.71** |
| | 119:04  Q.  What is your understanding of how he died, how | | |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 119:05 - 119:05 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:02 | **MA1030-3118.210** |
| | 119:05    Mr. Tatishev died? | | |
| 119:06 - 119:14 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:57 | **MA1030-3118.72** |
| | 119:06  A.  Well, this is the information that I have -- | | |
| | 119:07    that I have. | | |
| | 119:08    He was hunting.  He wanted to hunt. | | |
| | 119:09    a Saturday and just before, during the night, there was | | |
| | 119:10    a lot of snow which was quite unexpected.  And so in the | | |
| | 119:11    morning, when he saw that, he unexpectedly decided to go to | | |
| | 119:12    hunt because when there is snow you can easily trace | | |
| | 119:13    different animals and hunting becomes more -- becomes | | |
| | 119:14    easier. | | |
| 119:15 - 119:19 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:38 | **MA1030-3118.204** |
| | 119:15    And Mr. Tokmadi, who is currently accused of | | |
| | 119:16    a premeditated murder, actually didn't want to go to hunt on | | |
| | 119:17    that day because that was an unplanned thing.  He just | | |
| | 119:18    wasn't ready for that.  He was sort of forced to participate | | |
| | 119:19    in -- in this hunt. | | |
| 119:20 - 119:22 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:14 | **MA1030-3118.73** |
| | 119:20    And, as I was explained, there was this accident | | |
| | 119:21    during this hunting session.  As a result, Mr. Tatishev was | | |
| | 119:22    shot dead. | | |
| 119:23 - 120:08 | **Ablyazov, Mukhtar 2018-10-30** | 00:01:06 | **MA1030-3118.205** |
| | 119:23    Mr. Tatishev was driving the car.  His guard was | | |
| | 119:24    sitting next to him.  Mr. Tokmadi was standing and he was -- | | |
| | 119:25    he was in the car as well and he was hunting the wolves in | | |
| | 120:01    this area. | | |
| | 120:02    So, as far as I was explained, as far as the | | |
| | 120:03    information I was given goes, at some point Mr. Tatishev, | | |
| | 120:04    who was sitting -- who was driving the car, passed a gun to | | |
| | 120:05    Mr. Tokmadi, who was standing behind him, and at that | | |
| | | moment | | |
| | 120:06    something happened.  Somehow the car jumped on the road, | | |
| | | and | | |
| | 120:07    accidentally the gun shot, and this is how he received the | | |
| | 120:08    bullet. | | |
| 123:13 - 123:13 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | **MA1030-3118.74** |
| | 123:13  Q.  Did you order the death of Mr. Tatishev? | | |
| 123:14 - 125:05 | **Ablyazov, Mukhtar 2018-10-30** | 00:04:24 | **MA1030-3118.75** |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

123:14  A.  Why would I do that?  This person managed my          MA1030-3118.75

123:15      business.  I didn't have an opportunity to come to

123:16      Kazakhstan.  In October 2004, before Mr. Tatishev was

123:17      killed, there was a murder attempt in Moscow.  Someone

123:18      attempted to murder me.

123:19      Well, as I've already said, I cannot foresee the

123:20      future.  However, someone from -- someone close to

123:21      Mr. Nazarbayev's circles warned me that there was this order

123:22      to kill me.  I didn't have an opportunity to come to

123:23      Kazakhstan and Mr. Tatishev was in charge of my business in

123:24      Kazakhstan.  In other words, the murder of Mr. Tatishev

123:25      resulted in the collapse of my business in the country.

124:01      And I couldn't go to Kazakhstan because that was

124:02      extremely risky for me.  That would be extremely risky for

124:03      me.  If someone tried to murder me in Russia, you can

124:04      imagine that they would probably try to do that in

124:05      Kazakhstan and that would be much easier for them to

124:06      execute.

124:07      Everyone knew that in 2004 I was leading the

124:08      political party Democratic Choice of Kazakhstan, and all the

124:09      opposition leaders from Kazakhstan came to see me in Moscow

124:10      so that we could co-ordinate our work.

124:11      And in December 2004, this party and its

124:12      activities were banned as extremist while I was the official

124:13      leader of the party.

124:14      So, logically, killing or murdering Mr. Tatishev

124:15      wasn't beneficial to me.  It was beneficial to someone who

124:16      wanted to destroy me.

124:17      Now, if we take a look at the dates and the

124:18      different media articles that you can -- that you can find

124:19      online -- I'm talking about the Kazakh media -- first you

124:20      see the messages where they say that Mr. Tatishev was

124:21      murdered, and immediately after there are messages saying

124:22      that Mr. Ablyazov was appointed as the manager, the leading

124:23      manager of the BTA Bank, which was actually wrong.

124:24      At that time I lived in Moscow and it took me over

124:25      six months to become the chairman of the board of this bank,

125:01      and this was the time that was needed -- that I needed to

125:02      feel safe to do that.

125:03      BY MR. SCHWARTZ:

125:04  Q.  Mr. Ablyazov, that's a lot of words, but none

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 125:05    of them is "nyet." | | |
| 125:19 - 125:21 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:08 | **MA1030-3118.77** |
| | 125:19  Q.  Now, by the end of 2004 you were quite upset | | |
| | 125:20       with the way that Mr. Tatishev was running BTA; isn't | | |
| | 125:21       that so? | | |
| 125:22 - 126:01 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:28 | **MA1030-3118.78** |
| | 125:22  A.  No, that wasn't true.  That is not true. | | |
| | 125:23       Yerzhan Tatishev met all of my expectations as per the | | |
| | 125:24       instructions that I was giving him and was coming to | | |
| | 125:25       Moscow to report.  So I had no reasons to be upset with | | |
| | 126:01       him. | | |
| 126:10 - 126:12 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:11 | **MA1030-3118.79** |
| | 126:10  Q.  Isn't it also the case that Mr. Tatishev had | | |
| | 126:11       gifted almost 10 percent of the shares in the bank to | | |
| | 126:12       other people without your knowledge? | | |
| 126:15 - 126:25 | **Ablyazov, Mukhtar 2018-10-30** | 00:01:17 | **MA1030-3118.80** |
| | 126:15  A.  In fact, at the time I was in prison and | | |
| | 126:16       Mr. Tatishev transferred 9 percent of shares to | | |
| | 126:17       President Nazarbayev and his representatives, | | |
| | 126:18       specifically to five individuals.  He was compelled to | | |
| | 126:19       do so.  At the time he could not discuss it with me as | | |
| | 126:20       I was in prison. | | |
| | 126:21       So I couldn't possibly have been unhappy with | | |
| | 126:22       Mr. Tatishev for doing so because at the time he had no | | |
| | 126:23       possibility of discussing this with me as I was in jail, and | | |
| | 126:24       he also could not withstand the pressure. | | |
| | 126:25 | | |
| 132:06 - 132:09 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:13 | **MA1030-3118.81** |
| | 132:06  Q.  Now, you mentioned Mr. Tatishev's widow | | |
| | 132:07       a moment ago.  After Mr. Tatishev was killed she took | | |
| | 132:08       control of the shares that Mr. Tatishev previously | | |
| | 132:09       controlled; true? | | |
| 132:10 - 132:13 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:08 | **MA1030-3118.82** |
| | 132:10  A.  Yes. | | |
| | 132:11  Q.  Now, at some point you entered into an | | |
| | 132:12       agreement to pay her, to regain control of those | | |
| | 132:13       shares; true? | | |
| 132:14 - 133:06 | **Ablyazov, Mukhtar 2018-10-30** | 00:01:30 | **MA1030-3118.83** |

MA1030-3118 - ABLYAZOV61224A

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 132:14  A.  Yes.  Yes, with one caveat.  I did have the | | MA1030-3118.83 |
| | 132:15      control of the shares because Mr. Tatishev's widow | | |
| | 132:16      confirmed that all the previous agreements that I held | | |
| | 132:17      with Mr. Tatishev were still true, and so therefore | | |
| | 132:18      I did have the control over it. | | |
| | 132:19      She and other members of the family could maintain | | |
| | 132:20      the ownership of the shares since they had nothing against | | |
| | 132:21      the existing arrangements, but we chose a different way of | | |
| | 132:22      structuring the shareholder capital. | | |
| | 132:23      So, legally speaking, I had the control through | | |
| | 132:24      the agreement that we had with her, and later on I confirmed | | |
| | 132:25      this agreement by making it in control of the shares that | | |
| | 133:01      she held. | | |
| | 133:02  Q.  That's an important correction.  The payment | | |
| | 133:03      that you made to Tatishev's widow was not to regain | | |
| | 133:04      control of your shares; right?  It was to gain control | | |
| | 133:05      of the shares that were actually Mr. Tatishev's before; | | |
| | 133:06      true? | | |
| 133:07 - 133:14 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:59 | **MA1030-3118.84** |
| | 133:07  A.  Yes, but not all of them. | | |
| | 133:08      That's right, because there were also shares owned | | |
| | 133:09      by other family members who lived in Kazakhstan.  Under the | | |
| | 133:10      law, the 20 percent share that was publicly owned by | | |
| | 133:11      Mr. Tatishev was upon his death distributed between his | | |
| | 133:12      wife, his -- his children and other family members, some of | | |
| | 133:13      whom lived in Kazakhstan.  And so that payment only | | |
| | 133:14      pertained to the widow's shares, not the relatives' shares. | | |
| 138:16 - 138:17 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:04 | **MA1030-3118.87** |
| | 138:16  Q.  Are you familiar with the unit inside the bank | | |
| | 138:17      called UKB6? | | |
| 138:18 - 138:19 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | **MA1030-3118.88** |
| | 138:18  A.  Yes. | | |
| | 138:19  Q.  What is UKB6? | | |
| 138:20 - 139:08 | **Ablyazov, Mukhtar 2018-10-30** | 00:01:34 | **MA1030-3118.89** |
| | 138:20  A.  We had many departments in the bank and UKB6 | | |
| | 138:21      was one of them.  I don't recall exactly what UKB6 | | |
| | 138:22      stands for, but I think it was one of the bank's | | |
| | 138:23      departments that worked with clients.  I think trading | | |
| | 138:24      relationships. | | |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 138:25 | In fact, questions about this department were | | |
| | 139:01 | asked by the other party during the U.K. proceedings and | | |
| | 139:02 | I at the time provided detailed answers. | | |
| | 139:03 | I do not remember any longer in detail what | | |
| | 139:04 | exactly was said at the time.  I don't recall this | | |
| | 139:05 | information.  I can tell you that this department was one of | | |
| | 139:06 | many departments in the bank and there was nothing | | |
| | 139:07 | particular different about this department compared to all | | |
| | 139:08 | the others. | | |

| 141:20 - 141:21 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:06 | **MA1030-3118.90** |
| | 141:20 | At some point in 2005 you became chairman of the | | |
| | 141:21 | bank again; correct? | | |

| 141:22 - 141:23 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:09 | **MA1030-3118.91** |
| | 141:22  A. | It was happened in May 2005 precisely. | | |
| | 141:23  Q. | And you returned to Kazakhstan from Moscow? | | |

| 141:24 - 142:01 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:04 | **MA1030-3118.92** |
| | 141:24  A. | Yes. | | |
| | 141:25  Q. | Now, at that time UKB6 had already existed; | | |
| | 142:01 | correct? | | |

| 142:02 - 142:06 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:17 | **MA1030-3118.93** |
| | 142:02  A. | I didn't change anything in the structure of | | |
| | 142:03 | the bank.  All the departments existed before.  They | | |
| | 142:04 | had existed and they continued to exist when I came. | | |
| | 142:05  Q. | And you had effectively controlled the bank | | |
| | 142:06 | since about 1998; true? | | |

| 142:09 - 142:11 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:04 | **MA1030-3118.94** |
| | 142:09  A. | Which year did you mention? | | |
| | 142:10 | BY MR. SCHWARTZ: | | |
| | 142:11  Q. | 1998, when you purchased the bank at auction. | | |

| 142:12 - 142:19 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:58 | **MA1030-3118.95** |
| | 142:12  A. | I was the key owner.  Mr. Tatishev was | | |
| | 142:13 | appointed as the chairman of the bank in the decision. | | |
| | 142:14 | Mr. Tatishev was my trusted partner and I also knew | | |
| | 142:15 | that he was a shareholder.  So everything that had to | | |
| | 142:16 | do with the operational aspects of the banking activity | | |
| | 142:17 | was up to him, was in his charge.  As for me, I could | | |
| | 142:18 | have some influence in molding the strategy, the | | |
| | 142:19 | general strategy of the bank. | | |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 152:11 - 152:12 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:07 | **MA1030-3118.96** |

152:11    During the period of time that you were chairman
152:12    of the bank, in connection with your nominated companies

| 152:13 - 152:14 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:07 | **MA1030-3118.208** |
|---|---|---|---|

152:13    that either held the bank's shares or were counterparties to
152:14    loans with the bank, who were your trusted nominees?

| 152:14 - 152:15 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:02 | **MA1030-3118.209** |
|---|---|---|---|

152:14    What
152:15    were their names?

| 152:18 - 153:22 | **Ablyazov, Mukhtar 2018-10-30** | 00:02:59 | **MA1030-3118.97** |
|---|---|---|---|

152:18  A.  I do not remember because that would mean that
152:19    we would have to go through each and every company and
152:20    see who was where, at what time, who was the agent, who
152:21    was the director.  And I would like to give you some
152:22    explanation to that effect.
152:23    At the top of the structure there's
152:24    Anar Tatisheva, and then there are directors.  There are
152:25    agents.  The structure didn't really change.
153:01    In other words, if I wanted to conceal my factual
153:02    ownership of the bank, the structure should be the same and
153:03    all the orders should come from the top to the bottom.
153:04    I would not be able to manage all the activities because the
153:05    same people would have to do that.
153:06    I only knew that there was Anar Tatisheva and then
153:07    there was a number of directors and nominees, but I didn't
153:08    really go into details.  I wasn't interested to know who
153:09    exactly there was because there was just a task, for
153:10    example, that we had to explain to the few people that I was
153:11    in contact with, and then this task was transferred and sort
153:12    of trickled down in the structure.
153:13    This was necessary to make sure that the whole
153:14    structure was not disrupted because that was needed to
153:15    preserve the confidentiality.
153:16    In other words, sometimes in the documents I could
153:17    see some names, but I did my best not to contact them
153:18    directly and not to have any direct business with them, not
153:19    to talk to them directly.
153:20  Q.  Am I correct that in total there were at least
153:21    hundreds of legal entities, companies, controlled by
153:22    your nominees?

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 153:23 - 154:01 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:24 | **MA1030-3118.98** |

153:23  A.  I never counted them.  My general principle was
153:24      that I had a limited number of trusted people that
153:25      I worked with and they were involved in the management
154:01      and I didn't go into details of that.

| 154:19 - 154:21 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:12 | **MA1030-3118.99** |
|---|---|---|---|

154:19      So my question was: with respect to the -- your
154:20      nominee companies that dealt with BTA, what are the names of
154:21      these trusted people that you relied upon?

| 154:22 - 154:24 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:10 | **MA1030-3118.100** |
|---|---|---|---|

154:22  A.  What do you mean by "trusted people"?
154:23  Q.  Those were your words.  So whatever you mean by
154:24      "trusted people."

| 154:25 - 155:08 | **Ablyazov, Mukhtar 2018-10-30** | 00:01:07 | **MA1030-3118.101** |
|---|---|---|---|

154:25  A.  I explained before the break that I could not
155:01      change the whole structure of this pyramid.  I could
155:02      not check -- change the shareholder structure.  I could
155:03      not change directors.  And so the person who was at the
155:04      helm of this pyramid was Anar Tatisheva.  So I can say
155:05      that I would give this task to Anar to execute.
155:06  Q.  And did Ms. Tatisheva, Tatishev's widow,
155:07      continue to act in that role, providing instructions to
155:08      your nominees, up until the time you left Kazakhstan?

| 155:09 - 155:13 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:49 | **MA1030-3118.102** |
|---|---|---|---|

155:09  A.  She was not doing so directly, but she had her
155:10      own trusted individuals through whom she relayed the
155:11      information.  So there was a whole chain consisting of
155:12      many links, and that was done so as not to break the
155:13      existing structure.

| 161:02 - 161:03 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | **MA1030-3118.103** |
|---|---|---|---|

161:02  Q.  Are you familiar with a company called
161:03      Lineford?

| 161:04 - 161:06 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:07 | **MA1030-3118.104** |
|---|---|---|---|

161:04  A.  No, I do not remember.
161:05  Q.  Are you familiar with a company called Thyler
161:06      Holdings?

| 161:07 - 161:07 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | **MA1030-3118.105** |
|---|---|---|---|

161:07  A.  I do not remember.

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 163:22 - 163:22 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:02 | **MA1030-3118.106** |
| | 163:22  Q.  Who is Frank Monstrey? | | |
| 163:23 - 164:01 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:35 | **MA1030-3118.107** |
| | 163:23  A.  This is one of the major clients of the bank | | |
| | 163:24       who owned -- in the gas industry he owned Zhaikmunai | | |
| | 163:25       company. | | |
| | 164:01  Q.  Frank Monstrey owns Zhaikmunai? | | |
| 164:02 - 164:03 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:08 | **MA1030-3118.108** |
| | 164:02  A.  That's how he presented himself, as an owner of | | |
| | 164:03       the project -- of this project. | | |
| 166:04 - 166:05 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:05 | **MA1030-3118.109** |
| | 166:04  Q.  Mr. Monstrey was your partner in owning | | |
| | 166:05       Zhaikmunai; true? | | |
| 166:09 - 166:12 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:12 | **MA1030-3118.110** |
| | 166:09  A.  Is that a question? | | |
| | 166:10       BY MR. SCHWARTZ: | | |
| | 166:11  Q.  Yes.  Isn't it true that Mr. Monstrey was your | | |
| | 166:12       partner in ownership of Zhaikmunai? | | |
| 166:13 - 166:15 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:11 | **MA1030-3118.111** |
| | 166:13  A.  No. | | |
| | 166:14  Q.  Did you ever have an ownership interest, | | |
| | 166:15       through any nominee or anyone else, in Zhaikmunai? | | |
| 166:16 - 166:16 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:02 | **MA1030-3118.112** |
| | 166:16  A.  No. | | |
| 168:12 - 168:14 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:12 | **MA1030-3118.113** |
| | 168:12  Q.  Let me show you a document that has previously | | |
| | 168:13       been marked as FM8 and a certified Russian translation | | |
| | 168:14       that we will call FMAT. | | |
| 168:18 - 168:19 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:05 | **MA1030-3118.114** |
| | 168:18  Q.  Do you recognize your signature on the last | | |
| | 168:19       page of that document? | | |
| 168:19 - 168:20 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | **MA1030-3118.115** |
| | 168:19       It will be on the original, | | |
| | 168:20       which is the English document. | | |
| 168:21 - 169:02 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:31 | **MA1030-3118.116** |
| | 168:21  A.  It looks like mine, but it is not mine and | | |
| | 168:22       I will tell you why. | | |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

168:23  Where -- where are the signatures on the bottom of
168:24  every page? Are they not here or do I just not see them?
168:25  Are there -- were there signatures on the bottom of each
169:01  page or did they get erased?
169:02  Q.  Is that a question?

| 169:03 - 169:06 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:07 | **MA1030-3118.117** |
|---|---|---|---|

169:03  A.  Yes, it is a question because you offer me
169:04  a document.
169:05  Q.  You would expect a signature at the bottom of
169:06  each page?

| 169:07 - 169:13 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:38 | **MA1030-3118.118** |
|---|---|---|---|

169:07  A.  This is the rule of conducting business. This
169:08  is a legal rule. This is a rule for operating in
169:09  business. I would not have signed any document if it
169:10  did not have a signature of all parties on the bottom.
169:11  I think this is business practice throughout the world.
169:12  Q.  Okay. Do you recognize your signature on the
169:13  last page?

| 169:16 - 170:06 | **Ablyazov, Mukhtar 2018-10-30** | 00:01:08 | **MA1030-3118.119** |
|---|---|---|---|

169:16  A.  I don't need to recognize my signature. My
169:17  signature could easily be forged.
169:18  BY MR. SCHWARTZ:
169:19  Q.  Do you recall signing --
169:20  A.  It resembles my signature, but this is just
169:21  a copy of something else that could easily be attached
169:22  to it. It could have been attached to it.
169:23  If you'd provided me with the original document,
169:24  so then if we were to conduct a forensic examination of the
169:25  document, I could tell you whether this initial was mine or
170:01  not. I haven't read the document yet, but from the look of
170:02  it, I can tell you that it does not meet the requirements of
170:03  what I would normally sign.
170:04  Q.  How would --
170:05  A.  The absence of signatures in the bottom of the
170:06  page is something that really stands out.

| 172:15 - 172:17 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:09 | **MA1030-3118.120** |
|---|---|---|---|

172:15  Q.  Have you had an opportunity to review the
172:16  translations of the two exhibits in front of you marked
172:17  as FM6 and FM8?

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 172:18 - 172:24 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:29 | **MA1030-3118.121** |

172:18  A.  I've gone through FM8 in detail.  I also read
172:19       FM6 and I think it's quite confusing.  I didn't get
172:20       much of the text.  However, I'm prepared to provide my
172:21       comment on these documents.
172:22  Q.  Fine.  I'm going to ask you specific questions
172:23       and not just ask for you to comment generally, in the
172:24       interests of time.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 172:25 - 173:01 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:14 | **MA1030-3118.122** |

172:25       Now, FM8 refers to loans and the release of
173:01       liabilities under loans; do you see that?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 173:02 - 173:05 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:13 | **MA1030-3118.123** |

173:02  A.  I'm looking at the Russian version of this
173:03       document.
173:04  Q.  Are you familiar with the transactions
173:05       described in this document?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 173:06 - 173:16 | **Ablyazov, Mukhtar 2018-10-30** | 00:01:01 | **MA1030-3118.124** |

173:06  A.  There are no transactions mentioned in this
173:07       document.  It does say that someone is released from
173:08       something and then there is my signature.  This
173:09       document was compiled with lots of mistakes in general
173:10       and it just does not respond to the requirements that
173:11       I usually apply.  It just is not up to the high level
173:12       of work which I usually try to respect.
173:13       It's as if you had a 500-dollar bill and you just
173:14       made a photocopy and then told me that it was the real one.
173:15       So I would like to provide a comment, if you don't
173:16       mind.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 173:17 - 173:20 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:09 | **MA1030-3118.125** |

173:17  Q.  No, I'm not interested in your comment right
173:18       now.
173:19       My question is: this document, FM8, called "Deed
173:20       Poll," --

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 173:20 - 173:21 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:06 | **MA1030-3118.126** |

173:20       -- says that it is a release by you, the releasing
173:21       person --

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 173:21 - 173:23 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:12 | **MA1030-3118.127** |

173:21       -- on account of loans from your affiliates to

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 173:22    a company called Sartfield Limited and certain of its | | |
| | 173:23    shareholders and/or affiliates. | | |
| 173:23 - 173:24 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:05 | **MA1030-3118.128** |
| | 173:23    And my question to you is: | | |
| | 173:24    do you recall those loans? | | |
| 173:25 - 174:10 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:50 | **MA1030-3118.129** |
| | 173:25  A.  Actually the name of the company doesn't ring | | |
| | 174:01    any bells at all.  And as for the loans, well, usually | | |
| | 174:02    some more information should be provided, like the | | |
| | 174:03    loan, the sum, the dates, the names of the companies, | | |
| | 174:04    et cetera.  This information is not contained here. | | |
| | 174:05    It's as if -- it's as if a priest said, okay, you | | |
| | 174:06    know what, I forgive all your sins.  No matter what you did, | | |
| | 174:07    it's okay. | | |
| | 174:08    This document really is very strange to me. | | |
| | 174:09    Business documents are not compiled in this manner.  Not | | |
| | 174:10    a single court would accept a document like that. | | |
| 175:10 - 175:12 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:06 | **MA1030-3118.130** |
| | 175:10  Q.  Ilyas didn't tell you that he was arguing in | | |
| | 175:11    the New York proceedings that these documents were | | |
| | 175:12    fake? | | |
| 175:17 - 175:21 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:36 | **MA1030-3118.131** |
| | 175:17  A.  We did not discuss any details relative to | | |
| | 175:18    that.  As I mentioned at the very beginning of our | | |
| | 175:19    session, of our meeting, we do not -- I'm not familiar | | |
| | 175:20    with any official testimonies, including the one | | |
| | 175:21    provided by Mr. Monstrey. | | |
| 176:20 - 176:22 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:08 | **MA1030-3118.132** |
| | 176:20  Q.  By the way, if you look at the English version | | |
| | 176:21    of FM8, you can see that the initials are just cut off | | |
| | 176:22    by the page numbers; right? | | |
| 177:01 - 177:01 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:05 | **MA1030-3118.133** |
| | 177:01  A.  Which initials do you mean exactly?  I'm sorry. | | |
| 177:24 - 177:25 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:03 | **MA1030-3118.134** |
| | 177:24  Q.  Sure.  How many times have you met Mr. Monstrey | | |
| | 177:25    in person? | | |
| 178:01 - 178:03 | **Ablyazov, Mukhtar 2018-10-30** | 00:00:15 | **MA1030-3118.135** |
| | 178:01  A.  I can't remember.  I would like to reiterate my | | |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 178:02    question about the initials that were cut off in this<br>178:03    document because I cannot find that. | | |
| 188:09 - 188:10 | **Ablyazov, Mukhtar 2018-10-30**<br>188:09    Isn't it true that you stole billions of dollars<br>188:10    from BTA Bank? | 00:00:03 | **MA1030-3118.136** |
| 188:11 - 188:14 | **Ablyazov, Mukhtar 2018-10-30**<br>188:11  A.  No.<br>188:12  Q.  Isn't it true that any money that was provided<br>188:13    to you purportedly by Mr. Petelin was in fact your<br>188:14    money? | 00:00:10 | **MA1030-3118.137** |
| 188:15 - 188:17 | **Ablyazov, Mukhtar 2018-10-30**<br>188:15  A.  No.<br>188:16  Q.  Isn't it true that Mr. Petelin and your<br>188:17    son-in-law Ilyas were your nominees? | 00:00:06 | **MA1030-3118.138** |
| 188:18 - 188:18 | **Ablyazov, Mukhtar 2018-10-30**<br>188:18  A.  No. | 00:00:01 | **MA1030-3118.139** |
| 188:25 - 189:01 | **Ablyazov, Mukhtar 2018-10-30**<br>188:25  Q.  Anything.  You have no documents about anything<br>189:01    we've discussed today; is that right? | 00:00:04 | **MA1030-3118.140** |
| 189:03 - 189:04 | **Ablyazov, Mukhtar 2018-10-30**<br>189:03  A.  Of what we discussed today, I don't have any<br>189:04    documents. | 00:00:07 | **MA1030-3118.141** |
| 150:15 - 150:17 | **Ablyazov, Mukhtar 2018-10-31**<br>150:15  Q.  You have spoken fairly openly over the last two<br>150:16    days about the nominee structure used to hold BTA<br>150:17    shares; correct? | 00:00:09 | **MA1030-3118.178** |
| 150:18 - 150:18 | **Ablyazov, Mukhtar 2018-10-31**<br>150:18  A.  Yes. | 00:00:02 | **MA1030-3118.179** |
| 150:24 - 151:01 | **Ablyazov, Mukhtar 2018-10-31**<br>150:24  Q.  The purpose of you continuing the nominee<br>150:25    structure was to conceal your ownership of BTA Bank;<br>151:01    true? | 00:00:09 | **MA1030-3118.180** |
| 151:03 - 151:03 | **Ablyazov, Mukhtar 2018-10-31**<br>151:03  A.  Yes. | 00:00:02 | **MA1030-3118.181** |
| 154:21 - 154:22 | **Ablyazov, Mukhtar 2018-10-31**<br>154:21  Q.  What were the names of the companies, the<br>154:22    nominee companies, that held your shares of BTA Bank? | 00:00:06 | **MA1030-3118.182** |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 154:23 - 155:01 | Ablyazov, Mukhtar 2018-10-31 | 00:00:12 | **MA1030-3118.183** |

154:23  A.   There were many companies.  I do not recall
154:24       them.  You can get their names from the register of
154:25       companies on the site of the BTA Bank.
155:01  Q.   Can you name one of them?

| | | | |
|---|---|---|---|
| 155:02 - 155:06 | Ablyazov, Mukhtar 2018-10-31 | 00:00:12 | **MA1030-3118.184** |

155:02  A.   Just like that, no, I can't.
155:03  Q.   You had a USD 10 billion asset that has been
155:04       the subject of litigation for a decade and you don't
155:05       know the name of a single company that held your
155:06       shares?

| | | | |
|---|---|---|---|
| 155:08 - 155:13 | Ablyazov, Mukhtar 2018-10-31 | 00:00:39 | **MA1030-3118.185** |

155:08  A.   I don't need to remember the names of these
155:09       companies because their names can be easily found in
155:10       documents.  And the matter that is being litigated is
155:11       not about the names of these companies but about who
155:12       incurred damages in that amount, whereas the acronym by
155:13       itself has no meaning.

| | | | |
|---|---|---|---|
| 156:20 - 156:22 | Ablyazov, Mukhtar 2018-10-31 | 00:00:11 | **MA1030-3118.186** |

156:20  Q.   Can you remember the names of any of the
156:21       individuals that served as the nominees for any of your
156:22       holdings, other than Mr. Tatishev and his widow?

| | | | |
|---|---|---|---|
| 156:24 - 157:04 | Ablyazov, Mukhtar 2018-10-31 | 00:00:13 | **MA1030-3118.187** |

156:24  A.   No, I don't remember right now.
156:25
157:01       BY MR. SCHWARTZ:
157:02  Q.   After you left Kazakhstan in 2009, can you
157:03       recall the names of any of the people who served as
157:04       your nominees?

| | | | |
|---|---|---|---|
| 157:07 - 157:11 | Ablyazov, Mukhtar 2018-10-31 | 00:00:12 | **MA1030-3118.188** |

157:07  A.   I don't remember.  It's been too many years.
157:08       BY MR. SCHWARTZ:
157:09  Q.   After you got out of jail in France, can you
157:10       recall the names of any of the people who served as
157:11       your nominees?

| | | | |
|---|---|---|---|
| 157:14 - 157:14 | Ablyazov, Mukhtar 2018-10-31 | 00:00:02 | **MA1030-3118.189** |

157:14  A.   No, I don't.

| | | | |
|---|---|---|---|
| 164:11 - 164:12 | Ablyazov, Mukhtar 2018-10-31 | 00:00:04 | **MA1030-3118.190** |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 164:11  Q.  Have you ever held a passport from the Central | | **MA1030-3118.190** |
| | 164:12      African Republic? | | |
| 164:14 - 164:14 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:03 | **MA1030-3118.191** |
| | 164:14  A.  Yes. | | |
| 164:22 - 164:23 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:03 | **MA1030-3118.192** |
| | 164:22  Q.  Ilyas helped arrange getting that passport for | | |
| | 164:23      you; true? | | |
| 164:25 - 164:25 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:00 | **MA1030-3118.193** |
| | 164:25  A.  Yes. | | |
| 164:25 - 164:25 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:01 | **MA1030-3118.194** |
| | 164:25  A.  Yes. | | |
| 168:17 - 168:18 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:04 | **MA1030-3118.195** |
| | 168:17  Q.  You have been sentenced to prison in | | |
| | 168:18      Kazakhstan; true? | | |
| 168:20 - 168:21 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:02 | **MA1030-3118.196** |
| | 168:20      BY MR. SCHWARTZ: | | |
| | 168:21  Q.  In connection with the fraud on BTA Bank? | | |
| 168:22 - 168:24 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:09 | **MA1030-3118.197** |
| | 168:22  A.  Yes, last year in absentia for 20 years. | | |
| | 168:23  Q.  You have been sentenced to prison in London for | | |
| | 168:24      contempt of court; correct? | | |
| 168:25 - 168:25 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:01 | **MA1030-3118.198** |
| | 168:25  A.  Yes. | | |
| 169:06 - 169:07 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:05 | **MA1030-3118.199** |
| | 169:06  Q.  Under what conditions would you return to the | | |
| | 169:07      United Kingdom to serve the sentence imposed upon you? | | |
| 169:13 - 169:17 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:33 | **MA1030-3118.200** |
| | 169:13  A.  I plan to litigate in the United Kingdom, to | | |
| | 169:14      present new evidence, and to have these judgments | | |
| | 169:15      declared null and void.  So when I have the desire to | | |
| | 169:16      do so, or the need to do so, I will go to the | | |
| | 169:17      United Kingdom. | | |
| 169:19 - 169:20 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:06 | **MA1030-3118.211** |
| | 169:19  Q.  Under what conditions would you return to | | |
| | 169:20      Kazakhstan to face the charges against you? | | |
| 169:23 - 169:23 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:06 | **MA1030-3118.213** |

**MA1030-3118 - ABLYAZOV61224A**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 169:23  A.  Are we continuing?  There's my taxi downstairs. | | **MA1030-3118.213** |
| 170:12 - 170:15 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:10 | **MA1030-3118.212** |
| | 170:12  Q.  It's up to you, Mr. Ablyazov.  I can't make you | | |
| | 170:13       answer the question, but the question is under what | | |
| | 170:14       conditions would you return to Kazakhstan to face the | | |
| | 170:15       charges against you? | | |
| 171:21 - 171:22 | **Ablyazov, Mukhtar 2018-10-31** | 00:00:21 | **MA1030-3118.214** |
| | 171:21       Q. Mr. Ablyazov, the camera is still on, if you | | |
| | 171:22       would like to answer my previous question. | | |

| PLTF | 01:05:35 |
|---|---|
| **TOTAL RUN TIME** | **01:05:35** |