

CRAIG WENNER
Tel: (212) 909-7625
Email: cwenner@bsfllp.com

January 27, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
            Case No. 19 Civ. 2645 [rel. 15 Civ. 5345] (JGK) (KHP)

Dear Judge Koeltl:

    We represent Plaintiffs City of Almaty, Kazakhstan and BTA Bank JSC and write with the consent of Defendants Felix Sater, Global Habitat Solutions, Inc., Bayrock Group, Inc, and MeM Energy Partners LLC to provide the Court a joint status report following the Court's decision granting in part and denying in part Defendants' motion for a new trial. [ECF No. 702].

    The parties have conferred and discussed their respective intentions to file motions for reconsideration. The parties therefore respectfully request that the Court so order the following briefing schedule:

- Any motions for reconsideration by any party are due by no later than February 7, 2025;

- Any memoranda in opposition to any motion for reconsideration are due by no later than February 28, 2025; and

- Any reply memoranda in further support of any motion for reconsideration are due by no later than March 14, 2025.

    Thank you for your consideration.

                                            Respectfully,

                                            /s/ *Craig Wenner*
                                            Craig Wenner

cc:    Counsel of record (via ECF)