UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,

- against -

FELIX SATER, ET AL.,

        Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

With respect to the remaining claims, the parties should submit by **May 16, 2025,** a proposed joint pre-trial order together with requests to charge, voir dire requests, and motions in limine. Responses and objections are due by **May 30, 2025.** The Court will hold a final pre-trial conference on **September 12, 2025** at **11:00 a.m.** Trial is scheduled for **September 30, 2025** at **9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           April 9, 2025

                                      John G. Koeltl
                               United States District Judge