```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,

- against -

FELIX SATER, ET AL.,

        Defendants.

19-cv-2645 (JGK)

ORDER

--------------------------------------------------

**JOHN G. KOELTL**, District Judge:

    The parties should provide the Court with their respective views as to how the issue of the statute of limitations for the conversion and unjust enrichment claims should be addressed in the upcoming trial. Should the jury be instructed that the statue of limitations on those claims has expired, but the plaintiffs argue that the defendants are equitably estopped from asserting the defense of the statute of limitations on those claims? See *City of Almaty v. Sater*, 503 F. Supp. 3d 51, 63-68 (S.D.N.Y. 2020). If the parties cannot agree, the parties should provide their respective views by **May 19, 2025** and provide a response to the opposing view by **May 30, 2025**.

SO ORDERED.

Dated:   New York, New York
          May 6, 2025

                                                    _____
                                                    John G. Koeltl
                                        United States District Judge