**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF ALMATY, KAZAKHSTAN
and BTA BANK JSC,

                Plaintiffs,

        v.

FELIX SATER, DANIEL RIDLOFF, BAYROCK
GROUP INC., GLOBAL HABITAT SOLUTIONS,
INC., RRMI-DR LLC, FERRARI HOLDINGS LLC,
and MEM ENERGY PARTNERS LLC,

                Defendants.

No. 19 Civ. 2645 (JGK) (KHP)

**CORRECTED DECLARATION OF MATTHEW L. SCHWARTZ IN**
**OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND**
**CONDITIONAL MOTION TO DISQUALIFY**

1.      I am a partner in the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs

City of Almaty, Kazakhstan ("Almaty") and BTA Bank JSC ("BTA") (collectively, "Plaintiffs")

in the above-captioned case.  I am licensed to practice law in the State of New York and am

admitted to practice in the courts of that State, the United States Courts of Appeals for the Second

Circuit, and the United States District Court for the Southern Districts of New York, among other

federal jurisdictions.  I submit this declaration in opposition to Defendants' motion for summary

judgment and conditional motion to disqualify.

2.      I attach to this declaration the following documents referenced in Plaintiffs'

Responses to Defendants' Rule 56.1 Statement and Statement of Additional Material Facts.

    a.      **Exhibit G** is a true and correct copy of a Tri-County Mall Investors, LLC,

      Operating Agreement, which was produced in this action, Bates stamped Almaty-

      BTA_FS20004237.

b.      **Exhibit H** is a true and correct copy of an October 17, 2013 email from Daniel Ridloff to Felix Sater, with attachments, which was produced in this action by Felix Sater, Bates stamped FS 28359.

c.      **Exhibit I** is a true and correct copy of the expert disclosures of Seth R. Fliegler, CVA, CFE, MAFF.

d.      **Exhibit J** is a true and correct copy of the expert disclosures of David Schectman, Esq.

e.      **Exhibit K** is a true and correct copy of a Chase Wire Transfer Outgoing Request by Felix Sater, which was produced in this action and admitted into evidence at the first trial as PTX-237.

f.      **Exhibit L** is a true and correct copy of an October 10, 2013 letter from Arnie Herz to Nicolas Bourg, which was produced in this action and admitted into evidence at the first trial as PTX-559.

g.      **Exhibit M** is a true and correct copy of a Capital One Bank statement, for the period of October 1, 2013 to October 31, 2013, for Tri-County Mall Investors LLC, which was produced in this action and admitted into evidence at the first trial as PTX-245.

h.      **Exhibit N** is a true and correct copy of a Capital One Bank statement, for the period of October 1, 2013 to October 31, 2013, for Sands Point Partners Fund L.P., which was produced in this action and admitted into evidence at the first trial as PTX-246.

i.      **Exhibit O** is a true and correct copy of a Chase Bank statement, for the period of August 29, 2013 to August 30, 2013, for Tri-County Mall Investors LLC, which was produced in this action and admitted into evidence at the first trial as PTX-354.

Case 1:19-cv-02645-JGK-KHP     Document 747     Filed 06/06/25     Page 3 of 9

j.     **Exhibit P** is a true and correct copy of excerpts of the March 9, 2017 deposition of Cesare Cerrito in the matter of *BTA Bank v. Triadou SPV S.A.*, Case No. 15 Civ. 5345 (JGK) (KHP) (S.D.N.Y.), which was produced in this case and admitted through designations in the first trial.

k.     **Exhibit Q** is a true and correct copy of a letter from Robert Wolf to Marc Gillieron and Luigi Rosabianca, dated October 30, 2013, which was produced in this action and admitted into evidence at the first trial as PTX-357.

l.     **Exhibit R** is a true and correct copy of the "Settlement Agreement and General Release" between Triadou SPV S.A. and Felix Sater, dated December 23, 2013, with exhibits, which was produced in this action and admitted into evidence at the first trial as PTX-359.

m.     **Exhibit S** is a true and correct copy of a Bank of America statement, for the period of November 1, 2013 to November 30, 2013, for Sands Point Partners GP LLC, which was produced in this action and admitted into evidence at the first trial as PTX-227.

n.     **Exhibit T** is a true and correct copy of a Chase Bank statement, for the period of May 28, 2013 to May 31, 2013, for Tri-County Mall Investors LLC, which was produced in this action and admitted into evidence at the first trial as PTX-234.

o.     **Exhibit U** is a true and correct copy of a wire transfer outgoing request, dated August 30, 2013, which was produced in this action and admitted into evidence at the first trial as PTX-237.

p.     **Exhibit V** is a true and correct copy of a Wells Fargo Bank statement, for the period of April 26, 2013 to May 28, 2013, for MeM Energy Partners LLC, which was produced in this action and admitted into evidence at the first trial as PTX-270.

3

q.       **Exhibit W** is a true and correct copy of an email thread between Arnie Herz, Mendel Mochkin, and Felix Sater, dated October 21, 2013, with attachments, which was produced in this action and admitted into evidence at the first trial as PTX-488.

r.       **Exhibit X** is a true and correct copy of a summary exhibit, which was admitted at the first trial as PTX-801 and previously filed on the docket in this action as ECF No. 684-39.

s.       **Exhibit Y** is a true and correct copy of a Notice of Discontinuance and Withdrawal of Summons and Complaint Without Prejudice, dated December 20, 2013, which was filed as NYSECF No. 11 in *Tri-County Mall Investors LLC v. Felix Sater and Daniel Ridloff*, Index No. 654361/2013.

t.       **Exhibit Z** is a true and correct copy of excerpts of Litco LLC's Rule 30(b)(6) deposition in this matter, dated June 21, 2022.

u.       **Exhibit AA** is a copy of a Moses & Singer LLP invoice for Litco LLC, dated July 15, 2015, which was produced in this action and admitted into evidence at the first trial as PTX-1051.

v.       **Exhibit BB** is a copy of a Moses & Singer LLP invoice for Litco LLC, dated August 28, 2015, which was produced in this action and previously filed on the docket in this action as ECF No. 688-7.

w.       **Exhibit CC** is a copy of the July 8, 2015 Confidentiality and Non-Disclosure Agreement, signed by Litco LLC and Arcanum (Asia) Limited, which was produced in discovery in this action, Bates stamped Almaty-BTA0252994.

x.     **Exhibit DD** is a true and correct copy of a Release and Confidentiality Agreement, which was produced in discovery in this action, Bates stamped Almaty-BTA_FS00190182.

y.     **Exhibit EE** is a true and correct copy of excerpts of the September 12, 2017 deposition of Nicolas Bourg in the matter of *BTA Bank v. Triadou SPV S.A.*, Case No. 15 Civ. 5345 (JGK) (KHP) (S.D.N.Y.), which was produced in discovery in this action and admitted in part through designations in the first trial.

z.     **Exhibit FF** is a copy of excerpts from the transcript of a hearing before the Honorable Katharine H. Parker on August 8, 2019, in the matter *BTA Bank v. Triadou SPV S.A.*, Case No. 15 Civ. 5345 (JGK) (KHP) (S.D.N.Y.), which was produced in discovery in this action.

aa.    **Exhibit GG** is the Notice of Removal and Interpleader Complaint, filed in the action of *BTA Bank v. Triadou SPV S.A.*, Case No. 15 Civ. 5345 (JGK) (KHP) (S.D.N.Y.), ECF No. 1.

bb.    **Exhibit HH** is a true and correct copy of a Monitorship Order, dated May 4, 2016, in *Triadou SPV S.A. v. CF 135 Flat LLC*, No. 653462/2014 (N.Y. Sup. Ct.).

cc.    **Exhibit II** is a true and correct copy of excerpts of the February 5, 2019 deposition of Felix Sater in this action.

dd.    **Exhibit JJ** is a true and correct copy of an April 22, 2013 to May 22, 2013, email thread among Eesh Aggarwal, Felix Sater, Daniel Ridloff, Arnie Herz, Azure e-mail accounts, and others, with attachments, which was produced in this action and admitted into evidence at the first trial as PTX-175.

ee.    **Exhibit KK** is a true and correct copy of a July 16, 2012 to July 18, 2012, email threat among Eesh Aggarwal, Felix Sater, Arnie Herz, Daniel Retter, Elvira Kudryashova, and others, which was produced in this action and admitted into evidence at the first trial as PTX-510.

ff.    **Exhibit LL** is a true and correct copy of a July 16, 2012 to July 18, 2012, email threat among Eesh Aggarwal, Felix Sater, Arnie Herz, Daniel Retter, Elvira Kudryashova, and others, which was produced in this action and admitted into evidence at the first trial as PTX-511.

gg.    **Exhibit MM** is a true and correct copy of a "Confidentiality and Non-Disclosure Agreement" between Litco LLC and Latham & Watkins LLP, dated May 26, 2015, filed in the action of *BTA Bank v. Triadou SPV S.A.*, Case No. 15 Civ. 5345 (JGK) (KHP) (S.D.N.Y.), ECF No. 1237-1 at 12-14, and produced in discovery in this action, Bates stamped LW000011.

hh.    **Exhibit NN** is a true and correct copy of a May 28, 2015 email from Robert Wolf to David Schindler, filed in the action of *BTA Bank v. Triadou SPV S.A.*, Case No. 15 Civ. 5345 (JGK) (KHP) (S.D.N.Y.), ECF No. 1237-1 at 10, and produced in discovery in this action, Bates stamped LW0000009.

ii.    **Exhibit OO** is a true and correct copy of a May 31, 2015 email from Robert Wolf to David Schindler, filed in the action of *BTA Bank v. Triadou SPV S.A.*, Case No. 15 Civ. 5345 (JGK) (KHP) (S.D.N.Y.), ECF No. 1237-1 at 37, and produced in discovery in this action, Bates stamped LW000036.

jj.    **Exhibit PP** is a true and correct copy of the June 12, 2015 Confidential Assistance Agreement between Litco LLC and Arcanum (Asia) Limited, which was produced in this action and admitted into evidence at the first trial as PTX-593.

kk.    **Exhibit QQ** is a true and correct copy of the April 16, 2013 bid package that SDG Investment Fund submitted to acquire the senior loan secured by Tri-County Mall, which was produced in this action and admitted into evidence at the first trial as PTX-364.

ll.    **Exhibit RR** is a true and correct copy of a summary exhibit, which was produced in this action and admitted into evidence at the first trial as PTX-800.

mm.    **Exhibit SS** is a true and correct copy of Chase bank statements for RPM USA LLC, which was produced in this action and admitted into evidence at the first trial as PTX-507.

nn.    **Exhibit TT** is a true and correct copy of a document memorializing the $1,900,000 loan from ADLUX S.A. to Triadou SPV S.A., which was produced in this action and admitted into evidence at the first trial as PTX-325.

oo.    **Exhibit UU** is a true and correct copy of a December 13, 2013, loan agreement between ADLUX S.A. and Triadou SPV S.A., which was produced in this action and admitted into evidence at the first trial as PTX-358.

pp.    **Exhibit VV** is a true and correct copy of an August 21, 2013 email chain among Felix Sater, Mendel Mochkin, Robert Wolf, and Jonathan King, which was produced in this action and admitted into evidence at the first trial as PTX-480.

qq.     **Exhibit WW** is a true and correct copy of Wells Fargo banks statements for Bayrock Group Inc., which was produced in this action and admitted into evidence at the first trial as PTX-265.

rr.     **Exhibit XX** is a true and correct copy of an August 8, 2013 check from Bayrock Group Inc. to Daniel Ridloff, which was produced in this action and admitted into evidence at the first trial as PTX-266

ss.     **Exhibit YY** is a true and correct copy of a ledger reflecting payments involving Felix Sater, which was produced in this action and admitted into evidence at the first trial as PTX-589.

tt.     **Exhibit ZZ** is a true and correct copy of the operating agreement for RPM-Maro LLC, which was produced in this action and admitted into evidence at the first trial as PTX-324.

uu.     **Exhibit AAA** is a true and correct copy of Chase bank statements for RMP-Maro LLC, which was produced in this action and admitted into evidence at the first trial as PTX-509.

vv.     **Exhibit BBB** is a true and correct copy of an April 25, 2015 email from Lloyd LaMarca, which was produced in this action and admitted into evidence at the first trial as PTX-539.

ww.    **Exhibit CCC** is a true and correct copy of the May 12, 2016 declaration of

Nicolas Bourg.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: New York, New York            _/s/  Matthew L. Schwartz_
        June 6, 2025                  Matthew L. Schwartz