UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,

- against -

FELIX SATER, ET AL.,

        Defendants.

---

19-cv-2645 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On June 12, 2025, the plaintiffs submitted the attached letter to the Court. To date, it has not been filed on ECF. The letter attached a hard drive containing various pretrial submissions. The plaintiffs are directed to provide paper courtesy copies of the various pretrial submissions.

SO ORDERED.

Dated:    New York, New York
            June 13, 2025

                                  John G. Koeltl
                              United States District Judge



CRAIG WENNER
Tel.: (212) 446-2300
E-mail: cwenner@bsfllp.com

June 12, 2025

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.,*
            **Case No. 19 Civ. 2645 (JGK) (KHP)**

Dear Judge Koeltl:

    We represent Plaintiffs the City of Almaty, Kazakhstan and BTA Bank (the "Plaintiffs"). Pursuant to the parties' joint pretrial order and Plaintiffs' May 16, 2025 pretrial disclosures, [ECF No. 724], please find uploaded to the enclosed hard drive: (1) copies of Plaintiffs' proposed trial exhibits, as identified on Plaintiffs' proposed exhibit list, [ECF No. 724-3]; and (2) copies of trial and deposition transcripts, highlighted to indicate Plaintiffs' proposed designations, as identified on Plaintiffs' proposed chart of designations, [ECF No. 724-2].

                        Respectfully,

                        /s/ Craig Wenner
                        Craig Wenner

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com