```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,　　　　19-cv-2645 (JGK)

- against -　　　　　　　　ORDER

FELIX SATER, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

    The moving party is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motions (ECF Nos. 727, 729, and 733).

SO ORDERED.

Dated:　　New York, New York
　　　　　June 21, 2025

　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　United States District Judge