UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

              Plaintiffs,

- against -

FELIX SATER, ET AL.,

              Defendants.

19-cv-2645 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The Court will also hear argument on the defendants' motion for summary judgment and motion for disqualification (ECF No. 733) and on the parties' motions in limine (ECF Nos. 727, 729), at the proceeding currently scheduled for **Wednesday, August 6, 2025, at 10:00 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007, in connection with the motion for contempt in the related case (No. 15-cv-5345).

SO ORDERED.

Dated:    New York, New York
           August 1, 2025

                                          John G. Koeltl
                                       United States District Judge