# JOHN H. SNYDER

157 East 81st Street, Suite 3A
New York, NY 10028
917.292.3081
john@jhs.nyc

August 4, 2025

By ECF

Hon. John G. Koeltl
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>Almaty v. Sater, 19-CV-02645</u>

Dear Judge Koeltl:

    On Sunday, August 3, 2025, I received via email Your Honor's order that counsel appear on Wednesday, August 6, 2025 at 10:00 a.m. for oral argument on Defendants' motion for summary judgment and other motions. Based on my review of the docket, it appears Your Honor intends to hold the hearing in conjunction with another matter previously scheduled in the *Triadou* case.

    With the greatest respect, Your Honor, I am scheduled, tomorrow morning, to leave town for meetings to sign up paying clients (which subsidizes my *pro bono* practice). I return late on August 12 and will be available anytime on August 13, 14 or 15. Following that, I am going on a two-week vacation with my family, returning August 29.

    **For these reasons, I respectfully ask that Your Honor adjourn oral argument in the above-referenced case until either August 13-15 or after September 1.**

Respectfully Yours,

John H. Snyder

---

*[Handwritten order by Judge Koeltl:]*

The conference scheduled for August 6, 2025 is cancelled. The Court will issue written opinions on the defendants' motions for summary judgment and to disqualify the plaintiffs' counsel. The Court will hold a conference on September 3, 2025 in Courtroom 14A, 500 Pearl Street to consider the motions in limine.

So ordered.
JGKoeltl
8/4/25    USDJ