UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                Plaintiffs,

- against -

FELIX SATER, ET AL.,

                Defendants.

19-cv-2645 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

1. The parties should provide a final witness list and exhibit list to be added to the Joint Pre-Trial Order by **September 12, 2025**.

2. The plaintiffs and defendants will each have 21 hours for testimony at trial measured in the same way as in the first trial in this case.

3. The Court will hold another conference on **September 16, 2025, at 10:00 a.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
            August 6, 2025

                                            John G. Koeltl
                                     United States District Judge