UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,

- against -

FELIX SATER, ET AL.,

        Defendants.

19-cv-2645 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    At the telephone conference today, the Court set the firm trial date for **September 29, 2025, at 9:00 a.m.**

    The date for providing revised witness lists and exhibit lists for the Joint Pre-Trial Order is **September 19, 2025.** The parties are urged to agree upon which exhibits should be designated with a single or double asterisk. The final pre-trial conference is scheduled for **September 24, 2025, at 3:30 p.m.**

    Any other prospective dates in this case are canceled.

    The trial and the final pre-trial conference will be held in Courtroom 14A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
           September 12, 2025

                                                      */s/ John G. Koeltl*
                                                      John G. Koeltl
                                                United States District Judge