**JOHN H. SNYDER**

157 East 81st Street, Suite 3A
New York, NY 10028
917.292.3081
john@jhs.nyc

October 3, 2025

By ECF

Hon. John G. Koeltl
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>Almaty v. Sater, 19-CV-02645</u>

Dear Judge Koeltl:

    As discussed in court on Wednesday, October 1, 2025, I respectfully make an application to read into the record the highlighted testimony of Ms. Nartay as reflected in the attached trial transcripts dated June 13 and 14, 2025.

    In particular, we have designated testimony from June 13, 2024 (pp. 319-333) and June 14, 2024 (pp. 382-391).

    We ask the Court to allow this testimony into evidence for the sake of completeness and because there is no prejudice to Plaintiffs.

Respectfully Yours,

*/s/ John H. Snyder*

John H. Snyder

1