UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

               Plaintiffs,       19-cv-2645 (JGK)

    - against -               ORDER

FELIX SATER, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties should advise the Court in writing by **October 15, 2025**, with respect to the following issues:

(1) whether they intend to make any pre-judgment motions and, if so, on what basis;
(2) how they plan to deal with the prior jury verdict on money had and received in any judgment;
(3) when they plan to submit proposed judgments; and
(4) what post-judgment motions, if any, they contemplate.

    The parties should attempt to agree on a single response, as well as a proposed timetable. If there is no agreement, the parties may submit responsive letters by **October 17, 2025**.

SO ORDERED.

Dated:    New York, New York
          October 13, 2025

                                        John G. Koeltl
                                  United States District Judge