

CRAIG WENNER
Tel: (212) 909-7625
Email: cwenner@bsfllp.com

October 15, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**     *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
              **Case No. 19 Civ. 2645 [rel. 15 Civ. 5345] (JGK) (KHP)**

Dear Judge Koeltl:

      We represent Plaintiffs City of Almaty, Kazakhstan and BTA Bank JSC and write in response to the Court's October 13 Order directing the parties to advise the Court with respect to post-trial submissions. [ECF No. 785]. We have conferred with counsel for the defendants, who intend to write separately as we have not agreed on a single response.

      The Court asked the parties: "(1) whether they intend to make any pre-judgment motions and, if so, on what basis; (2) how they plan to deal with the prior jury verdict on money had and received in any judgment; (3) when they plan to submit proposed judgments; and (4) what post-judgment motions, if any, they contemplate." *Id.*

      For Plaintiffs, as mentioned at the conclusion of the trial, the only post-verdict motion we plan to file is a renewed motion for default judgment against Ferrari Holdings, which can be reduced to its own judgment later. The motion will include evidence admitted at trial that demonstrates damages such that an inquest is not necessary. We intend to file that motion by October 31. Plaintiffs do not intend to submit any post-judgment motions.

      Regarding the form of the judgment based on the verdicts, Plaintiffs propose that a single judgment be entered against the Sater defendants and MeM, providing the sum certain in damages found against each defendant on each claim as reflected in the verdicts. That is, the proposed judgment will list the jury's damage award under the new verdict for conversion/punitive damages against Sater and for unjust enrichment against each defendant, as well as the damage award under the prior verdict for money had and received against each defendant. As both juries were properly instructed not to double-count damages across claims, no further steps are required to incorporate the two verdicts into a single judgment. Plaintiffs are prepared to submit their proposed judgment by no later than October 24.

      Thank you for your consideration.

                    Respectfully,

                    /s/ *Craig Wenner*
                    Craig Wenner



cc:     Counsel of record (via ECF)