```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,        19-cv-2645 (JGK)

- against -        ORDER

FELIX SATER, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

    By Order dated October 13, 2025, the Court sought the parties' input into four questions relating to post-trial motions and the entry of judgment in this case. As the Court indicated after the jury returned its verdict on October 9, 2025, the Court was prepared to grant extensions of post-trial deadlines, but the Rules generally contemplate post-judgment motions. Motions for a new trial pursuant to Federal Rule of Civil Procedure 59 are due 28 days after the entry of judgment, and proper motions for judgment as a matter of law pursuant to Rule 50(b) are due "[n]o later than 28 days after the entry of judgment-or if the motion addresses a jury issue, no later than 28 days after the jury was discharged." The Rules also contemplate that judgment will be entered promptly after a jury verdict. See Fed. R. Civ. P. 54(b). The Court also anticipated a question related to the formation of a judgment in this case, namely how to reconcile the jury verdict on the claims of conversion and unjust enrichment with the jury's prior verdict on money had and received to assure that the

plaintiffs are only made whole. All the parties' responses were distinctly unhelpful.

Therefore, the time for making any proper post-verdict, pre-judgment motions, if any, is extended to **November 7, 2025**. The time to respond is extended to **November 24, 2025**. The time to reply is extended to **December 8, 2025**.

SO ORDERED.

Dated:   New York, New York
         October 16, 2025

/s/ John G. Koeltl
John G. Koeltl
United States District Judge