UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                Plaintiffs,          19-cv-2645 (JGK)

     - against -                 ORDER

FELIX SATER, ET AL.,

                Defendants.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to submit a proposed final judgment in this case by **October 24, 2025.**

    The plaintiffs are also directed to submit an accompanying Memorandum that explains (a) how the proposed judgment reconciles the award for money had and received at the first trial with the damages awarded for conversion and unjust enrichment at the second trial; (b) how the injuries for money had and received differ from the injuries for conversion and unjust enrichment; (c) how the proposed judgment is consistent with the following Court instruction: "You should not award damages more than once for the same injury. For example, if the plaintiffs were to prevail on multiple claims and establish a one dollar injury, you could not award them one dollar compensatory damages on each claim - the plaintiffs are only entitled to be made whole, not to recover more than they lost. Of course, if different injuries are attributable to separate claims, then you must compensate the plaintiffs fully for all of the injuries"; and (d) how the proposed judgment is consistent with the instruction on the Special Verdict Form that

"the total amount of compensatory damages that you award may not exceed the total amount of compensatory damages incurred by the plaintiffs."

The Memorandum should also explain why an inquest is not necessary before an amount is included in any judgment for Ferrari Holdings, LLC, and how the injuries related to Ferrari Holdings, LLC, do not overlap with injuries alleged against the defendants who proceeded to trial.

**SO ORDERED.**

**Dated:**   New York, New York
             October 17, 2025

_____
John G. Koeltl
**United States District Judge**