```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                Plaintiffs,        19-cv-2645 (JGK)

      - against -                ORDER

FELIX SATER, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motions for judgment as a matter of law (ECF Nos. 801, 805, 806).

SO ORDERED.

Dated:    New York, New York
            December 11, 2025

                                            John G. Koeltl
                                    United States District Judge