UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                Plaintiffs,          19-cv-2645 (JGK)

      - against -           ORDER

FELIX SATER, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are requested to provide the Court an electronic copy of PTX-801.

SO ORDERED.

Dated:    New York, New York
         January 20, 2026

                               John G. Koeltl
                     United States District Judge