UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

        Plaintiffs,        19-cv-2645 (JGK)

- against -                  ORDER

FELIX SATER, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are requested to file a letter brief by **February 5, 2026,** addressing whether any damages award against Defendant Felix Sater should be reduced by (1) the amount of any award against Defendant Ferrari Holdings LLC ("Ferrari") and (2) the amount paid to the plaintiffs pursuant to their settlement agreement with Defendant Daniel Ridloff ("Ridloff"). Any parties in the case, including Ferrari and Ridloff, may respond by **February 12, 2026.**

SO ORDERED.

Dated:    New York, New York
            January 28, 2026

                                            John G. Koeltl
                                   United States District Judge