# TODD & LEVI, LLP

444 MADISON AVENUE
SUITE 1202
NEW YORK, NEW YORK 10022
www.toddlevi.com

JOHN F. TODD
JILL LEVI
DAVID B. ROSENBERG

TELEPHONE (212) 308-7400

FACSIMILE (212) 308-8450
E MAIL: toddandlevi@toddlevi.com
NOT FOR SERVICE OF LITIGATION PAPERS

February 6, 2026

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: **City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.,
USDC, SDNY Case No. 19 Civ. 2645 (AJN) (KHP) (the "Action")**

Dear Judge Koeltl:

We are counsel to Defendants Daniel Ridloff and RRMI-DR LLC (the "Ridloff Defendants"). As Your Honor will recall, the Ridloff Defendants entered into a settlement agreement (the "Settlement") with Plaintiffs back in June, 2024.

Pursuant to Your Honor's Order dated January 28, 2026 (ECF#828), we write to advise the Court that the terms of the Settlement are confidential. From the Ridloff Defendants' perspective, confidentiality was, among other things, a motivating factor in Mr. Ridloff agreeing to the Settlement.

Accordingly, the Ridloff Defendants strenuously object to the disclosure of the terms of the Settlement, including any disclosure in any opinion or judgment issued by the Court. If the terms must be disclosed, we request that the disclosure be made under seal and/or that the terms of the Settlement be appropriately redacted for any public filing.

Finally, we take no position as to the claims of Plaintiffs' counsel (ECF#829), as to why any amounts paid pursuant to the Settlement should not reduce the award against the other defendants. Nevertheless, we note that the Ridloff Defendants continue to maintain that they took no part in any of the actions of the other Defendants for which the jury found such defendants to be liable.

We thank the Court for its time and attention.

Respectfully submitted,

Jill Levi

cc: All Counsel (by ECF)