**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 30 2026
```

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 30, 2026
Docket #: 26-780
Short Title: City of Almaty, Kazakhstan v. Sater

DC Docket #: 1:19-cv-2645
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - John G. Koeltl

## NOTICE RE: PENDING MOTION TO PROCEED IN FORMA PAUPERIS

An appeal in the above-referenced case has been docketed in the Court of Appeals. According to the district court docket sheet or other available information, appellant has moved for leave to proceed *in forma pauperis* in the district court on March 27, 2026, and that motion is pending. The appeal may not move forward until the motion is determined. Please direct the motion to the appropriate judge for determination. Upon the grant or denial of the motion, please enter the order and transmit it to the Court of Appeals.

Inquiries regarding this case may be directed to 212-857-8551.