UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                              Plaintiffs,                    19-cv-2645 (JGK)

                     - against -                            ORDER

FELIX SATER, ET AL.,

                              Defendants.
─────────────────────────────────────────

JOHN G. KOELTL, District Judge:

     Appellant Felix Sater has moved for leave to proceed in
forma pauperis on appeal. "The decision of whether to grant a
request to proceed in forma pauperis is left to the District
Court's discretion under 28 U.S.C. § 1915. The Court's
discretion is limited in that: An appeal may not be taken in
forma pauperis if the trial court certifies in writing that is
not taken in good faith." Burda Bedia Inc. v. Blumenberg, 731 F.
Supp. 2d 321, 322-23 (S.D.N.Y. 2010) (citations and internal
quotation marks omitted). The "good faith" standard is an
objective one, and it is not met when a party seeks review of a
frivolous claim. See Coppedge v. United States, 369 U.S. 438,
445 (1962); Linden v. Harper & Row Publishers, 490 F. Supp. 297,
300 (S.D.N.Y. 1980).

     Here, the appellant has failed to demonstrate that his
claims have any merit. Therefore, the appellant's application to
proceed in forma pauperis is **denied** without prejudice to his

ability to seek the same relief from the Court of Appeals. See

Coppedge, 369 U.S. at 445.

The Clerk is respectfully requested to close ECF No. 835.


SO ORDERED.
Dated:    New York, New York
          March 30, 2026

_____
          John G. Koeltl
    United States District Judge